DALEANDKLEIN          TEL:956-6687-6601          Oct 01.99    14:37 No.003 P.02          2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

PORT ELEVATOR -                          §
BROWNSVILLE, L.C.                         §
                                          §
                                          §
VS.                                       §          CIVIL NO. B-98-23
                                          §
IVONNE SOTO VEGA, BERSAIN                 §          JURY DEMANDED
GUTIERREZ, AND SYSCO DE BAJA,             §
S.A. DE C.V.                              §

ORDER GRANTING PORT ELEVATOR-BROWNSVILLE, L.C.'S UNOPPOSED MOTION
TO WITHDRAW ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS
WITH AUTHORITIES

On the ____6____ day of ___October___, 1999 came on to be

heard Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C.'S** Unopposed Motion

to Withdraw its Motion to Compel Production of Documents with

Authorities filed on or about September 16, 1999.  The Court having

heard the arguments of counsel and considered same, and being of

the opinion that said Unopposed Motion is well-taken, it is

therefore,

   **ORDERED** that Plaintiff's Unopposed Motion be, and is hereby

**GRANTED**.

   **SIGNED FOR ENTRY** on this ___6___ day of ___October___, 1999.

_____
J U D G E   P R E S I D I N G