```
                                              United States District Court
                                              Southern District of Texas
                                                     FILED
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS    MAR 13 1998
                BROWNSVILLE DIVISION
                                              Michael N. Milby, Clerk of C:
```

PORT ELEVATOR - §
BROWNSVILLE, L.C. §
§
VS. §
§ CIVIL NO. B-98-23
IVONNE SOTO VEGA, BERSAIN §
GUTIERREZ, AND SYSCO DE BAJA, §
S.A. DE C.V. §

### ORDER

The Court has considered the tender of two checks, both in the amount of Twenty-Five Thousand and No/100ths Dollars ($25,000.00), for a total of Fifty Thousand and No/100ths Dollars ($50,000.00) in connection with this captioned matter. The Court orders the deposit of such checks into the Registry of the Court pending further action by the Court.

DONE AT BROWNSVILLE, TEXAS, this  13th  day of  March , 1998.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com