5

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

SEP 0 1 1998

Michael N. Milby
Clerk of Court

Port Elevator Brownsville, L.C.   §
                                  §
versus                            §   CIVIL ACTION B 98-23
                                  §
Yvonne Soto Vega, et al           §
                                  §

## Order Setting Hearing

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A hearing will be held before Judge Hilda G. Tagle on:

   _October 19_, 1998

   at _1:30_ p.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on _September 1st_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.