# CIVIL COURTROOM MINUTES

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Trevino  ☒ Spencer  ☐ |
| DATE | 10 / 19 / 98 |
| TIME | 1:41 p.m. — 1:47 p.m. |
| CIVIL ACTION | B - 98 - 23 |
| STYLE | Port Elevator Brownsville versus Ivonne Soto Vega, et al |

United States District Court
Southern District of Texas
FILED

OCT 19 1998

Michael N. Milby
Clerk of Court

6

## DOCKET ENTRY

(HGT) ☒ Hearing; ____ day  ☒ Bench  ☐ Jury Trial   (Rptr. Brent Record )
         (me.)                    (bntrl)      (jytrl)

__John B. Skaggs_____ for  ☒ Ptf. # 01   ☐ Deft. # ____
_____ for  ☐ Ptf. # ____   ☐ Deft. # ____
_____ for  ☐ Ptf. # ____   ☐ Deft. # ____
_____ for  ☐ Ptf. # ____   ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:
  _____

☐ Motions taken under advisement: _____
☐ Order to be entered.
☒ Misc. review deadline set Nov 23, 1998 for status conference. Report from Skaggs via telephone!
☐ Rulings orally rendered on: _____