# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

BROWNSIVLLE DIVISION

PORT ELEVATOR - BROWNSVILLE, L.C.

V.

IVONNE SOTO VEGA, BERSAIN GUTIERREZ,
& SYSCO DE BAJA, S.A. DE C.V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-98-23

TO: (Name and address of defendant)

IVONNE SOTO VEGA
Paseo Rio Tijuana No. 1716
Zona Del Rio, Tijuana B.C. Mexico

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Skaggs
SKAGGS, REYNA & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502

an answer to the complaint which is herewith served upon you, within __TWENTY DAYS (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE 10-27-98

AO 440 (Rev. 10/93) Summons i[n] Civil [Actio]n

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹ — DATE 11-16-98

NAME OF SERVER (PRINT): Gabriel Aguilar — TITLE: Process server

CAB-98-23

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jose Hernandez person in charge, authorized to accept

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
JAN 25 1999
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-23-98
Date

Signature of Server: [signed] Gabriel Aguilar

Address of Server: 1020 S. Santa Fe Ave. J. Vista C.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.