AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

BROWNSVILLE DIVISION

PORT ELEVATOR - BROWNSVILLE, L.C.

V.

IVONNE SOTO VEGA, BERSAIN GUTIERREZ,
& SISCO DE BAJA, S.A. DE C.V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-98-23

TO: (Name and address of defendant)

Bersain Gutierrez
1853 Carolyn Drive
Chula Vista, CA 91913

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Skaggs
SKAGGS, REYNA & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502

an answer to the complaint which is herewith served upon you, within __TWENTY DAYS (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                    10-27-98

CLERK                                                      DATE

_(signature)_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons Civil Action

## RETURN OF SERVICE

CAB-98-2

DATE: 11-8-98

Service of the Summons and Complaint was made by me[1]

NAME OF SERVER (PRINT): Gabriel Aguilar

TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 1853 Carolyn Dr. Chula Vista CA 91913

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ___

United States District Court
Southern District of Texas
FILED

JAN 25 1999

Michael N. Milby
Clerk of Court

[ ] Returned unexecuted: ___

[ ] Other (specify): ___

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $25.00 | $25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-13-98
Date

Signature of Server: [signed] Gabriel Aguilar

Address of Server: 3115 4th Ave. San Diego, CA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.