IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | §<br>§<br>§ | JURY DEMANDED |

United States District Court
Southern District of Texas
FILED

APR 1 2 1999

Michael N. Milby
Clerk of Court

### Interpleading Party's Motion to Extend the Submission Date, Including Briefing

TO THE UNITED STATES DISTRICT COURT:

COMES NOW, Port Elevator-Brownsville, L.C., Plaintiff, in the above styled and numbered cause, and files this its Motion to Extend Submission Date and in support thereof would respectfully show this Honorable Court the following:

1.   This Motion is filed by the Interpleading party, Port Elevator -Brownsville, L.C..

2.   Ivonne Soto Vega is a claimant which Port Elevator-Brownsville, L.C., has interpleaded money to the registry of this Court. The other claimant regarding the money in the Court's registry is Bersain Gutierrez who has made no appearance in this action.

3.   Port Elevator-Brownsville, L.C., desires to respond to Ivonne Soto Vega's Motion to Dismiss. Port Elevator-Brownsville, L.C., is concerned that any dismissal of this action without opportunity to respond would result in multiple or conflicting claims against Port Elevator-Brownsville, L.C..

4.   Ivonne Soto Vega filed a "Motion to Dismiss Pursuant to Rule 12(b)(1),(2),(3),(4),(5) and (6)" on or about the 23rd of March, 1999, and such pleading was received by the undersigned on the 25th day of March, 1999. Pursuant to local rules, response to such motion will therefore be due following the expiration of 20 days, or on April 12, 1999.

5.   Port Elevator-Brownsville, L.C. desires to respond to and oppose Ivonne Soto Vega's Motion to Dismiss. Port Elevator-Brownsville, L.C. has been unable to respond to such motion within the time established for the Court's presumption that such Motion would be unopposed. The undersigned counsel was set for Jury Trial in Hidalgo County, (Cause No. C-3794-95-G; Sandra Lee Perez v. Ramon Rosales, Jr.) on April 5, 1999, which prevented counsel from tending to the intended response.

     6.   Port Elevator-Brownsville, L.C. requests an extension of time of 2 days (that is a new deadline of April 14, 1999.) to file its intended response. <u>Federal Rules of Civil Procedure 5, Federal Rules of Civil Procedure 6(e)</u>

                                  Respectfully submitted,

                                  _____
                                John Skaggs
                                State Bar No.
                                ATTORNEY IN CHARGE FOR
                                PORT ELEVATOR-BROWNSVILLE, L.C.

                                SKAGGS & GARZA, L.L.P.
                                P. O. Drawer 2285
                                McAllen, Texas 78501
                                (512)687-8203

### Certificate of Consultation

     I, Lynn Howerton, hereby certify that on the 12th day of April, 1999 at 3:10 p.m., I attempted to contact Roy S. Dale by phone to ascertain whether he was in agreement or in opposition to the foregoing motion. I was informed by Mr. Dale's staff that he was not in the office, was unable to discuss this motion with him.

                                _____
                                Lynn Howerton

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all Attorneys of Record on this the ___12___ day of ___April___, 1999.

Roy S. Dale
DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, Texas 78504

_____
John Skaggs

THE STATE OF TEXAS          §
                            §     AFFIDAVIT
COUNTY OF HIDALGO           §

BEFORE ME the undersigned authority personally appeared John Skaggs, referred to herein by name or as "Affiant" who did under oath depose and state as follows:

"My name is John Skaggs and I am over the age of twenty-one (21) years, have personal knowledge of the factual allegations made herein, and am otherwise competent and capable of making this Affidavit.

"I have examined the foregoing documents and certify that the factual allegations made are true and correct."

_____
JOHN SKAGGS

SUBSCRIBED AND SWORN TO before me on the 12th day of April, 1999.

_____
Notary Public in and for the State of Texas

My Commission Expires:
June 26, 2001

[Notary Seal: CHERYL OYAMA, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 06-26-2001]