12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 24 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § | JURY DEMANDED |

**MOTION TO COMPEL DEPOSITION AND DISCOVERY
INCLUDING BRIEFING AND INCLUDING CERTIFICATE OF CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. Plaintiff intends to take the deposition of Defendant Ivonne Soto Vega.

2. Defendant's counsel has resisted such attempts. Attached hereto are letters dated April 19, 1999 and April 20, 1999 summarizing efforts to accomplish said discovery.

3. Defendant asserts that such discovery would not be allowed. Need for additional time to conduct such discovery was specified in "Interpleader's Response to Defendant Vega's Motion to Dismiss pursuant to Rule 12b, (1)(2)(3)(4)(5)(6)."

4. Plaintiff invoked this Court's jurisdiction, and so bears the burden of proof on the necessary jurisdictional facts. When, as in the case at bar, the Defendant asserts the Court has no jurisdiction over her. DeMelo v. Toche Marine, Inc., 711 F2d 1260, 1271 (5th Cir. 1983). The plaintiff needs to do discovery to establish jurisdictional facts. It would be an abuse of discretion for the Court to dismiss for lack of jurisdiction when a request is

1

made to do discovery for this purpose. <u>Majd-Pour v. Georgiana Community Hospital, Inc.</u>, 724 F2d 901, 903 (11th Cir.1984).

At this time the only evidence that the Plaintiffs have is written materials. The Court may decide this issue on the basis of affidavits, interrogatories, depositions, and oral testimony. <u>Jobe v. ATR Marketing, Inc.</u>, 87 F3d 751, 753 (5th Cir. 1996).

5. Plaintiff prays that the Court allow, and order the taking of the deposition of Ivonne Soto Vega.

## CERTIFICATE OF CONFERENCE

6. The parties could not reach an agreement. Efforts to negotiate the subject of this Motion are contained in the exhibits already discussed in the Motion.

Respectfully Submitted,

*[signature: John Skaggs]*

JOHN SKAGGS
State Bar No. 18452500
ATTORNEYIN CHARGE FOR
PORT ELEVATOR-BROWNSVILLE, L.C.

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
McAllen, Texas 78502-2285
(956) 687-8203

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 21ST day of MAY, 1999:

Roy S. Dale
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
JOHN SKAGGS

3

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF HIDALGO | § | |

BEFORE ME the undersigned authority personally appeared John Skaggs, referred to herein by name or as "Affiant" who did under oath depose and state as follows:

"My name is John Skaggs and I am over the age of twenty-one (21) years, have personal knowledge of the factual allegations made herein, and am otherwise competent and capable of making this Affidavit.

"I have examined the foregoing documents and certify that the factual allegations contained herein are true and correct."

_____
JOHN SKAGGS

SUBSCRIBED AND SWORN TO before me on the 21st day of ____May____, 1999.

_____
Notary Public in and for the
State of Texas

ARGELIA MARTINEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. Mar 5, 2002

My Commission Expires:

___3·5·02___

# SKAGGS & GARZA, L.L.P.

ATTORNEYS AT LAW
710 LAUREL
P.O. DRAWER 2285

McALLEN, TEXAS 78502-2285

April 16, 1999

19

JOHN SKAGGS
VIOLA GARCIA-GARZA
LYNN HOWERTON

PHONE: (956) 687-8203
PHONE: (956) 687-8216
FAX: (956) 630-6570

**Mr. Roy Dale - VIA FAX NO. 687-2416**
**DALE & KLEIN**
**6301 N. 10th St.**
**McAllen, Texas 78504**

Re: Port Elevator vs. Ivonne Soto Vega,
    Bersain Gutierrez, and Sysco de Baja S.A. de C.V.

Dear Roy:

Obviously, I would like to go ahead and get Ivonne's deposition scheduled. Please let me know when you can do it.

In any event, I will go ahead and send a notice in the next couple of days. If this occurs before you have an opportunity to contact me regarding your schedule, I will discuss any scheduling conflicts with you.

Very truly yours,

SKAGGS & GARZA, L.L.P.

John Skaggs

JBS/cmo



# d&k
### dale & klein, l.l.p.
### attorneys at law

Roy S. Dale, P.C.
Katie Pearson Klein, P.C.*
*Board Certified Texas Board of Legal Specialization
Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr.

A. Peter Thaddeus, Jr.
Kathryn M. Flagg
Jaime Jerry Munoz
Catherine A. Garcia

April 20, 1999

Mr. John Skaggs      **VIA FAX (956) 630-6570**
SKAGGS & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

    RE:  Civil Action No. B-98-23
          Port Elevator - Brownsville, L.C. vs. Ivonne Soto Vega,
          Bersain Gutierrez, and Sysco De Baja, S.A. De C.V.
          Our File No. 99-3843

Dear John:

    I received your correspondence dated April 19, 1999 requesting the deposition of Ivonne Vega. I believe any deposition in this matter is premature until the court resolves Ms. Vega's Motion to Dismiss. Additionally, a scheduling order would have to be entered in this case for a deposition to take place. Lastly, any deposition of Ms. Vega that would take place would have to take place where Ms. Vega is located which I believe is Tijuana, Mexico.

    Should you have any questions or comments, please do not hesitate to contact me.

                      Very truly yours,

                      WILLIAM D. MOUNT, JR.

WDM:es
h:\p\99-3843\ltrs\Skaggs1

6301 North Tenth Street McAllen, Texas 78504
Telephone 956.687 8700  Fax 956 687.2416
Brownsville Office
815 Ridgewood Brownsville, Texas 78520
Telephone 956 546 5100