13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PORT ELEVATOR–BROWNSVILLE, L.C., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-98-23 |
| IVONNE SOTO VEGA, ET AL., | § | |
| Defendants. | § | |

### Order

BE IT REMEMBERED that on May 24, 1999, the Court considered Plaintiff Port Elevator's motion to extend submission date (Dkt. No. 10). After reviewing the motion and entire case file, the Court GRANTS Plaintiff's motion to extend submission date. The Plaintiff's response to Defendants' motion to dismiss shall be filed no later than April 14, 1999.

DONE at Brownsville, Texas, this _____ day of May 1999.

_____
Hilda G. Tagle
United States District Judge