14

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Port Elevator §
versus §
 § CIVIL ACTION B-98-23
Ivonne Soto Vega, et al §

# Order Setting Hearing

1.  **Motion** A hearing will be held before Judge Hilda G. Tagle on: 09-23, 1999 at 9:00 A.m.

    Courtroom, Fourth Floor
    United States Courthouse
    500 East Tenth Street
    Brownsville, Texas 78521.

2.  Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.  The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on June 17th, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*ENTERED JUN 23 1999 — Michael N. Milby, Clerk*

*FILED JUN 17 1999 — Michael N. Milby, Clerk of Court*

o.
mhrgddl.