United States District Court
Southern District of Texas
FILED

JUN 2 1 1999

Michael R. Milby, Clerk of Court

15

| UNITED STATES DISTRICT COURT | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>SOUTHERN DISTRICT OF TEXAS<br>ENTERED |
|---|---|

JUN 2 5 1999

Michael N. Milby, Clerk

Port Elevator

§

*versus*

§

CIVIL ACTION B-98-23

§

Yvonne Soto Vega, et al

§

### Order Setting Hearing

1.   A motion hearing will be held before Judge Hilda G. Tagle on:

__07-08__, 1999

at __1:30__ p.m.

Courtroom,  Third Floor
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas  78520.

2.   Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.   The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery.  Counsel are to consult among themselves about these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on __June 21st__, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge