18

United States District Court
Southern District of Texas
FILED

JUL 08 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA, S.A. DE C.V. | § § § | JURY DEMANDED |

### DEFENDANT IVONNE SOTO VEGA'S NOTICE OF FILING OF AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, **IVONNE SOTO VEGA**, Defendant in the above-styled and numbered cause and files this Notice of Filing of her Affidavit in Support of her Motion to Dismiss and would show:

I.

Attached hereto as **Exhibit "A"** is the original affidavit of Defendant **IVONNE SOTO VEGA** which is offered in support of her Motion to Dismiss.

Respectfully submitted,

_/s/ William D. Mount_
ROY S. DALE
State Bar No. 05326700
WILLIAM D. MOUNT, JR.
State Bar No. 14602950

DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, Texas 78504
Telephone (956) 687-8700
Facsimile (956) 687-2416

ATTORNEYS FOR DEFENDANT,
IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285

**VIA HAND-DELIVERY** on this the 8th day of July, 1999.

_____
ROY S. DALE

*[signed: Roy Dale by Bill M___ with permission]*

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California  
County of  SAN DIEGO                     } ss.

On 7/7/99, before me, PAUL AMESQUITA JR, NOTARY PUBLIC,  
   Date                                Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared IVONNE SOTO VEGA ,  
                    Name(s) of Signer(s)

☐ personally known to me  
XXX ☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: PAUL AMESQUITA JR. COMM.# 1184353 NOTARY PUBLIC-CALIFORNIA SAN DIEGO, CA MY COMMISSION EXPIRES MAY 22, 2002]

Place Notary Seal Above    Signature of Notary Public

────────── OPTIONAL ──────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document*

**Description of Attached Document**  
Title or Type of Document: AFFIDAVIT  
Document Date: 7/7/99          Number of Pages: 3  
Signer(s) Other Than Named Above: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Capacity(ies) Claimed by Signer**  
Signer's Name: _____  
☐ Individual  
☐ Corporate Officer — Title(s): _____  
☐ Partner — ☐ Limited ☐ General  
☐ Attorney in Fact  
☐ Trustee  
☐ Guardian or Conservator  
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER  
Top of thumb here

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth CA 91313-2402    Prod. No. 5907    Reorder Call Toll-Free 1-800-876-6827

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. § § § | |
| VS. § | CIVIL NO. B-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN § CUTIERREZ, AND SYSCO DE BAJA, § S.A. DE C.V. § | JURY DEMANDED |

### AFFIDAVIT OF IVONNE SOTO VEGA

STATE OF CALIFORNIA §
§
COUNTY OF _____ §

**BEFORE ME**, the undersigned Notary Public, personally appeared **IVONNE SOTO VEGA**, who being by me duly sworn did depose and state the following:

"My name is **IVONNE SOTO VEGA**. I am over the age of eighteen years, have never been convicted of a felony or a misdemeanor involving moral turpitude, and I am competent to make this Affidavit and make this Affidavit upon personal knowledge."

"I am the Defendant in this case. I was born on October 22, 1953 in Tijuana, Baja California, Mexico. I have lived there my entire life. I have been a Mexican citizen since birth. I have never been a citizen of the United States of America. My intention is to remain a Mexican citizen."

"My home address is Avenidas Sentenario y Calle Independencia No. 5, De Rio, Tijuana, Baja California, Mexico. My business address is Paseo De Sentenario No. 10288 Zona De Rio, Tijuana, Baja California, Mexico. The name of the business is General de

Telefonica y Telecommunicaciones. I live and work in Mexico and always have. My domicile has always been Tijuana, Baja California, Mexico, and my intention is to continue with this domicile for the foreseeable future."

"I have a United States resident alien card which expires in March of 2000. I have never been admitted to the United States for permanent residence. I have no intention of permanently residing in the United States. I am not domiciled in California."

"I have never been a resident of the State of Texas. I have visited the State of Texas on only one occasion. I do not own or control property, maintain any bank accounts, or pay any taxes in the State of Texas."

"The only contact that I have had with Texas concerns the 1996 storage of about 5,000 metric tons of corn that I own at a storage facility at or near Brownsville, Texas. Other than the corn storage, I have conducted no other personal business in the State of Texas."

"I was never served with a copy of this lawsuit. I do not know Jose Hernandez. He is not an agent, representative or employee of mine."

"I am not able to read or write in English. This affidavit has been translated to me from English to Spanish."

"FURTHER AFFIANT SAYETH NOT."

*Ivonne Soto* (signature)
IVONNE SOTO VEGA

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF July, 19 99.

_____
NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME on this the ___7th___ day of July, 1999, to certify which witness my hand and seal of office

_____
NOTARY PUBLIC, STATE OF CALIFORNIA

My Commission expires: __5/22/02__


