# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
JUL 08 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ■ Trevino   ☐ Spencer |
| DATE | 7 / 8 / 1999 |
| TIME | ___ a.m. — ___ a.m. / 2:06 p.m. — 2:42 p.m. |
| CIVIL ACTION | B – 98 – 23 |
| STYLE | Port Elevator-Brownsville, LLC *versus* Ivonne Soto-Vega, et al. |

DOCKET ENTRY

(HGT) ■ Hearing; _____ day ☐ Bench or ☐ Jury Trial      (Rptr.  Breck Record  )

| | | |
|---|---|---|
| John B. Skaggs | for | Plaintiff Port Elevator |
| Roy S. Dale | for | Defendant Ivonne Soto-Vega |
| Bill Mount | for | Defendant Ivonne Soto-Vega |

- ☐ All motions not expressly decided are denied without prejudice.
- ☐ Evidence taken [exhibits or testimony].
- ■ Argument heard on: ☐ all pending motions;   ■ these topics:
  1. Defendant Soto-Vega's motion to dismiss (Dkt. No. 9)
  2. Plaintiff's motion to compel deposition and discovery (Dkt. No. 12)
- ■ Motions taken under advisement: the court will rule on Defendant Soto-Vega's motion to dismiss (Dkt. No. 9) after deposition of Soto-Vega is conducted.
- ☐ Order to be entered.
- ☐ Miscellaneous review set:

1

*CA B-98-23*

■     Rulings orally rendered on:

1. Plaintiff's motion to compel deposition and discovery (Dkt. No. 12) is GRANTED; Plaintiff is limited to factual issues that concern the court's subject matter jurisdiction.

2. The court reserves ruling on defendant Soto-Vega's motion to dismiss (Dkt. No. 9) until after Soto-Vega is deposed.

3. The court will consider plaintiff's motion to enjoin suit (Dkt. No. 16) at a later time.

4. The court will hear further argument during Motion Hearing is set for 9/23/99.