22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 21 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § | JURY DEMANDED |

**PORT ELEVATOR-BROWNSVILLE'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS WITH AUTHORITIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. The undersigned counsel for plaintiff Port Elevator-Brownsville, L.C. files this Motion under F.R.C.P. 37(a)(2) and F.R.C.P. 37(a)(3).

2. On September 2, 1999 Defendant Ivonne Soto Vega was served with Notice of Intent to Take Deposition with attached Subpoena Duces Tecum for the production of documents through her attorney of record. See attached as exhibit A.

3. On September 8, 1999 at 2:00 p.m. prior to the beginning of the deposition of Defendant Ivonne Soto Vega, her counsel served Plaintiff's counsel with Objections to Subpoena Duces Tecum attached to Notice of Intent to Take Oral Deposition with Subpoena Duces Tecum. See attached as exhibit B.

4. The Defendant failed to produce documents requested in numbers 2, 3, and 5 through 21 of the subpoena duces tecum.

5. Plaintiff invoked this Court's jurisdiction and, so bears the burden of proof on the necessary jurisdictional facts. The

1

Plaintiff needs the requested documents in order to establish jurisdictional facts. The motion on this issue is set for September 23, 1999.

6. Time is of the essence. In order to be prepared for the September 23, 1999 hearing, Plaintiff needs the requested documents as soon as possible.

7. Plaintiff prays that the court compel Defendant Ivonne Soto Vega to produce the requested documents.

                Respectfully Submitted,

                SKAGGS & GARZA, L.L.P.
                P.O. Drawer 2285
                710 Laurel
                McAllen, Texas 78502-2285
                Phone (956) 687-8216
                Fax (956) 630-6570

                _____
                JOHN SKAGGS
                State Bar No. 18452500
                ATTORNEY IN CHARGE FOR
                DEFENDANT PORT ELEVATOR-
                BROWNSVILLE, L.C.

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. § | |
| § | |
| VS. § | CIVIL NO. B-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN § | JURY DEMANDED |
| GUTIERREZ, AND SYSCO DE BAJA § | |
| S.A. DE C.V. § | |

## CERTIFICATE OF CONFERENCE

I certify that counsel for the plaintiff has made a good faith effort to confer with counsel for the defendant Ivonne Soto Vega to secure the requested material without court intervention.

Respectfully submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
McAllen, Texas 78502-2285
Phone (956) 687-8203
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
ATTORNEY IN CHARGE FOR
DEFENDANT PORT ELEVATOR-
BROWNSVILLE, L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel on this the 16 day of September, 1999.

Roy Dale
6301 N. 10th St.
McAllen, Texas 78502

_____
JOHN SKAGGS

3

NO. C-2969-99-A

| | | |
|---|---|---|
| IVONNE SOTO VEGA | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| PORT ELEVATOR-BROWNSVILLE, | § | |
| L.C., SOUTHWEST GRAIN CO., | § | |
| INC., AGI/AKRON GROUP, INC., | § | |
| SYSCO DE BAJA, WALTER PUFFELIS | § | HIDALGO COUNTY, TEXAS |
| GALVAN, III, INDIVIDUALLY AND | § | |
| D/B/A/ AGI/AKRON GROUP, INC., | § | |
| CRAIG ELKINS, INDIVIDUALLY AND | § | |
| D/B/A PORT ELEVATOR-BROWNSVILLE, | § | |
| L.C. AND SOUTHWEST GRAIN CO., | § | |
| INC., BERSAIN GUTIERREZ ZENTENO, | § | |
| INDIVIDUALLY AND D/B/A SYSCO | § | |
| DE BAJA | § | 92ND JUDICIAL DISTRICT |

## NOTICE OF INTENT TO TAKE ORAL DEPOSITION
## WITH SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that following the service of this notice, the oral deposition of Ivonne Soto Vega will be taken pursuant to the provisions of the Texas Rules of Civil Procedure, at Dale & Klein, 6301 North 10th St., McAllen, Texas, at 3:00 o'clock p.m. on the 8th day of September, 1999. The witness shall appear at such time and place, (together with all items requested through the attached subpoena duces tecum,) for the purpose of giving deposition testimony in this cause, which deposition, when taken, may be used in evidence during the trial of said cause, and will continue from day to day until completed.

Also, please take notice that this party intends to video tape the foregoing deposition.

Respectfully Submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel

EXHIBIT "A"

McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 2nd day of September, 1999:

William D. Mount, Jr.
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
John Skaggs

## SUBPOENA DUCES TECUM

You will produce original documents and tangible things as follows:

1. All of your driver's licenses issued by any state or country.
2. Any of your passports issued by any country.
3. Your social security card.
4. All resident alien cards, visas or "micas".
5. All documents which establish your citizenship at all times during the past three years.
6. All documents which establish your residence at all times during the past three years.
7. Documents establishing all of your telephone listings during the past three years in Mexico and the United States.
8. All documents indicating your ownership of any automobile during the past three years in Mexico and the United States.
9. All documents indicating your ownership, sale, purchase or rental of real property in the United States and in the Republic of Mexico during the last three years; including documents establishing the dates of such transactions.
10. All documents submitted to U.S. Immigration, U.S. Consulate, or Mexican Consulate for application of a temporary or permanent resident alien card, change of immigration or emigration status, or petition for citizenship or residency.
11. All documents which reflect the application for and issuance of a letter of credit from Norwest Bank in El Paso, Texas.
12. All documents which tend to establish your right of the ownership of the corn.

13. All documents which reflect all transactions leading to and including the deposit of the corn in Plaintiff's warehouse.

14. All documents which reflect the payment of, or promise of payment of money or valuable thing in connection with the purchase or sale of the corn.

15. Which evidence any relationship between you and Bersain Gutierrez, and/or Sysco de Baja and/or Walter Puffelis.

16. All documents which evidence communication from Plaintiff either orally or in writing.

17. All documents which evidence any opportunity to sell the corn.

18. All documents which evidence any damage you claim to have sustained with relation to matters which are connected with this present suit.

19. All documents which evidence all communications made with Port Elevator or its employees by you or on your behalf.

20. All documents which evidence all of your efforts to redeem the corn.

21. All documents which evidence all of your efforts to locate a buyer for the corn at any time.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA, S.A. DE C.V. | § § § | JURY DEMANDED |

**OBJECTIONS TO SUBPOENA DUCES TECUM ATTACHED TO NOTICE OF INTENT TO TAKE ORAL DEPOSITION WITH SUBPOENA DUCES TECUM SERVED ON OR ABOUT SEPTEMBER 2, 1999 OF IVONNE SOTO VEGA**

NOW COMES, Defendant **IVONNE SOTO VEGA** and serves these her objections to the Subpoena Duces Tecum attached to the Notice of Intent to Take Oral Deposition with Subpoena Duces Tecum of **MS. VEGA** and in support thereof would show as follows:

I.

On or about September 2, 1999, Defendant **IVONNE SOTO VEGA**, through counsel, was served with the Notice of Intent to Take her Oral Deposition with Subpoena Duces Tecum. A copy of the Notice with Subpoena Duces Tecum is attached hereto as **Exhibit "A"**.

II.

**MS. VEGA** would object to the subpoena duces tecum in that she was not given 30 days to respond and object to the subpoena duces tecum and therefore, no objections or responses are due at this time. Fed.R.Civ.P. 30(b)(5).

III.

**MS. VEGA** would object to subpoena duces tecum numbers 11 through 21 as these requests relate directly to the merits of the lawsuit. This court at a hearing on July 8, 1999, granted

EXHIBIT "B"

Plaintiff leave to take **MS. VEGA'S** deposition solely on the issues of subject matter and personal jurisdiction, but not on liability and damages. Because the deposition was restricted by the court, Plaintiff's requests for documents going to the merits of the litigation are outside of the court's order. These requests are vexatious, burdensome and harassing.

IV.

**MS. VEGA** objects to Plaintiff's Subpoena Duces Tecum as the court ordered that Plaintiff may depose **MS. VEGA** on the personal jurisdiction and subject matter jurisdiction issues, but did not order that documents had to be provided.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **IVONNE SOTO VEGA** requests that this court sustain her objections to Plaintiff's Subpoena Duces Tecum and grant such other and further relief which **MS. VEGA** may justly be entitled.

Respectfully submitted,

*/s/ Bill Mount*

ROY S. DALE
State Bar No. 05326700
WILLIAM D. MOUNT, JR.
State Bar No. 14602950

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

ATTORNEYS FOR DEFENDANT,
IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA HAND-DELIVERY** on this the 8th day of September, 1999.

_____
ROY S. DALE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA, S.A. DE C.V. | § § § | JURY DEMANDED |

### ORDER GRANTING DEFENDANT'S OBJECTIONS TO SUBPOENA DUCES TECUM ATTACHED TO NOTICE OF INTENT TO TAKE ORAL DEPOSITION WITH SUBPOENA DUCES TECUM SERVED ON OR ABOUT SEPTEMBER 2, 1999 OF IVONNE SOTO VEGA

On the _____ day of _____, 1999, came on to be heard Defendant **IVONNE SOTO VEGA'S** Objections to Subpoena Duces Tecum Attached to Notice of Intent to Take Oral Deposition with Subpoena Duces Tecum Served on or about September 2, 1999 of **IVONNE SOTO VEGA**. The Court having heard the arguments of counsel and considered same, and being of the opinion that said Objections are well-taken, it is therefore,

**ORDERED** that Defendant's Objections be, and are hereby **GRANTED** such that the court sustain her objections to Plaintiff's Subpoena Duces Tecum.

**SIGNED FOR ENTRY** on this _____ day of _____, 1999.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. | § |
| | § |
| VS. | § CIVIL NO. B-98-23 |
| | § |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA S.A. DE C.V. | § JURY DEMANDED |

### NOTICE OF INTENT TO TAKE ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that following the service of this notice, the oral deposition of Ivonne Soto Vega will be taken pursuant to the provisions of the Texas Rules of Civil Procedure, at Dale & Klein, 6301 North 10th St., McAllen, Texas, at 2:00 o'clock p.m. on the 8th day of September, 1999. The witness shall appear at such time and place, (together with all items requested through the attached subpoena duces tecum,) for the purpose of giving deposition testimony in this cause, which deposition, when taken, may be used in evidence during the trial of said cause, and will continue from day to day until completed.

Also, please take notice that this party intends to video tape the foregoing deposition.

Respectfully Submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

JOHN SKAGGS
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

"A"

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the ___ day of _September_, 1999:

William D. Mount, Jr.
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
John Skaggs

## SUBPOENA DUCES TECUM

You will produce original documents and tangible things as follows:

1. All of your driver's licenses issued by any state or country.
2. Any of your passports issued by any country.
3. Your social security card.
4. All resident alien cards, visas or "micas".
5. All documents which establish your citizenship at all times during the past three years.
6. All documents which establish your residence at all times during the past three years.
7. Documents establishing all of your telephone listings during the past three years in Mexico and the United States.
8. All documents indicating your ownership of any automobile during the past three years in Mexico and the United States.
9. All documents indicating your ownership, sale, purchase or rental of real property in the United States and in the Republic of Mexico during the last three years; including documents establishing the dates of such transactions.
10. All documents submitted to U.S. Immigration, U.S. Consulate, or Mexican Consulate for application of a temporary or permanent resident alien card, change of immigration or emigration status, or petition for citizenship or residency.
11. All documents which reflect the application for and issuance of a letter of credit from Norwest Bank in El Paso, Texas.
12. All documents which tend to establish your right of the ownership of the corn.

13. All documents which reflect all transactions leading to and including the deposit of the corn in Plaintiff's warehouse.

14. All documents which reflect the payment of, or promise of payment of money or valuable thing in connection with the purchase or sale of the corn.

15. Which evidence any relationship between you and Bersain Gutierrez, and/or Sysco de Baja and/or Walter Puffelis.

16. All documents which evidence communication from Plaintiff either orally or in writing.

17. All documents which evidence any opportunity to sell the corn.

18. All documents which evidence any damage you claim to have sustained with relation to matters which are connected with this present suit.

19. All documents which evidence all communications made with Port Elevator or its employees by you or on your behalf.

20. All documents which evidence all of your efforts to redeem the corn.

21. All documents which evidence all of your efforts to locate a buyer for the corn at any time.