24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 22 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. § <br> § <br> VS. § <br> § <br> IVONNE SOTO VEGA, BERSAIN § <br> GUTIERREZ, AND SYSCO DE BAJA § <br> S.A. DE C.V. § | CIVIL NO. B-98-23 <br><br> JURY DEMANDED |

ORDER POSTPONING HEARING AND RESETTING PENDING MATTERS

The unopposed Motion related to the above has been considered and is hereby granted. This matter is reset for a hearing on all pending Motions on the 21st day of October at 9:30AM, 1999.

DONE AT BROWNSVILLE, TEXAS this 22 day of September, 1999.

_____
UNITED STATES DISTRICT JUDGE