

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 22 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § § | JURY DEMANDED |

## UNOPPOSED MOTION TO POSTPONE HEARINGS, INCLUDING CERTIFICATE OF CONFERENCE

1.   This Motion is made by Plaintiff Port Elevator-Brownsville, L.C. Opposing parties are not opposed to this Motion.

2.   Various Motions are scheduled for hearing on September 23, 1999. All parties desire that such Motions be postponed and rescheduled to a later date.

3.   The Motions pending before the Court are as follows:

   (a)   "Motion to Compel Production of Documents",

   (b)   "Unopposed Motion for Leave to File Amended Pleadings",

   (c)   "Defendant Ivonne Soto Vega's Motion to Dismiss Pursuant to Rule 12(b)(1),(2),(3),(4),(5),(6)".

4.   One or more of the referenced Motions are scheduled at one or more of the following times and dates:

   (a)   Order Setting Hearing at 9:00 a.m. on September 23, 1999; and

   (b)   Order Setting Hearing at 10:30 on September 23, 1999.

5.   <u>Factual grounds for this Motion</u>:

   (a)   Proceedings were held on an earlier date, and the Court ordered the deposition of Defendant Ivonne Soto Vega.

Such deposition was requested by Plaintiff as a predicate to Plaintiff's jurisdictional, or venue allegations contained in Plaintiff's pleadings in this action.

(b) Ultimately, the said party's deposition was taken on September 8, 1999.

(c) The transcript related to such deposition was received by the undersigned counsel on September 13, 1999.

(d) A subpoena duces tecum was included along with the deposition notice of the said Ivonne Soto Vega. Ivonne Soto Vega indicated the existence of certain documents which were not produced. Such resulted in the filing of "Motion to Compel Production of Documents" in order to obtain copies of documents which Plaintiff deems necessary in order to respond to "Defendant Ivonne Soto Vega's Motion to Dismiss Pursuant to Rule 12(b)(1),(2),(3),(4),(5),(6)". Such Motion has not been ruled on by this Court, and it is expected that such documents will be produced without the need for the filing of a ruling on the Motion. Following the preparation of this present Motion, such documents were received on September 21, 1999, leaving insufficient time to incorporate the substance of such documents into any pleading to be prepared by Plaintiff.

(e) The undersigned is advised that Defendants' attorney (the Honorable Roy Dale) is involved in proceedings out-of-state which relate to a matter currently pending before the Honorable United States District Judge Ricardo

Hinojosa, and the said Roy Dale is unable to attend the scheduled hearing which is the subject of this present Motion. The undersigned is further advised that no one who is available in the said Mr. Dale's office is presently sufficiently familiar with the facts of this matter to adequately participate in the scheduled hearings. The said attorney for Ivonne Soto Vega had requested an informal agreement to postpone the present matter based on the considerations addressed in this subparagraph, and the undersigned attorney-in-charge was, and remains unopposed to such request.

(f)   In addition, for reasons addressed in the other paragraphs containing factual recitations previously in this Motion, the undersigned attorney has been unable to prepare an adequate response to the Defendants' pending Motion to Dismiss and related requested relief. The undersigned is not ready for a hearing.

(g)   In addition to the above, the undersigned counsel has been in engaged in trial preparation for the following matters during at least the past thirty days:

Clyde Lyons, Jr. vs. American Alliance Insurance Company, et al, Cause No. C-6531-95-G, 370th District Court on September 20, 1999 trial;

Orlando DeAnder, et al vs. Rio National Bank, Cause No. C-894-91-E, 275th District Court on September 27, 1999 trial;

Beto Pena, et al vs. Paola Peraglie, et al, Cause

No. 7717, 229th District Court on October 4, 1999 trial.

6.    For the reasons contained in this Motion, the parties request a postponement of the present proceedings, and request a reasonable resetting to accommodate the problems and concerns herein.

Respectfully Submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____

JOHN SKAGGS
State Bar No. 18452500
ATTORNEYS IN CHARGE FOR
PLAINTIFF PORT ELEVATOR-
BROWNSVILLE, L.C.


CONFIRMATION OF NON-OPPOSITION:

(SIGNATURE ATTACHED)

_____

Roy Dale
State Bar No. 05326700
6301 N. 10th St.
McAllen, Texas 78502
(956) 687-2416

Case 1:98-cv-00023   Document 25   Filed in TXSD on 09/22/1999   Page 5 of 6

No. 7717, 229th District Court on October 4, 1999 trial.

6.    For the reasons contained in this Motion, the parties request a postponement of the present proceedings, and request a reasonable resetting to accommodate the problems and concerns herein.

Respectfully Submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____

JOHN SKAGGS
State Bar No. 18452500
ATTORNEYS IN CHARGE FOR
PLAINTIFF PORT ELEVATOR-
BROWNSVILLE, L.C.

CONFIRMATION OF NON-OPPOSITION:

Roy Dale by Katie P Klein with permission
Roy/Dale
State Bar No. 05326700
6301 N. 10th St.
McAllen, Texas 78502
(956) 687-2416

## CERTIFICATE OF CONFERENCE

The parties have conferred in connection with the subject of this Motion, and there is no opposition to the relief requested.

_____
John Skaggs


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 21 day of _September_, 1999:

Roy S. Dale
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
John Skaggs