26

United States District Court
Southern District of Texas
FILED

SEP 22 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § | JURY DEMANDED |

<u>PLAINTIFF PORT ELEVATOR-BROWNSVILLE'S RESPONSE TO DEFENDANT
IVONNE SOTO VEGA'S REPLY TO PLAINTIFF'S RESPONSE TO
MS. VEGA'S MOTION TO DISMISS PURSUANT TO
RULE 12(b)(1), (2), (3), (4), (5), and (6), WITH
BRIEFING</u>

TO THE UNITED STATES DISTRICT COURT:

COMES NOW, Port Elevator-Brownsville, L.C., Plaintiff in Interpleader, in the above styled and numbered cause, and files this its Response to Defendant Ivonne Soto Vega's Reply to Plaintiff's Response to Ms. Vega's Motion to Dismiss Pursuant to Rule 12(b)(1), (2), (3), (4), (5), and (6) of the Federal Rules of Civil Procedure, and in support thereof would respectfully show the following:

I.

1. On September 8, 1999, the deposition of Ivonne Soto Vega was taken to obtain jurisdictional facts which establish that this Court has jurisdiction over the person of Ivonne Soto Vega.

2. Ms. Vega holds a resident alien card which allows her to permanently reside and work in the United States. She claims not to be a permanent resident alien. However, the card states that "the person identified by this card is entitled to reside permanently and work in the U.S." See deposition exhibit number 4 attached as exhibit "1." It is the plaintiff's contention that Vega is indeed a permanent

1

resident alien, and domiciled in the state of California.

3. Ms. Vega has lived in California since 1979. She owns a home in Bonita, California and lives there year round. See "Declaration of Homestead" attached as exhibit "2," pages 8, 9, and 10 of her deposition attached as exhibit "3," and page 25 of her deposition attached as exhibit "4."

4. Ms. Vega holds a social security card. See attached as exhibit "5."

5. Ms. Vega holds a California driver's license. See deposition exhibit number 2 attached as exhibit "6."

6. Ms. Vega has owned at least 2 businesses in California. See deposition exhibits 5 and 6 attached as exhibit "7."

II.

7. An alien with permanent resident status is deemed a citizen of the state in which she is domiciled. 28 USC §1332(a). Singh v. Daimler-Benz, 9 F.3d 303 (3rd Circ. 1993).

8. Ms. Vega's contends that she intends to return to Mexico, however her actions directly contradict this. Words may evidence a man's intention, but course of conduct is the controlling factor in establishing domicile Freeman v. Northwest Acceptance Corp., 754 F.2d. 553, 555, 556 (5th Cir. 1985). Vega's course of conduct indicates that her domicile is California.

III.

9. Defendant Vega misleads the Court when it contends that this action is must be dismissed because it is between two aliens. The plaintiff has a right to protect itself against litigation by multiple claimants. Even if, for the sake of argument, Vega is a temporary resident alien, or a Mexican citizen, and co-defendant Gutierrez is also Mexican citizen, this Court still has jurisdiction under Rule 22 interpleader. Commercial Union Ins. Co. v. United States, 999 F.2d

581, 584 (D.C. Cir. 1993).

10. On the other hand, if this Court accepts Plaintiff's contention that Vega is a permanent resident alien, diversity between all parties exists and this Court has jurisdiction under statutory interpleader 28 USC § 1335. Under 1335 statutory interpleader only minimal diversity is required. State Farm Fire & Casualty Co. v. Tashire, 87 S.Ct. 1199, 1203 (1967).

11. Co-defendant Vega's contention that plaintiff's request for affirmative relief doesn't support diversity jurisdiction is a red herring, having nothing to do with diversity. This Court may award costs and attorneys fees. Perkins State Bank v. Connolly, 632 F.2d 1306, 1311 (5th Cir. 1980).

## CONCLUSION

12. For all the reasons set forth above, Plaintiff prays that this Court deny Defendant, Ivonne Soto Vega's Motion to Dismiss.

Respectfully Submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

*Lynn Hemerton w/ permission for:*
JOHN SKAGGS
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all attorneys of record on this the 22nd day of September, 1999.

Roy S. Dale
DALE & KLEIN, L.L.P.
6301 N. 10th
McAllen, Texas 78504

*Lynn Hamer Van w/ permission for:*
John Skaggs

4