IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 4 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA, S.A. DE C.V. | § § § | JURY DEMANDED |

### PORT ELEVATOR-BROWNSVILLE, L.C.'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITH AUTHORITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, **PORT ELEVATOR-BROWNSVILLE, L.C.**, Plaintiff in the above-styled and numbered cause and files this Unopposed Motion to Withdraw its Motion to Compel Production of Documents with Authorities filed on or about September 16, 1999 and in support thereof would show:

I.

On or about September 16, 1999, Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C.** filed its Motion to Compel Production of Documents with Authorities against **IVONNE SOTO VEGA**. The subject matter of the Motion to Compel has been resolved. **PORT ELEVATOR-BROWNSVILLE, L.C.** therefore requests permission to withdraw its Motion to Compel.

For the above reasons, Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C.** respectfully requests that this court grant its Unopposed Motion to Withdraw its Motion to Compel Production of Documents with Authorities.

Respectfully submitted,

*Lynn Vanerton, w/ permission for:*
JOHN SKAGGS
State Bar No. 18452500

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

ATTORNEY-IN-CHARGE FOR
DEFENDANT PORT ELEVATOR-
BROWNSVILLE, L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

Roy S. Dale
William D. Mount, Jr.
DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504

**VIA CERTIFIED MAIL/RRR** on this the 1st day of October, 1999.

*Lynn Vanerton w/ permission for:*
JOHN SKAGGS

## CERTIFICATE OF CONSULTATION
## AND NONOPPOSITION

I have consulted with Respondent's attorney, Roy Dale, and he is unopposed to this motion.

_____
JOHN SKAGGS