DALEANDKLEIN   TEL:956-6687-6601   Oct 01,99   14:37 No.003 P.02

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 07 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. | § § § |
| VS. | § §  CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA, S.A. DE C.V. | § §  JURY DEMANDED § § |

**ORDER GRANTING PORT ELEVATOR-BROWNSVILLE, L.C.'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITH AUTHORITIES**

On the ___6___ day of ___October___, 1999 came on to be heard Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C.'S** Unopposed Motion to Withdraw its Motion to Compel Production of Documents with Authorities filed on or about September 16, 1999. The Court having heard the arguments of counsel and considered same, and being of the opinion that said Unopposed Motion is well-taken, it is therefore,

**ORDERED** that Plaintiff's Unopposed Motion be, and is hereby **GRANTED**.

**SIGNED FOR ENTRY** on this ___6___ day of ___October___, 1999.

_____
JUDGE PRESIDING