IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 20 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA, S.A. DE C.V. | § § § | JURY DEMANDED |

**DEFENDANT IVONNE SOTO VEGA'S SUPPLEMENTAL REPLY TO PLAINTIFF'S REPLY TO MS. VEGA'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), (2), (3), (4), (5) AND (6)**

TO THE UNITED STATES DISTRICT COURT:

NOW COMES, **IVONNE SOTO VEGA**, Defendant in the above-styled and numbered cause and files this her Supplemental Reply to Plaintiff's Response to **MS. VEGA'S** Motion to Dismiss Pursuant to Rule 12(b)(1), (2), (3), (4), (5) and (6) and in support thereof would show as follows:

I.

In further support of **MS. VEGA'S** position that this case should be dismissed, she references a number of statements made at her deposition taken on September 8, 1999 and documents produced at the request of **PORT ELEVATOR, L.C.** which follow:

1. **MS. VEGA** was born on October 22, 1953 in Tijuana, Baja California, Mexico. Exhibit "1", P. 8, lns. 4-5;

2. **MS. VEGA** was educated in Mexico and had no schooling in the U.S. Exhibit "1", P. 8, lns. 9-12;

3. **MS. VEGA** does not have U.S. permanent resident alien status. Her resident alien card expires March 22, 2000. Exhibit "4" to **VEGA** deposition.

4. **MS. VEGA** has not made a decision as to whether she will try to renew her resident alien card. Exhibit "1", P. 23, lns. 20-25;

5. **MS. VEGA** has never applied for a permanent resident alien card or U.S. citizenship. Exhibit "1", P. 18, lns. 21-25;

6. **MS. VEGA** owns two businesses in Mexico, General de Telefonia and Telecommunications and Inmobilaria Internacional. She currently owns no businesses in the U.S. Exhibit "1", P. 15, lns. 23-25, p. 16, lns. 1-21;

7. Exhibit "2", copy of **MS. VEGA'S** Mexican passport.

8. Exhibit "3", copy of **MS. VEGA'S** Mexican birth certificate.

9. Exhibit "4", copy of July 1, 1999 electrical bill on **MS. VEGA'S** apartment in Tijuana, Mexico.

10. Exhibit "5", copy of May 28, 1997 electrical bill on **MS. VEGA'S** apartment in Tijuana, Mexico.

The above evidence supports **MS. VEGA'S** position that her domicile is in Mexico, not California, that she is an alien and that this court does not have jurisdiction over her under the diversity statute. 28 U.S.C. § 1332. Because both **MS. VEGA** and the other claimant are aliens, statutory interpleader cannot be invoked by the Plaintiff.

## II.

There is no evidence that the other claimant to the corn and/or cash at issue, **BERSAIN GUTIERREZ**, has been served by the Plaintiff. Failure to perfect service requires dismissal under Rule 12(b)(7). Interpleader is an action in personam which brings about a final and conclusive adjudication of personal rights and

requires that a claimant to the fund be brought before the court in order for a judgment to be binding upon him. <u>New York Life Insurance Co. V. Dunlevy</u>, 241 U.S. 518, 521 (1916). Since Plaintiff has failed to bring the other claimant, an indispensable party, before the court, this court is without jurisdiction as to him and cannot render any judgment in respect of the cash or corn which would be binding upon him. The failure of Plaintiff to bring the other claimant before the court requires dismissal of the complaint. See <u>Metropolitan Life Insurance Company v. Dumpson</u>, 194 F. Supp. 9, 11 (S.D.N.Y. 1961); Fed. R. Civ. P. 12(b)(7) and 19; Moore's Federal Practice, p. 2101, et seq. (2 ed. 1948).

**WHEREFORE, PREMISES CONSIDERED,** Defendant **IVONNE SOTO VEGA** respectfully requests that this court dismiss this case pursuant to Rule 12(b)(1), (2), (3), (4), (5), (6), and/or (7) and grant such other and further relief which Defendant may justly be entitled.

Respectfully submitted,

*/s/ Bill M____*

ROY S. DALE
State Bar No. 05326700
WILLIAM D. MOUNT, JR.
State Bar No. 14602950

DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, Texas 78504
Telephone (956) 687-8700
Facsimile (956) 687-2416

ATTORNEYS FOR DEFENDANT,
IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285

**VIA FACSIMILE** on this the 20th day of October, 1999.

_____
ROY S. DALE

*Roy Dale by Bill M____ with permission*