30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | §<br>§<br>§ | JURY DEMANDED |

United States District Court
Southern District of Texas
FILED

OCT 21 1999

Michael N. Milby, Clerk of Court

## MOTION FOR LEAVE TO MAKE APPEARANCE

TO THE UNITED STATES DISTRICT COURT:

COMES NOW, John Skaggs, lead attorney for Port Elevator-Brownsville, and Movant, would respectfully show this Court the Following:

1. Lynn Howerton is an associate attorney at the law firm of Skaggs & Garza.

2. Ms. Howerton is licensed by the State Bar of Texas, and in United state District Court the Southern District of Texas. # 00787726

3. The Movant requests that this Court allow Ms. Howerton to appear before it in this case.

Respectfully Submitted,

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_Lynn Howerton with permission for:_
JOHN SKAGGS
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all attorneys of record on this the 21st day of October, 1999.

Roy S. Dale
DALE & KLEIN, L.L.P.
6301 N. 10th
McAllen, Texas 78504

_Lynn Hamilton with permission for_
John Skaggs

4

ClibPDF - www.fastio.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| CLARENCE PALMER,<br>Petitioner,<br><br>v.<br><br>GARY L. JOHNSON, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-97-067<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Petitioner's Motion for Request for Certificate of Appealability. Having considered the motion and the pleadings of the parties filed herein:

1. Petitioner's Motion for Request for Certificate of Appealability is hereby DENIED;

2. The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

DONE in Brownsville, Texas on this _____ day of _____, 1999.

_____
Hilda Tagle,
United States District Judge

5