31

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☒ NIcolas   ☐ Koerner |

| | | | |
|---|---|---|---|
| DATE | 10 | 21 | 99 |

| TIME | 9:45 a.m. | 10:15 a.m. |
|---|---|---|
| | p.m. | p.m. |

| CIVIL ACTION | B | 98 | 23 |
|---|---|---|---|

STYLE

PORT ELEVATOR

*versus*

VEGA

## DOCKET ENTRY

(HGT)  ☐ Hearing; _____ day  ☐ Bench  ☐ Jury Trial   (Rptr.  Breck Record  )

__Lynn Howerton_____ for  ■ Ptf. #____  ☐ Deft. #____

__Roy Dale_____ for  ☐ Ptf. #____  ■ Deft. #____

__Bill Mount_____ for  ☐ Ptf. #____  ■ Deft. #____

_____ for  ☐ Ptf. #____  ☐ Deft. #____

☐ All motions not expressly decided are denied without prejudice.

■ Evidence taken exhibits – Deposition of Defendant VEGA.

■ Argument heard on:  ☐ all pending motions;  ■ these topics:
Sufficiency of service of process. _____

☐ Motions taken under advisement: _____

☐ Order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. Plaintiff's motion for leave to make appearance is GRANTED.
2. Unopposed motion to amend pleadings (Dkt. No. 23) is GRANTED.
3. Defendant's motion to dismiss for lack of sufficient service (Dkt. No. 9) is GRANTED.
4. Plaintiff's oral motion to withdraw money in registry is GRANTED.