

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**OCT 2 2 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PORT ELEVATOR BROWNSVILLE, LC, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, ET AL, | § | |
| | § | |
| Defendant(s). | § | |

## ORDER

BE IT REMEMBERED that on October 21, 1999, the Court considered Defendant VEGA's motion to dismiss (Dkt. No. 9). Defendant's motion is GRANTED. Furthermore, the Court ORDERS that funds deposited in the Court's registry may be withdrawn by Plaintiff PORT ELEVATOR.

DONE at Brownsville, Texas, this _____21_____ day of October 1999.

Hilda G. Tagle
United States District Judge