33

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Port Elevator

*versus*

Vega

§
§
§
§
§
§
§

CIVIL ACTION B-98-23

CRIMINAL _____

United States District Court
Southern District of Texas
FILED

OCT 2 1 1999

Michael N. Milby
Clerk of Court

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

*Proceeding:*   ☐ Trial   ☐ Hearing   held _____

*Exhibits of:*   ☐ Govt.   ☐ Plf.   ☐ Deft.

| *Exhibit Numbers* | *Description* |
|---|---|
| #1 | Deposition of Ivonne Soto Vega |
| | |
| | |
| | |
| | |

The above exhibits were received by _____ , attorney for

_____ .

*Lynn Henderson*
_____
(signature)

10/21/99
_____
(date)

ClibPDF - www.fastio.com