37

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
**FILED**
FEB 24 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ☑ Nicolas    ☐ Koerner |
| **DATE** | 02 / 24 / 00 |
| **TIME** | 3:00 p.m. |
| **CIVIL ACTION** | B — 98 — 23 |
| **STYLE** | Port Elevator  versus  Vega |

**DOCKET ENTRY** ☑ Status Conference   ☐ Initial Pre Trial Conference
(HGT)   ☐ Hearing; _____ day   ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record)

John Skaggs _____ for ☑ Ptf. # _____   ☐ Deft. # PE
Bill Mount _____ for ☐ Ptf. # _____   ☑ Deft. # SOTO-VEGA
Roy Dale _____ for ☐ Ptf. # _____   ☑ Deft. # SOTO-VEGA
_____ for ☐ Ptf. # _____   ☐ Deft. #

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:

_____
_____
_____

☐ Motions taken under advisement: _____
☐ Order to be entered.

1. Motion to tender funds to court is GRANTED.
2. Plaintiff will continue attempting service for 30 days.
3. Plaintiff will then attempt substituted service within 15 days.
4.