39

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | ~~Betty Garza~~ Stella Cavazos |
| LAW CLERK | ☒ Nicolas  ☐ Koerner |

APR 26 2000
Michael N. (illegible)
Clerk of Court

DATE: 04 / 26 / 00

TIME: 3:32 p.m. — 3:35 p.m.

CIVIL ACTION: B - 98 - 23

STYLE: Port Elevator versus Vega

DOCKET ENTRY (HGT): Status Conf.
☒ Hearing; ____ day ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record)

_John Skaggs_ for ☒ Ptf. # ____ ☐ Deft. # ____
_(no appearance for Δ)_ for ☐ Ptf. # ____ ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on: ☐ all pending motions; ☐ these topics:

☐ Motions taken under advisement: ____
☐ Order to be entered.

1. Plaintiff's counsel represented that service of process had been achieved on Defendant Soto Vega on April 21, 2000