40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 04 2000

Michael N. _____
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § | |
| | § | |
| VS. | § | CIVIL NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § | JURY DEMANDED |

## AFFIDAVIT REGARDING SERVICE OF PROCESS

| | | |
|---|---|---|
| THE STATE OF CALIFORNIA | § | |
| | § | AFFIDAVIT |
| COUNTY OF SAN DIEGO | § | |

BEFORE ME, the undersigned Notary Public in and for the State of California, on this day personally appeared W. H. Bruce known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

1. I was employed to serve process, including the "First Amended Complaint in Interpleader", in Civil No. B-98-23 pending in the United States District Court for the Southern District of Texas.

2. I am neither an attorney nor an interested party in this referenced lawsuit.

3. I personally served Defendant Ivonne Soto Vega by delivering a copy the summons and of the complaint in connection with the above-referenced captioned and numbered cause. Such service was accomplished by leaving copies thereof at such individual's dwelling, house or usual place of abode (4395 Country

Trails Court, Bonita, California). Such copies of the summons and of the complaint were left by me with a person of suitable age and discretion then residing therein.

Service was accomplished on the ___21st__ day of April, 2000 at ___8:15___ o'clock __a.m__.

4. The factual allegations herein are true and correct.

_W. H. Bruce_
W. H. Bruce
**PRINT NAME**

SWORN TO AND SUBSCRIBED before me, the undersigned authority by the said _William H. Bruce_, on this the _2nd_ day of _MAY_, 2000, to certify which witness my hand and seal of office.

_____
Notary Public in and for
the State of California

My Commission Expires: _9-27-00_

[Notary Seal: EN E. HARDY #1111082 NOTARY PUBLIC-CALIFORNIA SAN DIEGO COUNTY My Commission Expires SEPTEMBER 29, 2000]

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of **CALIFORNIA**
County of **San Diego**

On **5-2-00** before me, **WARREN E. Hardy, NOTARY PUBLIC**
　　　　　DATE　　　　　　　　　　NAME, TITLE OF OFFICER - E.G. "JANE DOE, NOTARY PUBLIC"

personally appeared **William Hastings Bruce**,
　　　　　　　　　　　　　　　NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Seal: WARREN E. HARDY, COMM. #1111082, NOTARY PUBLIC-CALIFORNIA, SAN DIEGO COUNTY, My Commission Expires SEPTEMBER 29, 2000]

WITNESS my hand and official seal.

_[signature]_
SIGNATURE OF NOTARY

━━━━━━━━━━ OPTIONAL ━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL
☐ CORPORATE OFFICER
　　_____
　　　　TITLE(S)
☐ PARTNER(S)　☐ LIMITED
　　　　　　　　☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)
_____
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

**Aff RE: Serv of Process**
TITLE OR TYPE OF DOCUMENT

**-2-**
NUMBER OF PAGES

**5-2-00**
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. | CIVIL NO. B-98-23 |
| vs. | JURY DEMANDED |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA S.A. DE C.V. | |

**SUPPLEMENTAL AFFIDAVIT REGARDING SERVICE OF PROCESS**

| | |
|---|---|
| THE STATE OF CALIFORNIA | SUPPLEMENTAL |
| COUNTY OF SAN DIEGO | AFFIDAVIT |

BEFORE ME, the undersigned Notary Public in and for the State of California, on this day personally appeared W. H. Bruce, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

1. When I served the First Amended Complaint in Interpleader in the instant case, I utilized my command of basic Spanish, and inquired of the housekeeper, Juana, if she resided at the Soto Vega residence.

2. Upon her affirmative answer, I explained the documents I had were for Ms. Soto Vega, and that they were legal documents.

3. Juana, upon receipt of the aforesaid documents, said in Spanish she understood.

_/s/ W. H. Bruce_
W. H. Bruce

Subscribed and sworn before me, the undersigned authority by the said W. H. Bruce, on this 25th day of April, 2000, to certify which witness my hand and seal of office.

Notary Public in and for the State of California

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of __CALIFORNIA__

County of __SAN DIEGO__

On __5·2·00__ before me, __WARREN E. Hardy, Notary Public__
       DATE                                 NAME, TITLE OF OFFICER - E.G. "JANE DOE, NOTARY PUBLIC"

personally appeared __William Austin BRUCE__,
                                                   NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WARREN E. HARDY
COMM. #1111082
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
SEPTEMBER 29, 2000

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

═══════════════ OPTIONAL ═══════════════

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL
☐ CORPORATE OFFICER
_____
             TITLE(S)

☐ PARTNER(S)    ☐ LIMITED
                     ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____
_____
_____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)
_____
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

__Supp File · Serv of Process__
TITLE OR TYPE OF DOCUMENT

__2__
NUMBER OF PAGES

__5·2·00__
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184