AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN  DISTRICT OF  TEXAS

BROWNSVILLE DIVISION

PORT-ELEVATOR - BROWNSVILLE, L.C.

V.

IVONNE SOTO VEGA, BERSAIN GUTIERREZ
& SYSCO DE BAJA, S.A. DE C.V.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-98-23

United States District Court
Southern District of Texas
FILED

MAY 1 0 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

IVONNE SOTO VEGA
4395 Country Trails Court
Bonita, California 91902

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Skaggs
SKAGGS & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2295
McAllen, Texas 78502-2285

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk         2-16-00

CLERK                                              DATE

_Maurine Garza_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action ~ erse

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                              Signature of Server

                                                  _____
                                                  Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. § | |
| § | |
| VS. § | CIVIL NO. B-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN § | JURY DEMANDED |
| GUTIERREZ, AND SYSCO DE BAJA § | |
| S.A. DE C.V. § | |

## AFFIDAVIT REGARDING SERVICE OF PROCESS

| | |
|---|---|
| THE STATE OF CALIFORNIA § | |
| § | AFFIDAVIT |
| COUNTY OF SAN DIEGO § | |

BEFORE ME, the undersigned Notary Public in and for the State of California, on this day personally appeared W. H. Bruce known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

1. I was employed to serve process, including the "First Amended Complaint in Interpleader", in Civil No. B-98-23 pending in the United States District Court for the Southern District of Texas.

2. I am neither an attorney nor an interested party in this referenced lawsuit.

3. I personally served Defendant Ivonne Soto Vega by delivering a copy the summons and of the complaint in connection with the above-referenced captioned and numbered cause. Such service was accomplished by leaving copies thereof at such individual's dwelling, house or usual place of abode (4395 Country

Trails Court, Bonita, California). Such copies of the summons and of the complaint were left by me with a person of suitable age and discretion then residing therein.

Service was accomplished on the ___21st__ day of April, 2000 at ___8:15___ o'clock __a. m.__

4. The factual allegations herein are true and correct.

*W. H. Bruce* (signature)

W. H. Bruce
PRINT NAME

SWORN TO AND SUBSCRIBED before me, the undersigned authority by the said _William H. Bruce_, on this the _2nd_ day of _MAY_, 2000, to certify which witness my hand and seal of office.

Notary Public in and for
the State of California

My Commission Expires: _5-27-00_

[Notary seal: EN E. HARDY / 1111082 / NOTARY PUBLIC-CALIFORNIA / SAN DIEGO COUNTY / My Commission Expires / SEPTEMBER 29, 2000]

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of __CALIFORNIA__

County of __SAN DIEGO__

On __5-2-00__ before me, __WARREN E. Hardy, Notary Public__
     DATE                                    NAME, TITLE OF OFFICER - E.G. "JANE DOE, NOTARY PUBLIC"

personally appeared __William Austinis BRUCE__,
                                NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: WARREN E. HARDY, COMM. #1111082, NOTARY PUBLIC-CALIFORNIA, SAN DIEGO COUNTY, My Commission Expires SEPTEMBER 29, 2000]

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

━━━━━━━━━━ OPTIONAL ━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

## CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)   ☐ LIMITED
              ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

_____
_____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

_____
_____

## DESCRIPTION OF ATTACHED DOCUMENT

__Supp MFLE: Serv of Process__
TITLE OR TYPE OF DOCUMENT

__2__
NUMBER OF PAGES

__5-2-00__
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
            BROWNSVILLE DIVISION
```

| | |
|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | CIVIL NO. B-98-23 |
| vs. | JURY DEMANDED |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | |

**SUPPLEMENTAL AFFIDAVIT REGARDING SERVICE OF PROCESS**

| | |
|---|---|
| THE STATE OF CALIFORNIA | SUPPLEMENTAL |
| COUNTY OF SAN DIEGO | AFFIDAVIT |

BEFORE ME, the undersigned Notary Public in and for the State of California, on this day personally appeared W. H. Bruce, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

1. When I served the First Amended Complaint in Interpleader in the instant case, I utilized my command of basic Spanish, and inquired of the housekeeper, Juana, if she resided at the Soto Vega residence.

2. Upon her affirmative answer, I explained the documents I had were for Ms. Soto Vega, and that they were legal documents.

3. Juana, upon receipt of the aforesaid documents, said in Spanish she understood.

*/s/ W. H. Bruce*
W. H. Bruce

Subscribed and sworn before me, the undersigned authority by the said W. H. Bruce, on this 25th day of April, 2000, to certify which witness my hand and seal of office.

**Notary Public in and for the State of California**

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5907

State of **CALIFORNIA**

County of **San Diego**

On **5-2-00** before me, **WARREN E. Hardy, Notary Public**
   DATE                                      NAME, TITLE OF OFFICER - E.G. "JANE DOE, NOTARY PUBLIC"

personally appeared **William Hastings Bruce**,
                                    NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Seal: WARREN E. HARDY / COMM. #1111082 / NOTARY PUBLIC-CALIFORNIA / SAN DIEGO COUNTY / My Commission Expires / SEPTEMBER 29, 2000]

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

━━━━━━━━━━━━━━━ OPTIONAL ━━━━━━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL
☐ CORPORATE OFFICER
   _____
       TITLE(S)
☐ PARTNER(S)   ☐ LIMITED
               ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

**Aff RE: Serv of Process**
TITLE OR TYPE OF DOCUMENT

**2**
NUMBER OF PAGES

**5-2-00**
DATE OF DOCUMENT

_____
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184