42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 11 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. | § § § |
| VS. | §  CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA, S.A. DE C.V. | § § § §  JURY DEMANDED |

**DEFENDANT IVONNE SOTO VEGA'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), (2), (3), (4), (5) and (6)**

TO THE UNITED STATES DISTRICT COURT:

NOW COMES, **IVONNE SOTO VEGA,** Defendant in the above-styled and numbered cause and files this her Motion to Dismiss Pursuant to Rule 12(b)(1), (2), (3), (4), (5), and (6) of the Federal Rules of Civil Procedure and upon hearing, requests that this court dismiss this action against her pursuant to Rule 12(b) of the Federal Rules of Civil Procedure and grant such other and further relief, both in law and/or equity, which this Defendant may justly be entitled.

Respectfully submitted,

*Roy Dale by Bill Mount with permission*

ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, Texas 78504
Telephone (956) 687-8700
Facsimile (956) 687-2416

ATTORNEYS FOR DEFENDANT,
IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 11th day of May, 2000.

_____
WILLIAM D. MOUNT, JR.