IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. § <br> § <br>VS. § CIVIL NO. B-98-23 <br> § <br>IVONNE SOTO VEGA, BERSAIN § <br>GUTIERREZ, AND SYSCO DE BAJA § <br>S.A. DE C.V. § | |

## ORDER TO DEPOSIT ADDITIONAL MONEY

The Court has considered the tender of a check in the amount of One Thousand and No/100ths Dollars ($1,000.00) in connection with this captioned matter. The Court orders the deposit of such check into the Registry of the Court pending further action by the Court.

DONE AT BROWNSVILLE, TEXAS, this 13 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

John Skaggs
SKAGGS & GARZA, L.L.P.
P. O. Drawer 2285
McAllen, Texas  7502

Mr. Roy Dale
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas  78502