49

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

NOV 22 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PORT ELEVATOR | § | |
| | § | |
| *versus* | § | CIVIL ACTION: B-98-23 |
| | § | |
| VEGA, et al | § | |

## Order Setting Hearing

1.    A motion hearing will be held before Judge Hilda G. Tagle on:

December 11 , 2000

at  2:45  p.m.

Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas  78520

2.    Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.    The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on November 22 ,2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge