51

United States District Court
Southern District of Texas
FILED

DEC 1 1 2000

Michael N. Milby
Clerk of Court

# Civil MOTION HEARING Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo  ☐ Koerner |
| DATE | 12 / 11 / 00 |
| TIME | ___ a.m. — ___ a.m.<br>2:45 p.m. — 3:55 p.m. |
| CIVIL ACTION | B — 98 — 023 |
| STYLE | Port Elevator<br>*versus*<br>Vega, et. al. |

## DOCKET ENTRY

(HGT)  ☐  Final Pretrial Conference  – (Rptr.  Breck Record  )

John Skaggs                     ■ Ptf. Port Elevator

Bill Mount in place of Roy Dale     ■ Deft. Vega

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☑ Motion Hearing:

1. Vega's Motion to Dismiss [Dkt. No. 42 & 47] is GRANTED with respect to Statutory Interpleader only; the Motion to Dismiss is DENIED in all other respects.

2. The Motion for Leave to File an Amended Complaint [Dkt. No. 45] is GRANTED, especially in light of the fact that Plaintiff is not asking the Court through its motion to enjoin the state court proceedings.

3. The Court advised the Parties to work out a mutually acceptable time and place to depose Vega.

1