52

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
DEC 11 2000 4:00pm
Michael N. Milby, Clerk of Court

PORT ELEVATOR- §
BROWNSVILLE, L.C. §
 §
VS. § CIVIL NO. B-98-23
 §
IVONNE SOTO VEGA, BERSAIN § JURY DEMANDED
GUTIERREZ, AND SYSCO DE BAJA §
S.A. DE C.V. §

United States District Court
Southern District of Texas
ENTERED
DEC 12 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER ~~GRANTING~~ ON DEFENDANT IVONNE SOTO VEGA'S MOTION TO DISMISS
PURSUANT TO RULE 12(b)(1), (2), (3), (4), (5) and (6)

On the 11th day of December, 2000, ~~1999,~~ came on to be heard Defendant IVONNE SOTO VEGA'S Motion to Dismiss Pursuant to Rule 12(b)(1), (2), (3), (4), (5) and (6). The Court having heard the arguments of counsel and considered same, and being of the opinion that said Motion is well-taken, in part, it is therefore,

ORDERED that Defendant IVONNE SOTO VEGA'S Motion to Dismiss Pursuant to Rule 12(b)(1), (2), (3), (4), (5) and (6) as against her be, and is hereby ~~GRANTED~~. Denied with the exception that Plaintiff's Statutory Interpleader

SIGNED FOR ENTRY on this 11 day of December, 2000, ~~1999,~~ Brownsville, Division.

APPROVED AS TO FORM

[signature]
Bill Mauntz

_____
JUDGE PRESIDING

Claim is Dismissed in accordance with the Motion.