United States District Court
Southern District of Texas
ENTERED

**53**

DEC 1 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Port Elevator §
*versus* §
 §      CIVIL ACTION B- 98-23
Vega, et al §
 §
 § Scheduling Order

1. Trial: Estimated time to try: __5__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:    __2-16-01__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __4-16-01__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    __7-16-01__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:    __8-7-01__

7. Joint pretrial order is due:    __10-12-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __11-1-01__

9. Jury Selection is set for 9:00 a.m. on:    __11-5-01__

The case will remain on standby until tried.

Signed __December 14__, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

Counsel, please sign on the back.

*Scheduling Order--Page Two*

_____[signature]_____
Counsel for _INTERPLEADING_
_PARTY (CROSS DEFENDANT)_
_Plaintiff_

_____[signature]_____
Counsel for _Ms. Vega, Defendant_

_____
Counsel for _____

_____
Counsel for _____

_____
Counsel for _____

_____
Counsel for _____