54

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. § <br> § <br> VS. § <br> § <br> IVONNE SOTO VEGA, BERSAIN § <br> GUTIERREZ, AND SYSCO DE BAJA § <br> S.A. DE C.V. § | CIVIL NO. B-98-23 <br><br> JURY DEMANDED |

### ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

On this date came on for consideration Plaintiff's request for leave to file a second amended complaint. Leave is hereby granted.

DONE AT BROWNSVILLE, TEXAS this ___ day of _____, 2000. 2001

_____
JUDGE PRESIDING