*58*

ORIGINAL

United States District Court
Southern District of Texas
FILED

FEB 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PORT ELEVATOR - §
BROWNSVILLE, L.C. AND §
SOUTHWEST GRAIN CO., INC. §
§
VS. § CIVIL NO. B-98-23
§
IVONNE SOTO VEGA, BERSAIN § JURY DEMANDED
GUTIERREZ, SYSCO DE BAJA, §
S.A. DE C.V. AND WALTER §
PUFFELIS, INDIVIDUALLY AND §
D/B/A AGI AKRON GROUP, INC. §

## AGREED MOTION TO EXTEND DEADLINE
## TO JOIN NEW PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME, Plaintiffs **PORT ELEVATOR-BROWNSVILLE, L.C.** and

**SOUTHWEST GRAIN CO., INC.** and the only appearing Defendant **IVONNE**

**SOTO VEGA** and file their Agreed Motion to Extend Deadline to Join

New Parties and in support thereof would show:

I.

The Scheduling Order entered on December 13, 2000 requires

that new parties be joined on or before February 16, 2001. The

appearing parties request that this deadline be extended one month

with the new deadline being March 16, 2001.  See **Exhibit "A"**.

For the above reasons, Plaintiff **PORT ELEVATOR-BROWNSVILLE,**

**L.C.**, **SOUTHWEST GRAIN CO., INC. AND IVONNE SOTO VEGA** respectfully

request that this court grant their Agreed Motion to Extend

Deadline to Join New Parties.

Respectfully submitted,

JOHN SKAGGS
State Bar No. 18452500

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

ATTORNEY FOR
PLAINTIFFS/COUNTER-DEFENDANTS
PORT ELEVATOR- BROWNSVILLE, L.C.
AND SOUTHWEST GRAIN CO., INC.


DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416


ROY S. DALE
State Bar No. 05326700
WILLIAM D. MOUNT, JR.
State Bar No. 14602950

ATTORNEYS FOR DEFENDANT/COUNTER-
PLAINTIFF/THIRD-PARTY
PLAINTIFF IVONNE SOTO VEGA

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 16th day of February, 2001.

WILLIAM D. MOUNT, JR.

H:\P\99-3843\MOTIONS\Agreed Motion to Extend Deadline to Join New Parties
PAGE 3

United States District Court
Southern District of Texas
ENTERED

DEC 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

*53*

## UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Port Elevator

§
§
§
§
§

*versus*

Vega, et al

CIVIL ACTION B- 98-23

### Scheduling Order

1.  Trial:  Estimated time to try: _5_ days.          ☐ Bench    ☑ Jury

2.  New parties must be joined by:                    2-16-01

    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff's experts will be named with a report furnished by:    4-16-01

4.  The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5.  Discovery must be completed by:                   7-16-01

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

*************************** The court will provide these dates. ***************************

6.  Dispositive Motions will be filed by:             8-7-01

7.  Joint pretrial order is due:                      10-12-01

    *The plaintiff is responsible for filing the pretrial order on time.*

8.  Docket Call and final pretrial conference is set for 1:30 p.m. on:    11-1-01

9.  Jury Selection is set for 9:00 a.m. on:           11-5-01

The case will remain on standby until tried.

Signed _December 14_____, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

CC

*Scheduling Order–Page Two*

_____

Counsel for INTERPLEADING
PARTY (CROSS DEFENDANT)
Plaintiff

_____

Counsel for_____

_____

Counsel for_____

_____

Counsel for Ms. Vega, Defendant

_____

Counsel for_____

_____

Counsel for_____