# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**FEB 22 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

*Port Elevator, Et Al*

Vs.

*Ivonne Soto Vega, Et Al*

CIVIL
ACTION NO. *B-98-23*

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on ___2/22/01___, the Court STRUCK the filing entitled *Agreed motion to Extend Deadline #58 to Join new Parties #8* because it did not comply with one or more of the following Local Rules:

1. _____ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. _____ Filing in not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. __✓__ One or more of the following are not included beneath the attorney's signature:
   - (a)      state bar number; or
   - (b)      Southern District of Texas Federal Bar Number; or
   - (c)      office address including zip code; or
   - (d)      telephone and facsimile numbers with area codes (LR 11.3(A)).

4. _____ A copy of the filing was not provided (LR 5.2).

5. _____ No certificate of service, or an explanation why service is not required (LR 5.4,CrLR 12.4).

6. _____ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR7.1 (D),CrLR12.2).

7. _____ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2,CrLR 12.2).

8. _____ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas , this ___22nd___ day of ___February, 2001___.

Hilda G. Tagle
**United States District Judge**