63

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR–BROWNSVILLE, L.C., § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. B-98-23 |
| § § | |
| IVONNE SOTO VEGA, ET AL., § § | |
| Defendants. § | |

### ORDER

BE IT REMEMBERED that on February 20, 2001, the Court **ORDERED** Defendant Vega's Motion for Protective Order Subject to Her Motion to Dismiss **MOOT** [Dkt. No. 50], as the Court previously ruled on her Motion to Dismiss [Dkt. Nos. 51 & 52].

DONE at Brownsville, Texas, this _____ day of February 2001.

Hilda G. Tagle
United States District Judge