ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 23 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § | JURY DEMANDED |

## DEFENDANT IVONNE SOTO VEGA'S MOTION TO BRING IN THIRD-PARTY DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **IVONNE SOTO VEGA**, Defendant in the above-styled and numbered cause and moves for leave, as Third-Party Plaintiff, to cause to be served upon **CRAIG ELKINS** a Summons and Third-Party Complaint, copies of which are attached hereto as **Exhibit "A"** and incorporated herein for all purposes.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

Roy Dale by Bill Mount
ROY S. DALE
State Bar No. 05326700  *with permission*
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF/THIRD PARTY PLAINTIFF IVONNE SOTO VEGA