

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § | JURY DEMANDED |

## AGREED MOTION TO EXTEND DEADLINE TO JOIN NEW PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME, Plaintiffs **PORT ELEVATOR-BROWNSVILLE**, **L.C.** and **SOUTHWEST GRAIN CO., INC.** and the only appearing Defendant **IVONNE SOTO VEGA** and file their Agreed Motion to Extend Deadline to Join New Parties and in support thereof would show:

I.

The Scheduling Order entered on December 13, 2000 requires that new parties be joined on or before February 16, 2001. The appearing parties request that this deadline be extended one month with the new deadline being March 16, 2001. See **Exhibit "A"**.

For the above reasons, Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C., SOUTHWEST GRAIN CO., INC. AND IVONNE SOTO VEGA** respectfully request that this court grant their Agreed Motion to Extend Deadline to Join New Parties.

Respectfully submitted,

*John Skaggs by Bill M____ with permission*

JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225

SKAGGS & GARZA, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

ATTORNEY FOR
PLAINTIFFS/COUNTER-DEFENDANTS
PORT ELEVATOR- BROWNSVILLE, L.C.
AND SOUTHWEST GRAIN CO., INC.


DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

*Roy Dale by Bill M____ with permission*

ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT/COUNTER-
PLAINTIFF/THIRD-PARTY
PLAINTIFF IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 23rd day of February, 2001.

WILLIAM D. MOUNT, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § | JURY DEMANDED |

**AGREED ORDER GRANTING MOTION TO EXTEND DEADLINE
TO JOIN NEW PARTIES**

On the _____ day of _____, 2001 came on to be heard Plaintiffs **PORT ELEVATOR-BROWNSVILLE**, L.C. and **SOUTHWEST GRAIN CO., INC.** and the only appearing Defendant **IVONNE SOTO VEGA'S** Motion to Extend Deadline to Join New Parties. The Court having heard the arguments of counsel and considered same, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that Plaintiffs **PORT ELEVATOR-BROWNSVILLE**, L.C. and **SOUTHWEST GRAIN CO., INC.** and the only appearing Defendant **IVONNE SOTO VEGA'S** Motion be, and is hereby **GRANTED** such that the new deadline to join new parties is March 16, 2001.

**SIGNED FOR ENTRY** on this _____ day of _____, 2001.

_____
**J U D G E   P R E S I D I N G**

United States District Court
Southern District of Texas
ENTERED

53

DEC 13 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*Fact Elevator*
versus
*Vega, et al*

§
§
§     CIVIL ACTION B- 98-23
§
§

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.     ☐ Bench   ☑ Jury

2. New parties must be joined by:     __2-16-01__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     __4-16-01__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     __7-16-01__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:     __8-7-01__

7. Joint pretrial order is due:     __10-12-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     __11-1-01__

9. Jury Selection is set for 9:00 a.m. on:     __11-5-01__

The case will remain on standby until tried.

Signed __December 14__, 2000, at Brownsville, Texas.

*Hilda Tagle*
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

_____
Counsel for INTERPLEADING
PARTY (CROSS DEFENDANT)
Plaintiff

_____
Counsel for _____

_____
Counsel for _____

_____
Counsel for Ms. Vogot, Defendant

_____
Counsel for _____

_____
Counsel for _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § | JURY DEMANDED |

## AGREED ORDER GRANTING MOTION TO EXTEND DEADLINE TO JOIN NEW PARTIES

On the _____ day of _____, 2001 came on to be heard Plaintiffs **PORT ELEVATOR-BROWNSVILLE, L.C.** and **SOUTHWEST GRAIN CO., INC.** and the only appearing Defendant **IVONNE SOTO VEGA'S** Motion to Extend Deadline to Join New Parties. The Court having heard the arguments of counsel and considered same, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that Plaintiffs **PORT ELEVATOR-BROWNSVILLE, L.C.** and **SOUTHWEST GRAIN CO., INC.** and the only appearing Defendant **IVONNE SOTO VEGA'S** Motion be, and is hereby **GRANTED** such that the new deadline to join new parties is March 16, 2001.

**SIGNED FOR ENTRY** on this _____ day of _____, 2001.

_____
JUDGE PRESIDING