67

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR–BROWNSVILLE, L.C., § § Plaintiffs, § § v. § § IVONNE SOTO VEGA, ET AL., § § Defendants. § § § | CIVIL ACTION NO. B-98-23 |

## ORDER

BE IT REMEMBERED that on March 26, 2001, the Court **GRANTED** Defendant Ivonne Soto Vega's Motion to Bring in Third-Party Defendant [Dkt. No. 64]. The Court also hereby declares as **MOOT** the Agreed Motion to Extend Deadline to Join New Parties [Dkt. No. 65], as the requested deadline of March 16, 2001 has passed.

DONE at Brownsville, Texas, this 26th day of March 2001.

_____
Hilda G. Tagle
United States District Judge