# AFFIDAVIT OF SERVICE

Brownsville Division          U.S. District Court Court

Case Number: B-98-23

68

**United States District Court**
**Southern District of Texas**
**FILED**

APR 2 4 2001

Michael N. Milby
Clerk of Court

PLAINTIFF:
**PORT ELEVATOR- BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC.**

vs.

DEFENDANT:
**CRAIG ELKINGS, INDIVIDUALLY AND D/B/A PORT ELEVATOR BROWNSVILLE, L.C. AND SOUTHWEST GRAIN, CO.**

For:
Roy Dale
Dale & Klein
6301 N. 10th St.
McAllen TX 78504

Received by Bill McMillon and Associates, LC on the 11th day of April, 2001 at 11:16 am to be served on **CRAIG ELKINS, 910 Rio Grande Drive, Mission, Texas**.

I, Ed Fink, being duly sworn, depose and say that on the **11th day of April, 2001 at 7:23 pm, I**:

HAND DELIVERD THE FOLLOWING LEGAL DOCUMENTS: **SUMMONS & THIRD PARTY COMPLAINT**

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Ed Fink
Process Server

Subscribed and Sworn to before me on the 16th day of April, 2001 by the affiant who is personally known to me.

NOTARY PUBLIC

DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

Bill McMillon and Associates, LC
204 W. Ferguson
Suite 108
Pharr, TX 78577
(956) 783-1132
Our Job Serial Number: 2001000656

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3w

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR -<br>BROWNSVILLE, L.C. AND<br>SOUTHWEST GRAIN CO., INC.<br><br>VS.<br><br>IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, SYSCO DE BAJA,<br>S.A. DE C.V. AND WALTER<br>PUFFELIS, INDIVIDUALLY AND<br>D/B/A AGI AKRON GROUP, INC.<br><br>VS.<br><br>CRAIG ELKINGS, INDIVIDUALLY<br>AND D/B/A PORT ELEVATOR<br>BROWNSVILLE, L.C. AND SOUTHWEST<br>GRAIN, CO. | §§§§§§§§§§§§§§§§§§<br><br>CIVIL NO. B-98-23<br><br>JURY DEMANDED |

**SUMMONS AND COMPLAINT AGAINST THIRD-PARTY DEFENDANT**

To the above-named Third-Party Defendant:

You are hereby summoned and required to serve upon, **John Skaggs**, Plaintiff's attorney whose address is **710 Laurel, P.O. Drawer 2285, McAllen, Texas 78502-2285**, and upon **Roy S. Dale**, who is attorney for Yvonne Soto Vega, Defendant and Third-Party Plaintiff, and whose address is **6301 N. 10th Street, McAllen, Texas 78504**, an answer to the Third-Party Complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third-Party Complaint. There is also served upon you herewith a copy of the Complaint of the Plaintiff which you may but are not required to answer.

Michael N. Milby, Clerk

_____
Clerk of the Court