United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

**DEFENDANT IVONNE SOTO VEGA'S EMERGENCY
VERIFIED MOTION FOR PROTECTIVE ORDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Defendant **IVONNE SOTO VEGA** and files this her Emergency Verified Motion for Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and in support thereof would show as follows:

I.

On or about June 27, 2001, Plaintiffs **PORT ELEVATOR-BROWNSVILLE**, **L.C.** and **SOUTHWEST GRAIN CO., INC.** noticed the deposition of **BERSAIN GUTIERREZ** to take place in San Diego, California at 1200 3rd St., Suite 326, Civic Center Plaza. See **Exhibit "A"**, copy of deposition notice.

II.

Plaintiffs did not coordinate this deposition date and time with **MS. VEGA'S** counsel. **MS. VEGA'S** counsel is not available on said date. **MS. VEGA** requests a protective order to prohibit the deposition from going forward on the time and date noticed. **MS. VEGA** would show that her attorney Roy Dale will be attending the 17th Annual Advanced Personal Injury Law Course in Dallas, Texas beginning on July 11 at 9:00 a.m. C.D.T. through 13th. He is traveling to Dallas on July 10th. The scheduling of the seminar long predated the notice of the deposition, including travel and hotel arrangements.

III.

**MS. VEGA** would show that there are other witnesses that need to be deposed in the San Diego area besides **MR. GUTIERREZ**. See **Exhibit "B"**, June 4, 2001 correspondence. These witnesses include **WALTER PUFFELIS GALVAN, III** (Co-Defendant who Plaintiffs have apparently not served yet) and a representative of Banoro Bank. The attorney for Plaintiffs, John Skaggs, has also expressed an interest in taking Defendant **VEGA'S** deposition which will have to be done in the Tijuana/San Diego area. The San Diego/Tijuana depositions should be done during one trip. **MS. VEGA** requests that this court enter a protective order concerning the scheduled deposition of **MR. GUTIERREZ** for July 10th to prevent annoyance and undue burden or expense.

IV.

**MR. GUTIERREZ** is a named Defendant in this lawsuit. He was served with a summons. He did not appear on his answer date. There is no guarantee that he will be present at the scheduled deposition. A trip to San Diego for a non-appearance is a waste of resources.

V.

Movant has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action, but has failed. Please see letters dated June 27, 2001 and June 29, 2001 addressed to John Skaggs, attorney for Plaintiffs, attached hereto as **Exhibits "C"** and **"D"**.

For the above reasons, Defendant **IVONNE SOTO VEGA** respectfully requests that this court grant her Motion for Protective Order and issue an order stating that the deposition of **BERSAIN GUTIERREZ** is not to take place on July 10, 2001, but at a later date when all parties are available and grant such other and further relief which this party may justly be entitled.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

*Roy Dale by Bill Mount with permission*

ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT
IVONNE SOTO VEGA

## CERTIFICATE OF CONFERENCE

Movant has conferred with Respondent and counsel cannot agree about the disposition of the motion.

_____
ROY S. DALE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA FACSIMILE** and **CERTIFIED MAIL/RRR** on this the 5th day of July, 2001.

_____
ROY S. DALE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

## VERIFICATION

STATE OF TEXAS      §
COUNTY OF HIDALGO   §

**BEFORE ME**, the undersigned Notary Public, on this day personally appeared **ROY S. DALE**, who being by me duly sworn on his oath deposed and said, that he is an attorney with the law firm of Dale & Klein, L.L.P., attorneys representing Defendant **IVONNE SOTO VEGA** in the above-entitled and numbered cause, that he has read the above and foregoing motion and that every statement contained therein is within his personal knowledge and is true and correct.

ROY S. DALE

SUBSCRIBED AND SWORN TO BEFORE ME on the 5th day of July, 2001, to certify which witness my hand and official seal.



Notary Public in and for
Hidalgo County, Texas

Commission Expires: 10-22-2003

H:\p\99-3843\motions\Emerg Mot for Prot Ord                      Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

**ORDER GRANTING EMERGENCY VERIFIED MOTION FOR PROTECTIVE ORDER**

On the _____ day of _____, 2001, came on to be heard Defendant **IVONNE SOTO VEGA'S** Emergency Verified Motion for Protective Order from the deposition of **BERSAIN GUTIERREZ** scheduled for July 10, 2001 by Plaintiffs in San Diego, California. The Court having considered the motion, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that Defendant **IVONNE SOTO VEGA'S** Motion be, and is hereby **GRANTED** such that the deposition of **BERSAIN GUTIERREZ** scheduled for July 10, 2001 to take place in San Diego, California by Plaintiffs is quashed.

**SIGNED FOR ENTRY** on this _____ day of _____, 2001, Brownsville Division.

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C.<br><br>VS.<br><br>IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | §<br>§<br>§<br>§   CIVIL NO. B-98-23<br>§<br>§<br>§<br>§ |

## NOTICE OF INTENT TO TAKE ORAL DEPOSITION

PLEASE TAKE NOTICE that following the service of this notice, this party intends to take the oral deposition of the following person, on the following date and time:

Bersain Gutierrez, on July 10, 2001 at 10:00 a.m. pst.

The said deposition will take place at the offices of Hutchings Court Reporter, 1200 3rd, Suite 326, Civic Center Plaza, San Diego, California 92101. The said deposition may be videotaped.

The witness shall appear at such time and place, for the purpose of giving deposition testimony in this cause, which deposition, when taken, may be used in evidence during the trial of said cause, and will continue from day to day until completed.

You are instructed that "the matters on which each person will testify" shall be related to the matters enumerated in the attached subpoena duces tecum, the contents which are incorporated by reference herein. You are also directed to designate a person or persons to testify on your behalf in connection with the matters



related to the allegations made in the pleadings on file in this cause.

                                    Respectfully Submitted,

                                    SKAGGS AND ASSOCIATES
                                    P.O. Drawer 2285
                                    710 Laurel
                                    McAllen, Texas 78502-2285
                                    Phone (956) 687-8216
                                    Fax (956) 630-6570

_(signed) John Skaggs w/ perm. Michele Gonzales 24012710_

JOHN SKAGGS
Federal No. 1225
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 27th day of June, 2001:

Mr. William D. Mount, Jr.
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_(signed) John Skaggs w/ perm. Michele Gonzales 24012710_

John Skaggs



## dale & klein, l.l.p.
### attorneys at law

Roy S. Dale, P.C.
Katie Pearson Klein, P.C.*
* Board Certified Texas Board of Legal Specialization
Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr

A. Peter Thaddeus, Jr
Kathryn M Flagg
Marina Garcia

June 4, 2001

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

<u>VIA FAX (956) 630-6570</u>
<u>AND REGULAR MAIL</u>

RE: Civil Action B-98-23; Port Elevator-Brownsville, L.C. vs. Ivonne Soto Vega, et al.; In the U.S. District Court for the Southern District of Texas, Brownsville Division
Our File No. 99-3843

Dear Mr. Skaggs:

This letter serves as a follow-up to my correspondence addressed to you dated May 31, 2001. When you do depose Ms. Vega in Tijuana, I would also like to depose Walter Puffelis Galvan, III immediately following or immediately prior to Ms. Vega's deposition. It is my understanding that you will be trying to arrange the deposition of Bersain Gutierrez to take place during the trip to Tijuana.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Bill Mount

WILLIAM D. MOUNT, JR.

WDM:es
h:\p\99-3843\ltrs\Skaggs 24

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700  Fax 956 687 2416
Brownsville Office
815 Ridgewood Brownsville, Texas 78520



**d&k**
dale & klein, l.l.p.
attorneys at law

oy S. Dale, P.C
atie Pearson Klein, P.C.*
Board Certified Texas Board of Legal Specialization
amily Law and Civil Trial Law
artin E. Morris
illiam D Mount, Jr.

Peter Thaddeus, Jr
thryn M. Flagg
arina Garcia

June 27, 2001

**VIA FAX (956) 630-6570**
John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

    RE:  Civil Action B-98-23; Port Elevator-Brownsville, L.C., et al. vs. Ivonne Soto Vega, et al.; In the U.S. District Court for the Southern District of Texas, Brownsville Division; Our File No. 99-3843

Dear Mr. Skaggs:

    This letter is in reference to a deposition notice received June 26, 2001 by facsimile from your office for Bersain Gutierrez. The deposition was noticed by your office to take place in San Diego, California on July 10, 2001.

    We are not available on July 10, 2001 for Mr. Gutierrez' deposition. As I had stated to you in prior correspondence, I had listed the dates that we were available. July 10th was not one of those dates. Also, please be advised that we are no longer available on July 13 or 14. I will be out of town July 14 through July 21st on a planned vacation.

    As I have stated in other letters, we will work with you as far as getting the discovery done that you need done. Please coordinate with me an alternate date. Also, as I have communicated to you in the past, we ought to do all the Southern California witnesses at the same time to avoid multiple trips to California and to avoid unnecessary expense.

    Please contact Mr. Gutierrez and obtain other available dates for his deposition. If I do not hear from you by Friday, June 29, 2001, I will assume that you are unwilling to coordinate an alternate date and I will file a Motion to Quash the deposition on Monday, July 2, 2001.

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700  Fax 956 687 2416
Brownsville Office
815 Ridgewood Brownsville Texas 78520



John Skaggs
Port Elevator-Brownsville, L.C.
  vs. Ivonne Soto Vega, et al.
June 27, 2001
Page 2

    Should you have any questions, please do not hesitate to contact me.

    Very truly yours,

WILLIAM D. MOUNT, JR.

WDM:es
h:\p\99-3843\ltrs\Skaggs 29



# d&k
### dale & klein, l.l.p.
### attorneys at law

y S. Dale, P.C.
.atie Pearson Klein, P.C.*
* Board Certified Texas Board of Legal Specialization
Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr.

A Peter Thaddeus, Jr
Kathryn M. Flagg
Marina Garcia

June 2~~8~~9, 2001

**VIA FAX (956) 630-6570**
John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

    RE: Civil Action B-98-23; Port Elevator-Brownsville, L.C., et al. vs. Ivonne Soto Vega, et al.; In the U.S. District Court for the Southern District of Texas, Brownsville Division; Our File No. 99-3843

Dear Mr. Skaggs:

    I really do not want to waste the court's time and my time by filing a Motion to Quash the Deposition of Bersain Gutierrez. The deposition was not coordinated with this office and we are unavailable. Please have the witness provide other dates to you. The provision of one date is ridiculous.

    Do I need to file a Motion to Quash?

                          Very truly yours,

                          WILLIAM D. MOUNT, JR.

WDM:es
h:\p\99-3843\ltrs\Skaggs 30

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700  Fax 956 687 2416
Brownsville Office
815 Ridgewood Brownsville Texas 78520
Telephone 956 546 5100