72

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Port Elevator et al.                §
                                    §
*versus*                            §        CIVIL ACTION   98 - 023
                                    §
Vega et al.                         §

                                                United States District Court
                                                 Southern District of Texas
                                                         FILED

TELE-CONFERENCE MEMORANDUM                       JUL 0 6 2001
(In Chambers)
                                                 Michael N. Milby
                                                   Clerk of Court

*Appearances*.

Counsel:                          Representing:

Bill Mount                        Movant

John Skaggs                       Respondent


*Date*: July 6, 2001       *Law Clerk*:   Fajardo


*Comments & Rulings*:

   Skaggs indicated that Mr. Gutierrez, a defendant in this action who has been served but who has not filed an answer, volunteered to be deposed on July 10, 2001. He is Vega's partner and is the only witness with firsthand knowledge of the events that are the subject of this lawsuit. Since Mr. Gutierrez is a Mexican national, he has not been subpoenaed and the Parties have no guarantee that he will be available again. Therefore, the Court **DENIED** Vega's Emergency Motion for Protective Order [Dkt. No. 71]. Even if Mr. Dale is unavailable to attend the deposition, Mr. Mount has been signing the pleadings for Mr. Dale; therefore, somebody else from that office will have to make themselves available for the deposition on July 10, 2001.