73

United States District Court
Southern District of Texas
FILED

JUL 1 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § § | |

## DEFENDANT AND THIRD-PARTY PLAINTIFF IVONNE SOTO VEGA'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **IVONNE SOTO VEGA**, Defendant and Third-Party Plaintiff in the above-styled and numbered cause, and files this her Rule 26(a)(2) Disclosure of Expert Testimony and in support thereof would show as follows:

I.

**MS. VEGA** hereby identifies the experts which follow:

Roy S. Dale
Katie Pearson Klein
William D. Mount, Jr.
DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
(956) 687-8700

**MS. VEGA** has made a claim for attorney's fees in this lawsuit. Each of the earlier-mentioned individuals is an attorney who may testify concerning reasonable and necessary attorney's fees and anticipated future fees. Each of the earlier-mentioned attorneys are attorneys with the law firm that represents **MS. VEGA** in this litigation. They therefore have not been retained or specially employed to provide expert testimony. They will rely in part upon the Dale & Klein, L.L.P. client ledger pertaining to **MS. VEGA** to render opinions.

Guillermo Vega
302 Kings Hwy, Suite 105
Brownsville, Texas 78520
(956) 546-5573

Mr. Vega is an attorney whom **MS. VEGA** has retained. He has not been retained or specially employed to provide expert testimony. He is expected to testify concerning reasonable and necessary attorney's fees incurred by him on behalf of **MS. VEGA** and anticipated future fees.

Enrique de Leon Villareal
Sonora 1083, Col. Nuevo Repueblo
Monterrey, N.L. Mexico
(83) 45-48-50

Mr. Villareal has bought and sold commodities such as corn and grain and is an expert in the area. He has given a deposition in this case wherein he has expressed certain opinions. He has not been retained or specially employed to provide expert testimony in this case by **MS. VEGA**.

Avis Odenbaugh
2836 Whit Avenue
Kansas City, Missouri 64129-1148
(816) 923-5595

Ms. Odenbaugh is a board certified forensic document examiner. She reviewed three original invoices wherein the signature of Bersain Gutierrez over the typed words "Mr. Bersain Gutierrez or Mrs. Yvonne Soto Vega" was notarized by Maria Gonzalez, a Port Elevator - Brownsville, L.C. employee. Attached hereto as **Exhibit "A"** is Ms. Odenbaugh's report. Attached hereto as **Exhibit "B"** is a statement of her qualifications. Attached hereto as **Exhibit "C"** is a copy of her court appearance record. Attached hereto as **Exhibit "D"** is a list of depositions attended within the last four years. Attached

hereto as **Exhibit "E"** are a list of published papers. Attached hereto as **Exhibit "F"** are exhibits to be used in support of Ms. Odenbaugh's opinions. Attached hereto as **Exhibit "G"** is her invoice for services rendered.

Barbara J. Shipper
SHIPPER AND ASSOCIATES
5820 Town House Ln.
Beaumont, Texas 77707
(409) 866-6767

Ms. Shipper is a consulting only expert who is not expected to testify at trial. She is a qualified forensic document examiner. Her resume is attached hereto as **Exhibit "H"**. Her fee schedule is attached as **Exhibit "I"**.

This party reserves the right to redesignate this witness as a testifying expert.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

_____
ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT/THIRD-PARTY PLAINTIFF IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 16th day of July, 2001.

_____
WILLIAM D. MOUNT, JR.

# *Avis Odenbaugh*

*Owner, President Handwriting On the Wall, Inc.*
*Board Certified*
*Forensic Document Examiner*

*2236 West Avenue*
*Kansas City, Missouri 64129-1148*                                    *Phone and Fax (816) 923-3595*

William D. Mount, Jr.
Dale and Klein, L. L. P.
6301 North Tenth Street
McAllen, Texas 78504

Re:   Civil Action B-98-23: Port Elevator-Brownsville, L.C., et al. vs. Ivonne Soto Vega, et al
      Your file number: 99-3843
My file number:   071701

On July 7, 2001, I received the following documents from Barbara Shipper by Federal Express, tracking number 8285 2746 5404.

**Document number one:**
An original document, headed A G I, Invoice 0000001, dated October 25, 1996. There are numerous staple holes in the upper left hand corner, and two holes for binder filing at the top of this document. Numerous check marks or slashes have been placed on numerous places on the document. A correction for the word TEDNSITY was made with an initial in blue ink over the correction. This document has been signed with the names, Walter Puffelis, III, Maria Gonzales, as notary, and an illegible name over the typed name, Bersain Gutierrez. The date this document was signed is recorded as 10/30/96. There is a notary seal impression for Maria Gonzalez.

**Document number two:**
The major portion of this document is a copy of document one. The correction of the word TEDNSITY, the check marks, the initials and the signatures are original as is the notary seal. There are numerous staple holes in the upper left corner, and two holes for binder filing at the top of this document.

**Document number three:**
The major portion of this document is a copy of document one. The correction of the word TEDNSITY, the check marks, the initials and the signatures are original as is the notary seal. There are numerous staple holes in the upper left corner, and two holes for binder filing at the top of this document.

Page 1 of 3


EXHIBIT A

**Assignment:**

1. Determine if the typed, or copied words "Mr. Bersain Gutierrez or Mrs. Ivonne Soto Vega was placed on the documents prior or post signing of the name purported to be that of Bersain Gutierrez on each of these documents.

2. Determine if the words, "This notarization is to authenticate that the above signature is that of Mr. Bersain Gutierrez." is typed (or printed) with the same machine that typed (or printed) the phrase, "Sworn and subscribed before me this 30th day of October, 1996."

3. Determine if the name, "Mrs. Ivonne Soto Vega" and the address following that name on the lower left hand corner of each document was printed or typed by the same machine that printed or typed the top half of the respective documents.

4. Does each document appear to be an original, notarized document containing the original signature of Mr. Bersain Gutierrez?

**Procedure:**

This examination was aided by handheld magnifiers, a Meiji stereoscopic microscope using a fiberoptic lamp with dual light pipes in the conventional manner and as coaxial illumination using an SL 39 photographic filter. Light balancing 80 B filters are used with each of the pipes of the fiberoptic lamp. Photographs were taken for demonstrative purposes.

**Conclusions:**

1. The signature purported to be that of Bersain Gutierrez was written after the words, "Mr. Bersain Gutierrez or Mrs. Ivonne Soto Vega."

2. The type font used to print the phrase, "This notarization is to authenticate that the above signature is that of Mr. Bersain Gutierrez," is not the same type font used to print the phrase, "Sworn and subscribed before me this 30th day of October 1996." A different escapement of the two fonts was noted.

3. The name, Mrs. Ivonne Soto Vega and the following address on the lower left hand corner of each document was printed with the same font type as the top portion of the document. No discernable differences between the fonts nor escapement were observed.

4. The notary impression was placed over a portion of the letter"l" in Gonzales on each of the documents. This is normal. It is my understanding Barbara Shipper will contact the Secretary of State's office in Austin, Texas to determine if Maria Gonzales is in fact a commissioned notary in the state of Texas. I have no seal impressions authorized by the state of Texas for comparison. Therefore, no

judgment was made from this examination as to the authenticity of the notarization of the document. It was noted, however, that the signatures purported to be that of Bersain Gutierrez on the documents in question were written by the same person.

Attached to this report is a copy of:
1. A current Statement of Qualification for Avis Odenbaugh
2. A list of all court testimonies given by Avis Odenbaugh in the past four years
3. A list of all deposition testimony given by Avis Odenbaugh in the past four years.
4. A list of all published papers written by Avis Odenbaugh in the past ten years.
5. A copy of my fee schedule: HOWEVER, as this case was originally sent to Barbara Shipper, I have agreed to work at her scheduled rate of $85.00 per hour and court rate, plus expenses, including travel time, if necessary.
6. A statement of hours billed to this date.
7. A copy of all documents examined
8. A copy of charts which may be submitted as exhibits at trial or during a deposition.

All documents are being returned to Mr. Mount with this report on July 13, 2001 by Federal Express, tracking number 839 613 3093.

Respectfully,

*Avis M. Odenbaugh*

Avis M. Odenbaugh
Board Certified Forensic Document Examiner
July 13, 2001

# Avis Odenbaugh
*Owner, President Handwriting On the Wall, Inc.*
*Board Certified*
*Forensic Document Examiner*

2836 White Avenue
Kansas City, Missouri 64129-1148                                             Telephone and Fax (816) 923-5595

## STATEMENT OF QUALIFICATIONS
Owner, President, Handwriting On the Wall, Inc.
January, 2001

Certified forensic document examiner - 14 years of professional experience

**Education and Training**
Bemidji State University, Bemidji: MN  1951-1953
St. Luke's Hospital School of Medical Technology: Kansas City, MO,  1953-1954
World Association of Document Examiner's Residency Training Program, 1989 -96
University of Missouri at Kansas City: Chancellor's Certificate in photography, 1993-1994
University of Missouri at Kansas City, Management of Computer Security, (1 credit hr.) 1996

**Certifications**
Certified (by testing) Document Examiner
    World Association of Document Examiners, 1988
    Independent Association of Questioned Document Examiners, 1994
Registered Professional Document Examiner, World Association of Document Examiners 1987
Proficiency Recognition Certificate, World Association of Document Examiners, 1991
Medical Technologist, M.T. (ASCP), 1954

**Professional Organizations**
World Association of Document Examiners, 1986 -2000
Independent Association of Questioned Document Examiners, 1992 -
Association of Certified Fraud Examiners, Associate Member, 1995 -
American Society for Industrial Security, 1997 -

**Instructor of Questioned Document Examination**
World Association of document Examiners Resident Training Program, Chicago, IL, 1993, 1994, 1995, 1996, 1997, 1998, 1999
Independent Association of Questioned Document Examiners, Kansas City 1995, workshop on
    instrumentation as applicable to document examiners

**Major seminars attended** (over 1,500 actual seminar hours)
World Association of Document Examiners, Chicago Illinois: 1987, 1988, 1989, 1990, 1991, 1992, 1993,
    1994, 1995, 1996, 1997, 1998, 1999
World Association of Document Examiners, Houston, T, 1989, 1992;  Warwick, RI, 1990; Sarasota, FL,
    1993
Independent Association of Questioned Document Examiners, Troy, MI, 1991; Portland, OR; 1992; St.
    Louis,  MO, 1993; Madison, WI, 1994;  Kansas City, MO, 1995, (chairman and seminar
    coordinator) Honolulu, HI, 1996; Las Vegas, NV, 1997; Dallas TX, 1998; Scottsdale, AZ, 1999;
    Dallas, TX, 2000
Trial Advocacy Workshop, Houston TX, 1992
American Academy of Forensic Sciences, San Antonio, TX, 1994; Seattle, WA, 1995; Nashville, TN, 1996
Document Photography, Honolulu, HI, 1996, Las Vegas, NV, 1997
Adobe PhotoShop 3 for Document Examiners, Las Vegas, NV, 1997
Greater Kansas City Chapter of the Association of Certified Fraud Examiners, Overland Park, KS, 1997;
    Kansas City, MO, 1997, 1998, Overland Park, KS, 1999
Association of Forensic Document Examiners, Milwaukee, WI, 1998, 2000



(Avis Odenbaugh, Statement of Qualifications, page 2)

**Court Experience**
    County Courts in Missouri: Jackson, Harrison, Cole, Polk, Howard, Clay, Douglas, Cass, Jasper, and Howard
    County Courts in Kansas: Johnson, Shawnee, Wyandotte
    County Courts in Arkansas: Puluski (Chancery Court)
    Federal Courts: Kansas City, Kansas, Kansas City, Missouri, Omaha, Nebraska
        Full list of court appearances is available on request.

**Arbitration Hearing**
    Buchanan County, MO, Johnson County, KS

**Presentations**
    Full list upon request

**Library**
    Full list upon request

**Laboratory Equipment**
    Bausch and Lomb 7 - 30 power magnification stereoscopic microscope with camera adaptor
    Meiji stereoscopic microscope, triocular, 6 - 135 power magnification
    R.F. Inter-Science Macro Zoom System, 18 - 36 power zoom lens with camera adaptor
    Lee Tech IVS-100 infrared video scanning document examiner with filters for infrared and infrared luminescence examinations
    Indentation Materializer Electrostatic Detection Device (IMEDD, ESDA type)
    Ultra violet lamps, long and short wavelengths
    Pentax Super Program Cameras (2)
        Lenses for Pentax Camera, 35 - 70 mm, 28 - 90 mm, 70 - 210 mm, all with macro capabilities
        Vivitar extension tubes
    Nikon FE camera with a 50 mm macro, 50 mm 1.8, and Tokina AT -X Macro Extender lenses
        Nikon PB - 5 focusing bellows
    Strobes, several, including a Sunpack ring strobe for the above cameras
    Filters, numerous, close-up lenses, reversing rings for the above cameras
    Polaroid MP-4 camera with copy stand
    Sekonic DigLite F light meter (ambient, incident and spot)
    Darkroom equipped for developing of black and white and reversal films, and printing of black and white, and color negative, and positive film
    Dolan-Jenson Industries fiber optic lamp with bifurcation and lenses
    Indirect (transmitted) light boxes
    Mitutoyo electronic micrometer
    Various gauges, magnifiers and measuring grids
    Typeface Identification plates and grids

## *Avis Odenbaugh*

*Owner, President Handwriting On the Wall, Inc.*
*Board Certified*
*Forensic Document Examiner*

*2836 White Avenue*
*Kansas City, Missouri 64129-1148*                           *Phone and Fax (816) 923-5595*

---

### COURT APPEARANCE RECORD
### (Past four years)

1.  7/22/97       Platte County Circuit Court, Platte City, MO
    Judge         Daniel Czamanske
    Case          Melvin Newsom, plaintiff vs. Roger Smith, defendant, #96CC-00151
    Plaintiff     William Merryman, Cassandra Terhune
    Defense       Ben Schmitt of Harris, McCausland, & Schmitt, P.C.

2.  12/15/97      Leavenworth District Court, Leavenworth, KS
    Judge         David King
    Case          Robert Miller, plaintiff vs. Terry Bartkoski, defendant, # 97 - 5 CV - 178
    Plaintiff     Garry Nelson
    Defense       James J. Cramer of Payne & Jones, Chartered.

3.  5/5/98        Johnson County District Court, Division 16, Olathe, KS
    Judge         John Anderson, III
    Case          State of Kansas v. Denise Theus AKA Donita Summit
    Prosecutor    John Cowels
    Defense       Robert Kuchar

4.  7/20/98       Jackson County Circuit Court, Kansas City, Mo.
    Judge         K. Preston Dean
    Case          M.S. White Candy & Tobacco Co., Inc. vs. Bill L. Wiggs, et al CV95 - 2556
    Plaintiff     Ronald Byers
    Defense       Dale Morris

5.  1/5/99        Johnson District Court, Division 11, Olathe, KS
    Judge         Thomas Bornholdt
    Case          State of Kansas, v. John Iturralde, 98CR2349
    Prosecutor    Richard Guinn
    Defense       Daniel Stewat

6.  3/11/99       United States District Court for Western Missouri, Kansas City, MO
    Judge         Howard F. Sachs
    Case          Premier Bank, et al. Vs. Thomas W. Tierney et al, 95-1003-CV-W-6
                  Sunwest Bank of Clovis, N.A., et al. Vs. Thomas W. Tierney et al.
                        95-1005-CV-W-6
    Plaintiff     Michael Healy
    Defense       Craig T. Kenworthy

Page 1 of 3



7.  6/10/99        Arbitration Hearing, Overland Park, Kansas
    Arbitrator    Joseph Nitka
    Case          Kansas Gas Service Company and United Steelworkers of America -- labor arbitration
    Company       David Mudrick
    Union         William Jolley

8.  6/21/99        Jackson Curcuit Court, Independence, MO
    Judge         William Ely
    Case          Prime American Life Insurance Company v. May Norwood et al, CV 98-21499
    Plaintiff     Bernard Eveloff
    Defense       Edward Pendelton

9.  11/17/99       U. S. District Court, Western District of MO, Jefferson, City, MO
    Judge         Scott O. Wright
    Case          Jami Crouch v O"Reilly Automotive, 98-4215-CV-C-SOW
    Plaintiff     David M. Skeens
    Defense       Carole DeWald

10. 5/11/00 &      U. S. District Court of Nebraska, Omaha, NE
    5/15/00        U. S. Court of Appeals
    Judge         Joseph F. Bataillon
    Case          U. S. v. Kent Rutherford, 8:99 CR - 120
    Prosecution   Asst. U. S. Attorney Russell X. Mayer
    Defense       Clarence Mock

11. 8/23/00        Arbitration hearing
    Arbitrator    Joseph J. Nitka
    Case          Willamette Industries, Inc., (Kansas City, Kansas) and PACE, Local 726
                  FMCS No: 00-02226    Issue: Salazar Suspension
    Company       James A. Mertes
    Union         Mike Susic

12. 10/24/00       Atchison County District Court, Atchison, KS
    Judge         Philip Lacey
    Case:         Ivan Boldridge, Plaintiff v. Ethel Campbell, Defendant
    Plaintiff     Prince S. Adebayo Hassan
    Defense       Richard Seneca

13. 1/24/01        Johnson County District Court, Olathe, KS
    Judge         John Anderson
    Case          State of Kansas v Clyde Danny Robinson, 99-CR 2764
    Prosecutor    Brent Venneman
    Defense       Angela Keck

Page 2 of 3