IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. § § § § | |
| VS. § | CIVIL NO. B-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. § § § § § § § | JURY DEMANDED |
| VS. § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO. , INC. § § § § § | |

## DEFENDANT AND THIRD-PARTY PLAINTIFF IVONNE SOTO VEGA'S FIRST SUPPLEMENTAL DISCLOSURES UNDER RULE 26

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, **IVONNE SOTO VEGA,** Defendant and Third-Party Plaintiff in the above-styled and numbered cause and serves these her Supplemental Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and in support thereof would show as follows:

I.

Under Rule 26(a)(1)(B), Defendant and Third-Party Plaintiff **IVONNE SOTO VEGA** provides a copy of all documents, data compilations, and tangible things in the possession, custody or control of this party that are relevant to disputed facts alleged

with particularity in the pleadings. This information is contained at **Exhibit "B"** and incorporated herein for all purposes.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

*/s/ Bill Mount*

ROY S. DALE
State Bar No.:05326700
Federal I.D. No.: 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No.: 14992

ATTORNEYS FOR IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record, to wit:

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 16th day of July, 2001.

*/s/ Bill Mount*

WILLIAM D. MOUNT, JR.

# EXHIBIT "B"
## INDEX FOR SUPPLEMENTAL DOCUMENTS PRODUCED

| BATES NO. | IDENTIFICATION OF DOCUMENT |
|---|---|
| 000163-000170 | Documents regarding payment for 1st and 2nd purchases of corn from AGI. |
| 000171-000173 | Documents regarding 3rd purchase of corn from AGI. |
| 000174 | Letter to Ivonne Soto Vega from Bersain Gutierrez dated September 29, 1997. |
| 000175 | Letter from BanOro to Ivonne Soto Vega dated November 21, 1996. |
| 000176 | Letter to Ivonne Soto Vega from Craig Elkins dated September 18, 1997. |
| 000177 | Letter to Craig Elkins from Ivonne Soto Vega dated September 18, 1997. |
| 000178 | Sworn statement from Ivonne Soto Vega RE: Invoices 1,2,and 3 from AGI. |

H:\p\ 99-3843\Discovery\Our Answers\Index for Suppl Documents Produced

# BanOro
*Grupo Financiero BanCrecer*
BanOro, S.A., Institución de Banca Múltiple, R.F.C. BAN-831231-GE9

C D NUM. CCI 08/96

ESTABLECER ESTA CARTA DE CREDITO ATRAVEZ DEL BANCO CORRESPONSAL QUE USTEDES DESIGNEN.

1 Y 2 AUTORIZADO POR _____

OFICINA EN TIJUANA, B.C. MEXICO

3 _____ CORRESPONSAL

PARA QUE ESTE A SU VEZ NOTIFIQUE ATRAVEZ DEL SAN DIEGO NATIONAL BANK, CHULA VISTA CALIFORNIA.

4 _____ 24 DE SEPTIEMBRE DE 1996.

5

MUY SEÑORES NUESTROS:

SIRVANSE ESTABLECER POR NUESTRA CUENTA UN CREDITO ☐ IRREVOCABLE ☒ IRREVOCABLE CONFIRMADO Y TRANSFERIBLE A FAVOR DE:

6 NOMBRE: AGI  TEL. (619) 661-6481
7 DIRECCION Y PLAZA: 9480 MARCONI DRIVE SUITE "F" OTAY MESA SAN DIEGO CALIFORNIA 92173
8 PAGADERO EN LA CIUDAD DE SAN DIEGO CALIFORNIA CON VENCIMIENTO: DICIEMBRE 10, 1996.
9 HASTA POR LA CANTIDAD DE US$720,120.00 DOLARES DE ESTADOS UNIDOS DE NORTEAMERICA MAXIMO
10 ESTE CREDITO SE SERVIRAN NOTIFICARLO A SUS CORRESPONSALES POR ☐ CORREO AEREO ☒ CABLE O TELEX INCLUYENDO TODOS LOS DETALLES ☐ CABLE O TELEX SIMPLE AVISO
11 LOS BENEFICIARIOS PODRAN DISPONER DE ESTE CREDITO MEDIANTE LETRAS DE CAMBIO A 21 DIAS DE RECIBIDA LA MERCANCIA. A CARGO DE USTEDES O SUS CORRESPONSALES, ACOMPAÑADAS DE LOS SIGUIENTES DOCUMENTOS:

12 A.- ☒ FACTURA COMERCIAL EXPEDIDA A NOMBRE DE IVONNE SOTO VEGA
PASEO RIO TIJUANA 1716, ZONA DEL RIO, TIJUANA, B.C. MEXICO
(INCLUIR DIRECCION Y CIUDAD)
( 1 ) EN ORIGINAL Y 2 COPIAS FIRMADAS.

DICHAS FACTURAS DEBERAN AMPARAR LO SIGUIENTE: 4236 TON METRICAS DE MAIZ AMARILLO No. 2 GRADO B, CON LAS SIGUIENTES ESPECIFICACIONES: MOISTURE MAXIMUM 14.5%, MINIMUM TEST DENSITY 67.5%, EXTRANEOUS FOREIGN 3.3%, CHIPPED MAIZE 3%, AFLATOXIN 15 PPM MAX. ORIGIN UNITED STATES.

B.- ☒ JUEGO COMPLETO DE CONOCIMIENTO DE EMBARQUE LIMPIO CONSIGNADO A XXXXXXXXX. ☐ MARITIMO
☒ FERROCARRIL. ☐ CAMION. ☐ GUIA AEREA. ☐ RECIBO POSTAL EXPEDIDOS A LA ORDEN DE: _____
SAN DIEGO NATIONAL BANK Y/O ANTONIO GOMEZ AGUILAR
(Nombre, Dirección, Ciudad)

CON NOTIFICACION A: IVONNE SOTO VEGA, PASEO RIO TIJUANA 1716, ZONA DEL RIO, TIJUANA B.C. MEX.
(Nombre, Dirección, Ciudad)

MOSTRANDO EMBARQUES DESDE CUALQUIER PARTE DE ESTADOS UNIDOS DE NORTEAMERICA
HASTA BROWNSVILLE TEXAS
POLIZA O CERTIFICADO DE SEGURO ENDOSADO EN BLANCO CUBRIENDO LOS SIGUIENTES RIESGOS:
_____
_____

EL SEGURO SERA TOMADO POR: EL VENDEDOR CUBRIENDO TODO RIESGO DESDE BODEGA VENDEDOR HASTA
C.- ☒ OTROS DOCUMENTOS: BODEGA COMPRADOR EN BROWNSVILLE TEXAS, INCLUYENDO DESASTRES
ORIGINAL DE POLIZA DE SEGURO. NATURALES, INUNDACIONES Y FENOMENOS METEOROLOGICOS.

13 SI PERMITIMOS EMBARQUES PARCIALES SI PERMITIMOS TRANSBORDOS
(SI) (NO)     (SI) (NO)

14 PRECIO DE COTIZACION: C.I.F. BROWNSVILLE TEXAS
☐ FLETE POR COBRAR Y SEGURO POR CUENTA DEL COMPRADOR
☐ FLETE PAGADO Y SEGURO POR CUENTA DEL COMPRADOR
☒ FLETE PAGADO Y SEGURO POR CUENTA DEL VENDEDOR

15 SUS CORRESPONSALES SI DEBEN AGREGAR SU CONFIRMACION
(SI) (NO)

16 LAS COMISIONES Y GASTOS FUERA DEL PAIS SERAN POR CUENTA DE: ☒ BENEFICIARIO ☐ SOLICITANTE

17 INSTRUCCIONES ESPECIALES:
CERTIFICADO DE ORIGEN MOSTRANDO LAS ESPECIFICACIONES DE LA MERCANCIA (ANEXO).
CERTIFICADO FITOSANITARIO MOSTRANDO LAS ESPECIFICACIONES DE LA MERCANCIA (ANEXO).
CERTIFICADO DE PESO MOSTRANDO LAS ESPECIFICACIONES DE LA MERCANCIA (ANEXO).
CERTIFICADO DE CALIDAD MOSTRANDO LAS ESPECIFICACIONES DE LA MERCANCIA (ANEXO)
CERTIFICADO DE INSPECCION DE SGS O LLOYDS OF LONDON O BARU BARITA CERTIFICANDO LA CALIDAD, PESO Y NUMERO DE SELLO.
LA FACTURA DEBE MOSTRAR LA FECHA Y FIRMA DE RECIBIDA LA MERCANCIA POR IVONNE SOTO VEGA Y BERSAIN GUTIERREZ.

CA-39

000163

El presente documento será título ejecutivo de conformidad a lo que señala el art. 55 de la Ley Reglamentaria del Servicio Público de Banca y Crédito, en contra del solicitante, para exigir la devolución de las cantidades que el Banco haya cubierto al amparo de este crédito, sin necesidad de reconocimiento de firma.

Nos obligamos a cubrirles el importe de los pagos hechos por ustedes o por sus corresponsales al amparo de este crédito, más intereses, comisiones de ustedes y de sus corresponsales, gastos, impuestos y derechos, etc., al aviso de la llegada de los documentos.

También los autorizamos expresamente para que, a su elección, carguen en nuestra cuenta de cheques el importe de los conceptos antes mencionados.

25. Los intereses a nuestro cargo serán a razón de __20__ por ciento anual, computados a partir de la fecha del pago y hasta la fecha del reembolso.

26. Por concepto de comisiones cubriremos a ustedes: Por la apertura del crédito, por cada período de 90 días o fracción __3__ al millar; por cada pago que se efectúe al amparo de este crédito, __3__ al millar. En ambos casos la comisión mínima será: **50.00 DLS.** Estas comisiones se entienden netas para ustedes.

De acuerdo con la Ley Reglamentaria del Servicio Público de Banca y Crédito, los usos comerciales y bancarios, el Banco no será responsable, ni sus corresponsales asumirán riesgos por la calidad de las mercancías, ni por la exactitud o autenticidad de los documentos, ni por retraso de correo, telégrafo o teléfono, ni por fuerza mayor, ni por la descripción, cantidad, medida, peso, embalaje, valor o estado de las mercancías, ni por incumplimiento por parte de sus corresponsales de las instrucciones transmitidas, ni por daños o perjuicios causados por hechos o personajes ajenos a esta Institución, ni por aceptar embarques parciales o por mayor cantidad de la estipulada en la apertura del crédito.

Estamos conformes en que BanOro, S.A. no acepta responsabilidad por cualquier demora o trastorno que sobrevenga en la tramitación de este crédito debido a causas ajenas a su control directo e inmediato.

A menos que expresamente se estipule otra cosa, este crédito será sujeto a los "Usos y Reglas Uniformes relativos a los Créditos Documentarios" fijados por la Cámara de Comercio Internacional que estén en vigor al momento de la celebración de este crédito documentario.

En garantía de las obligaciones que por la presente resulten o de cualquiera otra deuda que tengamos o tuviéremos con el Banco, damos a ustedes en prenda las mercancías y la documentación que las ampare, en la inteligencia que están ustedes facultados para venderlas sin necesidad de autorización judicial, además en los casos de incumplimiento, cuando bajaren de valor o por cualquier otro motivo no bastaren a cubrir las sumas que garanticen.

27. Hacemos la provisión de __US$320,000.00 TRESCIENTOS VEINTE MIL DOLARES DE ESTADOS UNIDOS DE NORTE-AMERICA,__ para el cumplimiento de las operaciones contraídas.

Queda asimismo entendido que todos los pagos efectuados con motivo de este crédito serán cubiertos con la provisión arriba estipulada hasta agotarla y la diferencia, si la hubiere, será pagada a ustedes al ser requerida. Si no existe provisión los reembolsaremos a ustedes de acuerdo con las anteriores estipulaciones, independientemente de que la importación de los efectos comerciales esté o en el futuro estuviere prohibida o en cualquier forma restringida, siendo exigibles las sumas correspondientes en los mismos términos y en condiciones indicadas en la presente.

Nos obligamos a reembolsar a BanOro, S.A. la cantidad de pesos mexicanos necesaria para adquirir los dólares que por nuestra cuenta le hayan sido cargados por Corresponsal extranjero, al tipo de cambio que rija en México el día en que nosotros efectuemos el pago a BanOro, S.A.

Esta obligación no se modificará por las referencias o equivalentes o (a) cualquier modalidad que se consigne en el crédito comercial, sea con relación a la paridad o los precios unitarios de la mercancía. En caso de que el corresponsal extranjero cargue a BanOro, S.A. en pesos mexicanos el valor de sus desembolsos al amparo de este crédito comercial, nosotros reembolsaremos la misma cantidad, no importando cualquier cambio en la paridad de las monedas o divisas.

Les suplicamos giren instrucciones a quien corresponda para que el Agente Aduanal mencionado se encargue de reexpedir la mercancía en cuestión por camión o ferrocarril, y que los documentos se los remitan a ustedes acompañados de letra de cambio a nuestro cargo por el importe de derechos y gastos aduanales, la cual nos comprometemos a liquidar previa revisión de la misma.

28. De ustedes Afmo. Attos. y S.S.

Domicilio

*Ivonne Soto*
IVONNE SOTO VEGA,
PASEO RIO TIJUANA 1716,
ZONA DEL RIO,
TIJUANA, B.C. MEX.

29. Nos constituimos FIADORES en favor de BanOro, S.A. para garantizar todas las obligaciones que han sido contraídas en el presente contrato, y nos hacemos responsables solidariamente con los obligados por las operaciones que realicen al amparo de este crédito, dentro de los límites del mismo; renunciamos expresamente a todos los beneficios de la Ley especialmente a los de orden y excusión a que se refieren los Artículos 2814, 2822, 2823 y los demás relativos del Código Civil para el Distrito Federal; en consecuencia, nos obligamos a pagar a BanOro, S.A. las cantidades correspondientes a dichas operaciones tan pronto seamos requeridos para ello por un simple aviso de BanOro, S.A.

30. Vo. Bo.

BanOro                                          *Ivonne Soto*
                                                FIADOR(ES)

000164

# BanOro

Av. Alvaro Obregón y Angel Flores s/n, Col. Centro, C.P. 80000, Culiacán, Sin., Tel. 91 (67) 59 14 00.

## NON-NEGOTIABLE AND NON-TRANSFERABLE
## U.S. DOLLAR CERTIFICATE OF DEPOSIT

**BanOro, S.A.**  
**Grand Cayman Branch**  
c/o Bank of New York  
One Wall Street,  
New York, N.Y. 10286  
Serial Number _____ 3188/96-TIJ _____

U.S. $ _____ 400,000.00 _____  
Issue Date: _____ JULY 5, 1996 _____  
Maturity Date: _____ OCTOBER 3, 1996 _____

BanOro, S.A. certifies that the sum of: _____ 400,000.00 _____ U.S. DLS. _____
( FOUR HUNDRED THOUSAND DOLLARS 00/100 USCY )

has been deposited at its Grand Cayman Branch upon terms that it is payable to _____
IVONNE SOTO VEGA _____

upon surrender of this Certificate to Bank of New York, at its office at One Wall Street, New York, N.Y. on the maturity date stated above, with interest at the rate of _____ 7.500 _____ % per cent per annum calculated on a 360 day year basis from the date of issue to the date of maturity only payable at maturity if one year or less from date of issue and otherwise annually on the anniversary of the date hereof and at maturity.

Payment will be made by draft or telegraphic transfer on New York.

All payments made hereunder will be made without deduction or withholding of income or other taxes of the United Mexican States or the Cayman Islands, but in the event that any such deduction or withholding is required BanOro, S.A., will pay such additional amounts as may be necessary to ensure that the net amount received by IVONNE SOTO VEGA

here of equals the gross amount expressed to be payable hereunder.

This Certificate and all rights and obligations hereunder shall be governed by and construed in accordance with the laws of the State of New York. BanOro, S.A. hereby irrevocably (I) consents to the jurisdiction of any court of the State of New York of the United States of America located in New York City in respect of any action, suit or proceeding arising in connection with this Certificate (II) appoints Bank of New York, One Wall Street, New York as its agent for service of process in connection with any such action, suit or proceeding and (III) waives any immunity, sovereign or otherwise from jurisdiction of any court or from any legal process (whether through service or notice, attachment prior to judgement, attachment in aid of execution or otherwise) with respect to itself or its property in respect of its obligations under this Certificate.

THIS CERTIFICATE OF DEPOSIT IS NOT INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION OF THE UNITED STATES OF AMERICA OR BY ANY OTHER GOVERNMENT AGENCY OR INSTRUMENTALITY.

AUTHORIZED SIGNATURES

INTERNATIONAL DIVISION  
GRAND CAYMAN BRANCH  
BanOro, S.A.

000165

```
566823 BCSME
25.09 17.23
023187148+

VIA TRT
566823 BCSMEPVRPPIINTUNLPASO

566823 BCSME
```

TIJUANA, B.C. MEXICO SEP 25, 1996.

TO: NORWEST BANK, EL PASO TEXAS, N.A., EL PASO TEXAS.
FROM: BANORO, S.A. TIJUANA, B.C. MEXICO.

ATTN LETTER OF CREDIT DEPT.
TEST ##### NO AMOUNT DATED SEP 25, 1996 TESTED BETWEEN YOURSELVES AND OUR CULIACAN OFFICE.

PLEASE MODIFY LETTER OF CREDIT NO. CCI 08/96 AS FOLLOWS:

IN THE LINE WHICH READS '' EXPIRY DATE: DECEMBER 10, 1996 IN SAN DIEGO CALIFORNIA.''

NOW MUST READ ''EXPIRY DATE: DECEMBER 10, 1996 IN EL PASO TEXAS.''

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGE.

BANORO SA
INT DIVISION
TIJUANA BC MEX.

NORWEST BK ELPASO

BANORO
INT DIVISION
TIJUANA BC MEX

566823 BCSME
30.09 13.40
023187148+

VIA TRT
566823 BCSMEORWEST BK ELPASO

566823 BCSME
TIJUANA, B.C. MEXICO SEP 30, 1996.

TO: NORWEST BANK EL PASO TEXAS, N.A. EL PASO TEXAS.
FROM: BANORO, S.A. TIJUANA, B.C. MEXICO.

AATN LETTER OF CREDIT DEPT.
TEST NO

566823 BCSME
30.09 13.42
023187148+

VIA TRT
566823 BCSMEQRIAPK ELPASO

566823 BCSME
TIJUANA, B.C. MEXICO SEP 30, 1996.

TO: NORWEST BANK EL PASO TEXAS, N.A. EL PASO TEXAS.
FROM: BANORO, S.A. TIJUANA, B.C. MEXICO.

ATTN LETTER OF CREDIT DEPT.
TEST NO AMOUNT ----- DATED SEP 30, 1996 TESTED BETWEEN YOUR-
SELVES AND OUR CULIACAN HEAD OFFICE.
REF.: IRREVOCABLE LETTER OF CREDIT OUR CCI 08/96
B/O: IVONNE SOTO VEGA.
F/O: AGI

PLEASE MODIFY LETTER OF CREDIT AS FOLLOWS:
POINT NO. 1 IN THE LINE 4 WHERE READS MAIZ AMARILLO NO. 2 ADD
PARA CONSUMO HUMANO AND DELETE NUMBERS 8783-53303:8:8:-:89.31
POINT NO. 1 IN THE LINE 6 WHERE READS AFLATOXIN 15 PARTES POR
MILLAR NOW MUST READ AFLATOXIN 15 PPB MAX.

POINT NO. 2 WHERE READS BILL OF LADING CONSIGNED TO SAN DIEGO NATIO-
NAL BANK AND /OR ANTONIO GOMEZ AGUILAR, NOW MUST READ BILL OF LA-
DING CONSIGNED TO SAN DIEGO NATIONAL BANK.

POINTS NO. 4,5,6 AND 7 WHERE READS AFLATOXIN 15 PPM MAX, NOW MUST
READ AFLATOXIN 15 PPB MAX.

POINT NO. 8 AFTER SEAL NUMBER ADD ''AND FGIS (FEDERAL GRAIN INSPEC-
TION SERVICE) OF U.S. DEPT OF AGRICULTURAL.''

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGE.

BANORO SA
INT DIVISION
TIJUANA BC MEX.

NORWEST BK ELPASO

000167

```
566823 BCSME
25.09 11.05
023187148+

VIA TRT
566823 BCSMEWEST RK ELPASO

566823 BCSME
```

TIJUANA, B.C. SEP. 24, 1996.

TO: NORWEST BANK, EL PASO TEXAS, N.A., EL PASO TEXAS.

FROM: BANORO, S.A. TIJUANA, B.C. MEXICO.

ATTN LETTER OF CREDIT DEPT.
TEST ~~KEY~~ FOR USD 720,120.00 DATED SEP 25, 1996 TESTED BETWEEN YOURSELVES AND OUR CULIACAN HEAD OFFICE.

PLEASE NOTIFY THIS LETTER OF CREDIT THROUGH SAN DIEGO NATIONAL BANK, CHULA VISTA CALIFORNIA.

WE ARE ESTABLISHING OUR IRREVOCABLE DOCUMENTARY CONFIRMED AND TRANSFERABLE LETTER OF CREDIT NO. CCI 08/96.

ACCOUNT OF:         IVONNE SOTO VEGA,
                    PASEO RIO TIJUANA NO. 1716, ZONA DEL RIO,
                    TIJUANA, B.C. MEXICO.

BENEFICIARY:        AGI
                    9480 MARCONI DRIVE SUITE ''F'' OTAY MESA,
                    SAN DIEGO CALIFORNIA 92173
                    PHONE (619) 661-6481

EXPIRY DATE:        DECEMBER 10, 1996, IN SAN DIEGO CALIFORNIA.
UP TO THE AMOUNT OF 720,120.00 USD MAXIMUM (SEVEN HUNDRED TWENTY THOUSAND ONE HUNDRED AND TWENTY DOLLARS 00/100 USCY)12% AVAILABLE AGAINST DRAFT(S) AT 21 DAYS AFTER RECEIVED THE GOODS. (BY IVONNE SOTO VEGA AND GERSAIN GUTIERREZ WHO MUST SIGN AND DATE ALL INVOICE) DRAWN ON NORWEST BANK, EL PASO TEXAS, N.A. BEARING THE CLAUSE ''DRAWN UNDER LETTER OF CREDIT CCI 08/96 OF BANORO, S.A.'' AND ACCOMPANIED BY THE FOLLOWING DOCUMENTS:

1- ORIGINAL AND TWO COPIES OF COMMERCIAL INVOICE SIGNED IN INK IN THE NAME OF IVONNE SOTO VEGA, PASEO RIO TIJUANA NO. 1716, ZONA DEL RIO, TIJUANA, B.C. MEXICO, COVERING ''4236 TON METRICAS DE MAIZ AMARILLO NO. 2 GRADO B, CON LAS SIGUIENTES ESPECIFICACIONES: MOISTURE MAXIMUM 14.5 O/O, MINIMUM TEST DENSITY 67.5 C/C, EXTRA-NEOUS FOREIGN 3.3 O/O, CHIPPED MAIZE 3 O/O, AFLATOXIN 15 PPM MAX. ORIGIN UNITED STATES''.

2- FULL SET OF CLEAN ON BOARD RAILROAD BILL OF LADING CONSIGNED TO SAN DIEGO NATIONAL BANK AND/OR ANTONIO GOMEZ AGUILAR, MARKED FREIGHT PREPAID EVIDENCING SHIPMENTS FROM ANY PLACE OF THE UNITED STATES OF NORTHAMERICA TO BROWNSVILLE TEXAS, NOTIFY IVONNE SOTO VEGA, PASEO RIO TIJUANA 1716, ZONA DEL RIO, TIJUANA, B.C. MEXICO.

3- INSURANCE POLICY IN ORIGINAL COVERING ALL RISKS FROM SELLERS WAREHOUSE TO BUYERS WAREHOUSE IN BROWNSVILLE TEXAS INCLUDING NATURAL DISASTERS, FLOODINGS, METEREOLOGICAL PHENOMEN...

4- ORIGIN CERTIFICATE SHOWING THE MERCHANDISE SPECIFICATIONS: MOISTURE MAXIMUM 14.5 O/O, MINIMUM TEST DENSITY 67.5 C/C, EXTRA-NEOUS FOREIGN 3.3 O/O, CHIPPED MAIZE 3 C/O, AFLATOXIN 15 PPM MAX. ORIGIN UNITED STATES.

000168

5- PHYTOSANITARY CERTIFICATE SHOWING THE MERCHANDISE SPECIFICATIONS: MOISTURE MAXIMUM 14.5 O/O, MINIMUM TEST DENSITY 67.5 O/O, EXTRANEOUS FOREIGN 3.3 O/O, CHIPPED MAIZE 3 O/O, AFLATOXIN 15 PPM MAX. ORIGIN UNITED STATES.

6- WEIGHT CERTIFICATE SHOWING THE MERCHANDISE SPECIFICATIONS: MOISTURE MAXIMUM 14.5 O/O, MINIMUM TEST DENSITY 67.5 O/O, EXTRANEOUS FOREIGN 3.3 O/O, CHIPPED MAIZE 3 O/O, AFLATOXIN 15 PPM,MAX. ORIGIN UNITED STATES.

7- QUALITY CERTIFICATE SHOWING THE MERCHANDISE SPECIFICATIONS: MOISTURE MAXIMUM 14.5 O/O, MINIMUM TEST DENSITY 67.5 O/O, EXTRANEOUS FOREIGN 3.3 O/O, CHIPPED MAIZE 3 O/O, AFLATOXIN 15 PPM, MAX. ORIGIN UNITED STATES.

8- SGS OR LLOYDS OF LONDON OR BARU BARITA CERTIFICATE OF INSPECTION CERTIFYING QUALITY, WEIGHT AND SEAL NUMBER.

SPECIAL INSTRUCTIONS:
THE INVOICE MUST SHOW THE SIGNATURE AND DATE OF RECEIVED THE GOODS BY IVONNE SOTO VEGA AND BERSAIN GUTIERREZ.
PLEASE ADD YOUR CONFIRMATION.
INSURANCE WILL BE COVERED BY SELLERS.
PARTIAL SHIPMENTS PERMITTED, TRANSHIPMENTS PERMITTED.
PRICE BASIS C.I.F. BROWNSVILLE TEXAS.
ALL COMMISSIONS AND EXPENSES OUTSIDE MEXICO WILL BE COVERED BY BENEFICIARY.
FOR REIMBURSEMENT WE AUTHORIZED YOU TO DEBIT OUR ACCOUNT AT MATURITY HELD BETWEEN YOURSELVES AND OUR CULIACAN SINALOA HEAD OFFICE UNDER TELEX ADVISE TO US 72 HOURS BEFORE YOUR DEBIT TO OUR TELEX 566823 BCSME, KINDLY SEND ALL CORRESPONDENCE TO BANORO, S.A., PASEO DE LOS HEROES 9611, ZONA DEL RIO, TIJUANA, B.C. MEXICO, ATTN INTERNATIONAL DIVISION.

THIS LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS 1983 REVISION, INTERNATIONAL CHAMBER OF COMMERCE BROCHURE 500.

THIS IS THE OPERATIVE INSTRUMENT NO MAIL CONFIRMATION WILL FOLLOW.

BANORO SA
INTERNATIONAL DIVISION
TIJUANA BC MEXICO.



**NORWEST BANKS**

Norwest Bank L. Paso, N.A.

**Debit/Advice**
We have today charged your account as described below

| Reason for charge |
|---|
| Payoff of matured acceptance under your LC CCI08/96 in favor of AGI and for account of Ivonne Soto Vega for USD 304,566.22. |
| OUR REF. EXP-02358 |

| ABA/Transit routing number | Account number | Tran code | Amount |
|---|---|---|---|
| 5010-0051 | 760 018 655 0 | | USD 304,566.22 |

| Customer's name | Maker (full name) | Date |
|---|---|---|
| BANORO, S.A. | M. Padilla | DEC/04/96 |
| Address | Maker's phone number | Offset entry |
| Padeo de los Heroes 9611 | 4309 | 131805 |
| City: TIJUANA BAJA CALIF. State: MEXICO Zip code: 22320 | Maker's location ID number: 9836 | Approval |

⑈5010⑈0051⑈

000170



**BanOro**
*Grupo Financiero BanCrecer*

BanOro, S.A., Institución de Banca Múltiple, R.F.C. BAN-851231-GE9

Av. Alvaro Obregón y Angel Flores Culiacán, Sin. C.P. 80000

ESTADO DE CUENTA

PAGINA    1

```
SCTO VEGA IVONNE
PASEO RIO,TIJUANA Ñ1716
COLONIA ZONA DL RIO
TIJUANA, B.C.
C.P.  022320        SOVI-531022
```

```
0230 -   41893710 CHEQUES DOLARES P.F
01 AL 30 DE NOV 96 M.D. ENVIAR
TARJETA ELECTRON
```

### RESUMEN DEL PERIODO

| | | | |
|---|---|---|---|
| SALDO ANTERIOR | | SALDO PROMEDIO ACREDITADO | 73,162.41 |
| TOTAL DEPOSITOS | 136,121.91 | TASA BRUTA | 6.0240 |
| TOTAL RETIROS | 111,105.00 | I.S.R. | .1700 |
| INTERESES | 304.84 | TASA NETA | 4.9999 |
| SALDO ACTUAL | 25,321.75 | DIAS DEL PERIODO | 30 |
| | | INTERESES | 304.84 |
| | | I.S.R. RETENIDO | |

### LINEA DE SOBREGIRO / ADEUDO POR SOBREGIRO

| | | |
|---|---|---|
| SALDO PROMEDIO | SALDO PROMEDIO | |
| TASA DE INTERES | TASA DE INTERES | |
| SALDO ACTUAL | | |

### DETALLE DE MOVIMIENTOS Y SALDOS

| SUC | DIA | REFERENCIA | CONCEPTO | CARGOS | ABONOS | SALDO |
|---|---|---|---|---|---|---|
| 0230 | 14 | 84939128 | RETIRO | 111,105.00 | | 25,016.91 |
| 0230 | 30 | | INTERES | | 304.84 | 25,321.75 |

000171





ClibPDF - www.fastio.com

ccc173

SAN DIEGO, CA. A 29 DE SEPTIEMBRE DE 1997.

AT'N. IVONNE SOTO
P R E S E N T E

POR MEDIO DEL PRESENTE ESCRITO DESEO MANIFESTAR QUE POR CONVENIR ASI A MIS INTERESES, CEDO EN PROPIEDAD A LA SEÑORA IVONNE SOTO LA CANTIDAD DE 2,500 TONELADAS DE MAIZ, QUE SE ENCUENTRAN ALMACENADAS ACTUALMENTE EN LA CIUDAD DE BROWNSVILLE TEXAS, U.S.A.; LAS CUALES PODRA RECOGER EN EL MOMENTO QUE LO DESEE DE ACUERDO A DISPONIBILIDAD Y PAGANDO EL ALMACENAJE QUE HAYA PENDIENTE DE PAGO. Y A PARTIR DE ESTA FECHA CUALQUIER COSA QUE LE SUCEDIERA A LA MERCANCIA DEJA DE SER RESPONSABILIDAD MIA Y PASA A SERLA DE LA SRA. IVONNE SOTO.

SIN MAS POR EL MOMENTO QUEDO ANTE USTED COMO SU MAS ATENTO Y SEGURO SERVIDOR.

ATENTAMENTE

LIC. BERSAIN GUTIERREZ

*ESTO TE LO FIRULLO DE BUENA FÉ Y PARA USO CONFIDENCIAL NO LO USES EN BROWNSVILLE POR FAVOR.*

000174



**BanOro S.A.**
Institución de Banca Múltiple
*Grupo Financiero BanCrecer*

Tijuana, B.C. Noviembre 21, 1996

IVONNE SOTO VEGA
PASEO RIO TIJUANA NO. 1716
ZONA DEL RIO
TIJUANA, B.C.

Adjunto la siguiente documentación que estamos recibiendo del Norwest Bank, al amparo de la carta de crédito CCI 08/96 por la cantidad de US$ 415,553.78

- ORIGINAL Y DOS COPIAS DE FACTURA COMERCIAL NO. 0000001 POR US$ 415,553.78
- DOS COPIAS DE CONOCIMIENTO DE EMBARQUE NO. TO838
- DOS COPIAS DEL CERTIFICADO DE INSPECCION.
- ORIGINAL Y COPIA DEL CERTIFICADO DE CALIDAD.
- ORIGINAL Y COPIA DEL CERTIFICADO DE PESO.
- ORIGINAL Y COPIA DEL CERTIFICADO DE ORIGEN.
- TRES COPIAS DEL CERTIFICADO FITOSANITARIO.
- ORIGINAL Y COPIA CEL CERTIFICADO DE INSPECCION DE GRANOS FGIS.

Atentamente

BANORO, S.A.
DIVISION INTERNACIONAL
TIJUANA, B.C.

GENERAL DE TELEFONIA Y
TELECOMUNICACIONES, S. de R. L. de C. V.
R. F. C. GTT-890829-
Av. Paseo Tijuana No. 1716
Zona del Rio     Tel. 82-83-32
Tijuana, B. C.   Con 3 Lineas
           RECIBI

*Verapica Castillo*
10 - DIC - 96

000175

From: Craig Elkins  Port Elevator-Brownsville, LC　　Fax 1-210-831-3181　　16:06:46 9/18/97 Page 1 of 1 Log 795
To: IVONNE SOTO V. GTT  Fax 0115266828648

# FACSIMILE COVER PAGE

Date:　9/18/97
Time:　16:06:35
Page:　1

To:　　　　IVONNE SOTO V.
Fax#:　　 0115266828648
Company: GTT

From:　　 Craig Elkins
Company: Port Elevator-Brownsville, LC
Fax#:　　 1-210-831-3181
Voice#:　 1-210-831-8245
Address: PO Box 4448
　　　　　9155 RL Ostos Rd-Port of Brownsville
　Brownsville, Texas 78523-4448

Recibi su fax de hoy pero no puedo cumplir con su pedido. Lo vi que Usted mando una copia a Bersain Gutierrez, el es el unico que puede dar me las instrucciones respecto a esto.

Disculpame, pero esto es un acuerdo entre el y mi empresa. Pero el momento que Bersain me da instrucciones para hacerlo, con todo gusto hacemos.

Craig Elkins

ccp Bersain Gutierrez

000176



B.C. A 18 DE SEPTIEMBRE DE 1997.

**CRAIG ELKINS.**

**GENERAL MANAGER:**

POR MEDIO DE LA PRESENTE AGRADECERE A USTED LE PROPORCIONE TODA INFORMACION RELATIVA AL PRODUCTO QUE SE TIENE DEPOSITADO EN LAS INSTALACIONES DE LA EMPRESA QUE USTED REPRESENTA. AL SR. LIC. ELFEGO ROSALES Y AL C.P. HUMBERTO DEL VALLE.

LO ANTERIOR ES CON EL OBJETO DE CONTAR CON LA DOCUMENTACION SOPORTE DE LOS MOVIMIENTOS INCURRIDOS DEL MENCIONADO PRODUCTO.

ASI MISMO SE LE PROPORCIONE UNA MUESTRA REPRESENTATIVA DE DOS LIBRAS PARA SU ANALISIS RESPECTIVO.

AGRADECIENDO DE ANTEMANO LA ATENCION QUE SE SIRVA PRESTAR A LAS PERSONAS ANTES MECIONADAS QUEDO DE USTED MUY ATENTAMENTE.

IVONNE SOTO V.

Av. Paseo Rio Tijuana No. 1716 Zona del Rio, Tijuana, B.C. México.
Tels. 82•9334  82•8332  Fax: 82•8648

000177

C.C. P. BERSAIN GUTIERREZ.

SAN DIEGO CA. A 14 DE OCTUBRE DE 1997.

YO IVONNE SOTO VEGA, POR MEDIO DE LA PRESENTE HAGO DE SU CO-
NOCIMIENTO QUE A PARTIR DE ESTA FECHA , EN RELACION A LAS —
FACTURAS 0001 , 0002 Y 0003 DE A.G.I. DE OTAY MESA SAN DIEGO
CA. DE MAIZ AMARILLO No.2 GRADO B DE FECHAS OCTUBRE 25, NO-
VIEMBRE 12 Y NOVIEMBRE 13 DE 1996. EL SR. BERSAIN GUTIERREZ
NO TIENE NINGUNA AUTORIZACION PARA ENTREGA , RECIBIR O CUI -
DAR EL PRODUCTO ANTES MENCIONADO DE MI PROPIEDAD, ALMACENA
DO ACTUALMENTE EN SOUTH WEST GRAIN CO. EN EL PUERTO DE —
BROWNSVILLE, TEXAS QUE ATIENDE EL SR. CRAIG ELKIN.

POR LO CUAL ME COMPROMETO A CUBRIR EL ADEUDO QUE TENGO PENDI-
ENTE POR CONCEPTO DE ALMACEN .

*Ivonne Soto*
IVONNE SOTO VEGA.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 14th DAY OF Oct 19 97
*Consuelo Cancino*
NOTARY PUBLIC


CONSUELO CANCINO
Commission # 1156600
Notary Public — California
San Diego County
My Comm. Expires Sep 26, 2001

000178