

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUL 1 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

### DEFENDANT/THIRD-PARTY PLAINTIFF IVONNE SOTO VEGA'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **IVONNE SOTO VEGA**, Defendant and Third-Party Plaintiff in the above-styled and numbered cause, and files this her Unopposed Motion to Extend Discovery Deadline and in support thereof would show as follows:

I.

The discovery deadline in this case pursuant to the Scheduling Order is July 16, 2001. See **Exhibit "A"**, copy of Scheduling Order.

II.

The parties have not been able to complete discovery by the scheduled deadline. **MS. VEGA** requests that this court extend the

discovery deadline through August 20, 2001.

### III.

**MS. VEGA** would show that there are records that she has been attempting for sometime to obtain by deposition upon written questions from Wells Fargo, SGS Control Services, Inc. and Banoro which she has been unable to obtain. She needs additional time to obtain these records. Secondly, **MS. VEGA** needs to take several depositions including, but not limited to the depositions of Lauren Walters in Kansas City, Kansas and **WALTER PUFFELIS** in San Diego, California. Further, **MS. VEGA** has not been deposed by Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C.** who wants to take her deposition.

For the above reasons, Defendant and Third-Party Plaintiff **IVONNE SOTO VEGA** respectfully requests that this court grant her Unopposed Motion to Extend Discovery Deadline, extend the discovery deadline through August 20, 2001 and grant such other and further relief as **MS. VEGA** is justly entitled.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416


_____
ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT/THIRD-PARTY
PLAINTIFF IVONNE SOTO VEGA

## CERTIFICATE OF CONSULTATION

Attorney for Movant, WILLIAM D. MOUNT, JR., has conferred with attorney for Respondent, JOHN SKAGGS, and Mr. Skaggs has represented that there is no opposition to the motion.

_____
WILLIAM D. MOUNT, JR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 18th day of July, 2001.

_____
WILLIAM D. MOUNT, JR.

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

| | |
|---|---|
| PORT ELEVATOR -  § <br> BROWNSVILLE, L.C. AND § <br> SOUTHWEST GRAIN CO., INC. § <br> § <br> VS.  § <br> § <br> IVONNE SOTO VEGA, BERSAIN § <br> GUTIERREZ, SYSCO DE BAJA, § <br> S.A. DE C.V. AND WALTER § <br> PUFFELIS, INDIVIDUALLY AND § <br> D/B/A AGI AKRON GROUP, INC. § <br> § <br> VS.  § <br> § <br> CRAIG ELKINS, INDIVIDUALLY § <br> AND D/B/A PORT ELEVATOR- § <br> BROWNSVILLE, L.C., AND § <br> SOUTHWEST GRAIN CO., INC.  § | CIVIL NO. B-98-23 <br><br> JURY DEMANDED |

## ORDER GRANTING DEFENDANT/THIRD-PARTY PLAINTIFF IVONNE SOTO VEGA'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

On the _____ day of _____, 2001, came on to be heard Defendant/Third-Party Plaintiff **IVONNE SOTO VEGA'S** Unopposed Motion to Extend Discovery Deadline. The Court having considered the motion, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that Defendant/Third-Party Plaintiff **IVONNE SOTO VEGA'S** Motion be, and is hereby **GRANTED** such that the discovery deadline is extended through August 20, 2001.

**SIGNED FOR ENTRY** on this _____ day of _____, 2001, Brownsville Division.

_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
ENTERED 53

DEC 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Fact Elevator
versus                              §
                                    §
                                    §    CIVIL ACTION B- 98-23
Vega, et al                         §
                                    §
                                    §    Scheduling Order

1. Trial: Estimated time to try: __5__ days.                ☐ Bench   ☑ Jury

2. New parties must be joined by:                                2-16-01

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    4-16-01

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                              7-16-01

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

**************************  The court will provide these dates.  **************************

6. Dispositive Motions will be filed by:                        8-7-01

7. Joint pretrial order is due:                                 10-12-01

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    11-1-01

9. Jury Selection is set for 9:00 a.m. on:                      11-5-01


The case will remain on standby until tried.

   Signed _December 14_____, 2000, at Brownsville, Texas.

                                        _Hilda Tagle_
                                        Hilda G. Tagle
                                        United States District Judge

*Counsel, please sign on the back.*

"A"

_____[signature]_____
Counsel for INTERPLEADING
PARTY (CROSS DEFENDANT)
Plaintiff

_____[signature: Bill M...]_____
Counsel for Ms. Vogor, Defendant

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____