76

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR–BROWNSVILLE, L.C., et al., § § Plaintiffs, § § v. § § IVONNE SOTO VEGA, ET AL., § § Defendants/Third-Party Plaintiffs, § § v. § § CRAIG ELKINS, et al. § § Third-Party Defendants. § | CIVIL ACTION NO. B-98-23 |

## ORDER

BE IT REMEMBERED that on August 1, 2001, the Court **GRANTED** Defendant/Third-Party Plaintiff Ivonne Soto Vega's Unopposed Motion to extend discovery deadlines until August 20, 2001, and also **EXTENDED** the dispositive motion deadline in this matter until September 5, 2001. All other deadlines remain in effect.

DONE at Brownsville, Texas, this 1st day of August 2001.

Hilda G. Tagle
United States District Judge