77

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO. , INC. | § § § § § | |

## DEFENDANT IVONNE SOTO VEGA'S RULE 30(g)(2) MOTION FOR COSTS OR IN THE ALTERNATIVE, MOTION FOR SANCTIONS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**NOW COMES, IVONNE SOTO VEGA,** Defendant, Counter-Plaintiff, and Third-Party Plaintiff in the above-styled and numbered cause, and files this her Rule 30(g)(2) Motion for Costs or in the Alternative, Motion for Sanctions against **PORT ELEVATOR-BROWNSVILLE, L.C.** and in support thereof would show as follows:

I.

**IVONNE SOTO VEGA** requests that this Court order **PORT ELEVATOR-BROWNSVILLE, L.C.** to pay **MS. VEGA** reasonable expenses incurred by her and her attorneys in attending a July 10, 2001 deposition in San Diego, California, including reasonable attorney's fees. The

CMPDF - www.fmmo.com

witness did not appear for the deposition and was not subpoenaed by **PORT ELEVATOR-BROWNSVILLE, L.C.** prior to the deposition. **MS. VEGA** requests that **PORT ELEVATOR-BROWNSVILLE, L.C.** be ordered to pay $14,881.14 for expenses and fees. See **Exhibit "A"**, Itemized List of Expenses and Attorneys' Fees.

## II.

On June 27, 2001, Skaggs & Associates, attorneys for **PORT ELEVATOR-BROWNSVILLE, L.C.**, forwarded a Notice of Intention to take the oral deposition of **BERSAIN GUTIERREZ** by facsimile to **MS. VEGA'S** counsel at the law firm of Dale & Klein, L.L.P. See **Exhibit "B"**, Deposition Notice. **MR. GUTIERREZ'** deposition was noticed to take place at 1200 3rd Street, Suite 326, San Diego, California at 10:00 a.m. Pacific Standard Time on July 10, 2001. On July 5, 2001, **MS. VEGA** filed an Emergency Verified Motion for Protective Order, citing several grounds why the deposition should be quashed. See **Exhibit "C"**, Motion. One of the grounds was that her lead lawyer, Roy S. Dale, was not available for the deposition. Another ground was that there was no guarantee that the witness would be present at the scheduled deposition. A telephonic hearing was held on **MS. VEGA'S** motion on July 6, 2001. This Court denied the motion, stating that secondary counsel, William D. Mount, Jr., could attend the deposition. Mr. Dale rearranged his schedule in order to attend the deposition in California. Mr. Mount also attended.

## III.

Rule 30(g)(2) of the Federal Rules of Civil Procedure provides that a court may order a party to pay another party attending a deposition their reasonable expenses and attorney's fees when the witness does not appear because the noticing party fails to serve the witness with a subpoena.  Fed. R. Civ. P. 30(g)(2); Greenwood v. Dittmer, 776 F.2d 785 (8th Cir. 1985) (Court of appeals found no abuse of discretion in the district court's award of attorneys fees and expenses against the party failing to serve a subpoena upon the witness when the witness was unwilling to be deposed at that time.) **MS.VEGA** and her two attorneys, Roy Dale and Bill Mount, attended the deposition.   There is no evidence that the witness, **MR. GUTIERREZ**, was served with a subpoena to appear.  **MS. VEGA** requests that this court order **PORT ELEVATOR-BROWNSVILLE, L.C.** to pay $14,881.14, representing reasonable expenses incurred and reasonable attorney's fees.  See **Exhibit "A"**, Itemized List; **Exhibit "D"**, Affidavit of William D. Mount, Jr., concerning reasonableness and necessity; Exhibit **"D-1"**, Bills.

## IV.

A true and correct copy of the Non-Appearance with attached exhibits is attached hereto as **Exhibit "E"**.  The transcript shows that **MR. GUTIERREZ** did not appear for the deposition.  Mr. Skaggs represented on the record that a subpoena was issued and that **MR. GUTIERREZ** was served.  He admitted at page 3 of the transcript that

he did not have a return of service.  The subpoena does not show a return.  **Exhibit "E"** - - Subpoena located at **Exhibit "1"** to Deposition.   The alleged subpoena does not comply with Rule 45(a)(2) of the Federal Rules of Civil Procedure and is void.  Rule 45(a)(2) requires that a subpoena for attendance at a deposition be issued from the court for the district designated by the notice of deposition as the district in which the deposition is to be taken.  The deposition was to be taken in San Diego, California.   The subpoena should have been issued from the United States District Court Southern District of California.  See **Exhibit "F"**, excerpt from Southern District of California Web Site.   It was not.  Designating the wrong court renders the subpoena void.  Kupritz v. Savannah College of Art & Design, 155 F.R.D. 84, 88 (ED PA 1994).

**V.**

As an alternative to **MS. VEGA'S** Rule 30(g)(2) Motion for Costs, **MS. VEGA** requests that sanctions be awarded under 28 U.S.C. § 1927 and/or under the Court's inherent powers.  See 28 U.S.C. § 1927 (allowing sanctions against any attorney who so multiplies the proceedings in any case unreasonably and vexatiously); Chambers v. NASCO, Inc., 501 U.S. 32, 35-51 (1991) (recognizing that a district court has inherent powers to sanction a party by awarding the other side attorney's fees and related expenses).  A court can sanction under Section 1927 when there is evidence of bad faith, improper motive, or reckless disregard of the duty owed to the court.

<u>Edwards v. General Motors Corp.</u>, 153 F.3d 242, 246 (5th Cir. 1998). A court may use its inherent powers to sanction an attorney who acts in bad faith. See <u>Kipps v. Caillier</u>, 197 F.3d 765, 770 (5th Cir. 1999). **PORT ELEVATOR-BROWNSVILLE, L.C.** and its attorney, John Skaggs' bad faith conduct stems from the fact that its counsel issued a deposition notice for the California deposition on June 27, 2001, 13 days prior to the deposition, but did not even attempt to prepare a subpoena for the witness until the very day of the deposition. Even if the subpoena issued by Mr. Skaggs on the day of the deposition was not void and the witness was actually served, it would not have been reasonable for the witness to appear on such short notice for deposition. A valid subpoena should have been issued days before the deposition rather than by an attempt mere hours or minutes before the deposition.

For the above reasons, **IVONNE SOTO VEGA,** Defendant, Counter-Plaintiff and Third-Party Plaintiff, respectfully requests that this Honorable Court grant her Rule 30(g)(2) Motion for Costs or in the Alternative, Motion for Sanctions, award reasonable expenses and attorneys fees to **MS. VEGA** in the amount of $14,881.14 to be paid within 10 days of the entry of the Order granting **MS. VEGA** relief, and grant such other and further relief which **MS. VEGA** may justly be entitled.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT, COUNTER-
PLAINTIFF AND THIRD-PARTY PLAINTIFF
IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and
foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 1st day of August, 2001.

WILLIAM D. MOUNT, JR.

## CERTIFICATE OF CONSULTATION

Movant has conferred with Respondent and counsel cannot agree
about the deposition of the motion.

WILLIAM D. MOUNT, JR.

## EXPENSES AND ATTORNEY'S FEES FOR DEPOSITION

| DATE | ATTORNEY | DESCRIPTION | HOURS & RATE | CHARGE |
|---|---|---|---|---|
| JULY 8 & 9, 2001 | BILL MOUNT | PARKING AT SAN ANTONIO INTERNATIONAL AIRPORT | | $28.00 |
| JULY 9, 2001 | BILL MOUNT | ROUND TRIP AIRFARE FROM SAN ANTONIO TO SAN DIEGO | | $632.00 |
| JULY 9, 2001 | ROY DALE | HOTEL IN SAN DIEGO | | $120.45 |
| JULY 9, 2001 | ROY DALE | PARKING IN SAN DIEGO | | $8.00 |
| JULY 9, 2001 | ROY DALE | ROUND TRIP AIRFARE FROM SAN ANTONIO TO SAN DIEGO | | $571.80 |
| JULY 9, 2001 | ROY DALE BILL MOUNT | LUNCH | | $10.66 |
| JULY 9, 2001 | BILL MOUNT | HOTEL IN SAN DIEGO | | $120.45 |
| JULY 9 & 10, 2001 | ROY DALE BILL MOUNT | CAR RENTAL IN SAN DIEGO | | $66.84 |
| JULY 10, 2001 | ROY DALE BILL MOUNT | LUNCH | | $7.33 |
| JULY 10, 2001 | ROY DALE BILL MOUNT | BREAKFAST | | $32.97 |



PLAINTIFF'S EXHIBIT "A"

FALCON-DALLAS, TX

| Date | Name | Description | Amount |
|---|---|---|---|
| JULY 10, 2001 | BILL MOUNT | HOTEL IN SAN ANTONIO | -0- (Free due to over-booking of hotel) |
| JULY 11, 2001 | BILL MOUNT | GAS FOR CAR TRIP FROM SAN ANTONIO TO MCALLEN | $11.99 |
| JULY 11, 2001 | BILL MOUNT | BREAKFAST | $10.65 |
| JULY 11, 2001 | BILL MOUNT | LUNCH | -0- NO CHARGE |
| | ROY DALE | 520 MILES AT $.50 PER MILE | $260.00 |
| | | **TOTAL EXPENSES** | **$ 1,881.14** |
| JULY 8, 2001 | ROY DALE | PREPARATION FOR BERSAIN'S DEPOSITION | 3 HOURS AT $200 PER HOUR $600.00 |
| JULY 8, 2001 | BILL MOUNT | PREPARATION FOR DEPOSITION OF BERSAIN GUTIERREZ | 2.5 HOURS AT $200 PER HOUR $500.00 |
| JULY 9, 2001 | ROY DALE | TRAVEL TO SAN DIEGO; PREPARATION FOR DEPOSITION OF WITNESS BERSAIN GUTIERREZ; CONFERENCE WITH CLIENT | 14 HOURS AT $200 PER HOUR $2,800.00 |
| JULY 9, 2001 | BILL MOUNT | PREPARATION FOR DEPOSITION OF BERSAIN GUTIERREZ; TRAVEL TO SAN DIEGO; CONFERENCE WITH CLIENT REGARDING DEPOSITION | 15 HOURS AT $200 PER HOUR $3,000.00 |

H:\P\99-3843\CHART

| JULY 10, 2001 | BILL MOUNT | PREPARATION FOR DEPOSITION OF BERSAIN GUTIERREZ; ATTEND NON APPEARANCE; TRAVEL TO SAN ANTONIO | 12 HOURS AT $200 PER HOUR | $2,400.00 |
| JULY 10, 2001 | ROY DALE | APPEARED FOR DEPOSITION OF BERSAIN GUTIERREZ; CONFERENCE WITH CLIENT AND OPPOSING COUNSEL; RETURN TO MCALLEN | 14 HOURS AT $200 PER HOUR | $2,800.00 |
| JULY 11, 2001 | BILL MOUNT | TRAVEL FROM SAN ANTONIO TO MCALLEN | 4.5 HOURS AT $200 PER HOUR | $900.00 |
| | | | TOTAL ATTORNEYS FEES | $ 13,000.00 |
| | | | TOTAL EXPENSES AND ATTORNEYS FEES | $ 14,881.14 |

H:\P\99-384.3\CHART

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PORT ELEVATOR-
BROWNSVILLE, L.C.

VS.

IVONNE SOTO VEGA, BERSAIN
GUTIERREZ, AND SYSCO DE BAJA
S.A. DE C.V.

§
§
§
§
§
§
§
§

CIVIL NO. B-98-23

<u>NOTICE OF INTENT TO TAKE ORAL DEPOSITION</u>

PLEASE TAKE NOTICE that following the service of this notice, this party intends to take the oral deposition of the following person, on the following date and time:

Bersain Gutierrez, on July 10, 2001 at 10:00 a.m. pst.

The said deposition will take place at the offices of Hutchings Court Reporter, 1200 3rd, Suite 326, Civic Center Plaza, San Diego, California 92101. The said deposition may be videotaped.

The witness shall appear at such time and place, for the purpose of giving deposition testimony in this cause, which deposition, when taken, may be used in evidence during the trial of said cause, and will continue from day to day until completed.

You are instructed that "the matters on which each person will testify" shall be related to the matters enumerated in the attached subpoena duces tecum, the contents which are incorporated by reference herein. You are also directed to designate a person or persons to testify on your behalf in connection with the matters



PLAINTIFF'S
EXHIBIT
FALCON•DALLAS, TX
"B"

related to the allegations made in the pleadings on file in this cause.

Respectfully Submitted,

SKAGGS AND ASSOCIATES
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

*John Skaggs w/ perm. Michele Gonzales 3401271O*

JOHN SKAGGS
Federal No. 1225
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 27th day of ___June___, 2001:

Mr. William D. Mount, Jr.
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

*John Skaggs w/ perm Michele Gonzales 3401271O*

John Skaggs

```
*******************************************************************************
*                                                                             *
*                         TRANSACTION REPORT                    .    . P. 01  *
*                         ─────────────────                                   *
*   .                                                   JUN-26-2001 TUE 04:27 PM *
* RECEIVE                                                                      *
*                                                                             *
*  DATE  START     SENDER              RX TIME  PAGES  TYPE          NOTE      *
*────────────────────────────────────────────────────────────────────────────*
* JUN-26 04:25 PM 9566306570      .      1'06"    2   RECEIVE        OK        *
*                                                                             *
*******************************************************************************
```

99. 3E43
14FD
C.P.
βrn
ρr

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - | § | |
| BROWNSVILLE, L.C. AND | § | |
| SOUTHWEST GRAIN CO., INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, BERSAIN | § | JURY DEMANDED |
| GUTIERREZ, SYSCO DE BAJA, | § | |
| S.A. DE C.V. AND WALTER | § | |
| PUFFELIS, INDIVIDUALLY AND | § | |
| D/B/A AGI AKRON GROUP, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| CRAIG ELKINS, INDIVIDUALLY | § | |
| AND D/B/A PORT ELEVATOR- | § | |
| BROWNSVILLE, L.C., AND | § | |
| SOUTHWEST GRAIN CO. , INC. | § | |

**DEFENDANT IVONNE SOTO VEGA'S EMERGENCY
VERIFIED MOTION FOR PROTECTIVE ORDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Defendant **IVONNE SOTO VEGA** and files this her
Emergency Verified Motion for Protective Order pursuant to Rule
`26(c)` of the Federal Rules of Civil Procedure and in support
thereof would show as follows:

I.

On or about June 27, 2001, Plaintiffs **PORT ELEVATOR-
BROWNSVILLE, L.C.** and **SOUTHWEST GRAIN CO., INC.** noticed the
deposition of **BERSAIN GUTIERREZ** to take place in San Diego,
California at 1200 3rd St., Suite 326, Civic Center Plaza.  See
**Exhibit "A"**, copy of deposition notice.

PLAINTIFF'S
EXHIBIT
PALDOR-DALLAS, TX

## II.

Plaintiffs did not coordinate this deposition date and time with **MS. VEGA'S** counsel. **MS. VEGA'S** counsel is not available on said date. **MS. VEGA** requests a protective order to prohibit the deposition from going forward on the time and date noticed. **MS. VEGA** would show that her attorney Roy Dale will be attending the 17th Annual Advanced Personal Injury Law Course in Dallas, Texas beginning on July 11 at 9:00 a.m. C.D.T. through 13th. He is traveling to Dallas on July 10th. The scheduling of the seminar long predated the notice of the deposition, including travel and hotel arrangements.

## III.

**MS. VEGA** would show that there are other witnesses that need to be deposed in the San Diego area besides **MR. GUTIERREZ**. See **Exhibit "B"**, June 4, 2001 correspondence. These witnesses include **WALTER PUFFELIS GALVAN, III** (Co-Defendant who Plaintiffs have apparently not served yet) and a representative of Banoro Bank. The attorney for Plaintiffs, John Skaggs, has also expressed an interest in taking Defendant **VEGA'S** deposition which will have to be done in the Tijuana/San Diego area. The San Diego/Tijuana depositions should be done during one trip. **MS. VEGA** requests that this court enter a protective order concerning the scheduled deposition of **MR. GUTIERREZ** for July 10th to prevent annoyance and undue burden or expense.

IV.

MR. GUTIERREZ is a named Defendant in this lawsuit. He was served with a summons. He did not appear on his answer date. There is no guarantee that he will be present at the scheduled deposition. A trip to San Diego for a non-appearance is a waste of resources.

V.

Movant has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action, but has failed. Please see letters dated June 27, 2001 and June 29, 2001 addressed to John Skaggs, attorney for Plaintiffs, attached hereto as **Exhibits "C"** and **"D"**.

For the above reasons, Defendant **IVONNE SOTO VEGA** respectfully requests that this court grant her Motion for Protective Order and issue an order stating that the deposition of **BERSAIN GUTIERREZ** is not to take place on July 10, 2001, but at a later date when all parties are available and grant such other and further relief which this party may justly be entitled.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT
IVONNE SOTO VEGA

## CERTIFICATE OF CONFERENCE

Movant has conferred with Respondent and counsel cannot agree about the disposition of the motion.

ROY S. DALE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

VIA FACSIMILE and CERTIFIED MAIL/RRR on this the 5th day of July, 2001.

ROY S. DALE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR – BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | §<br>§<br>§<br>§ |
| VS. | §<br>§ |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | §<br>§<br>§<br>§<br>§<br>§ |
| VS. | §<br>§ |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO. , INC. | §<br>§<br>§<br>§<br>§ |

CIVIL NO. B-98-23

JURY DEMANDED

## VERIFICATION

STATE OF TEXAS          §
COUNTY OF HIDALGO    §

BEFORE ME, the undersigned Notary Public, on this day personally appeared **ROY S. DALE**, who being by me duly sworn on his oath deposed and said, that he is an attorney with the law firm of Dale & Klein, L.L.P., attorneys representing Defendant **IVONNE SOTO VEGA** in the above-entitled and numbered cause, that he has read the above and foregoing motion and that every statement contained therein is within his personal knowledge and is true and correct.

ROY S. DALE

SUBSCRIBED AND SWORN TO BEFORE ME on the 5th day of July, 2001, to certify which witness my hand and official seal.

Notary Public in and for
Hidalgo County, Texas

Commission Expires: 10-22-'03

PATRICIA MEDINA
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-22-2003

H:\p\99-3843\motions\Emerg Mot for Prot Ord                                    Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR – BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO. , INC. | § § § § § | |

## ORDER GRANTING EMERGENCY VERIFIED MOTION FOR PROTECTIVE ORDER

On the _____ day of _____, 2001, came on to be heard Defendant **IVONNE SOTO VEGA'S** Emergency Verified Motion for Protective Order from the deposition of **BERSAIN GUTIERREZ** scheduled for July 10, 2001 by Plaintiffs in San Diego, California. The Court having considered the motion, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that Defendant **IVONNE SOTO VEGA'S** Motion be, and is hereby **GRANTED** such that the deposition of **BERSAIN GUTIERREZ** scheduled for July 10, 2001 to take place in San Diego, California by Plaintiffs is quashed.

**SIGNED FOR ENTRY** on this _____ day of _____, 2001, Brownsville Division.

_____
J U D G E   P R E S I D I N G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PORT ELEVATOR-          §
BROWNSVILLE, L.C.       §
                       §
VS.                    §          CIVIL NO. B-98-23
                       §
IVONNE SOTO VEGA, BERSAIN  §
GUTIERREZ, AND SYSCO DE BAJA  §
S.A. DE C.V.           §

<u>NOTICE OF INTENT TO TAKE ORAL DEPOSITION</u>

PLEASE TAKE NOTICE that following the service of this notice,
this party intends to take the oral deposition of the following
person, on the following date and time:

Bersain Gutierrez, on July 10, 2001 at 10:00 a.m. pst.

The said deposition will take place at the offices of
Hutchings Court Reporter, 1200 3rd, Suite 326, Civic Center Plaza,
San Diego, California 92101.   The said deposition may be
videotaped.

The witness shall appear at such time and place,
for the purpose of giving deposition testimony in this cause, which
deposition, when taken, may be used in evidence during the trial of
said cause, and will continue from day to day until completed.

You are instructed that "the matters on which each person will
testify" shall be related to the matters enumerated in the attached
subpoena duces tecum, the contents which are incorporated by
reference herein.   You are also directed to designate a person or
persons to testify on your behalf in connection with the matters



related to the allegations made in the pleadings on file in this
cause.

Respectfully Submitted,

SKAGGS AND ASSOCIATES
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

JOHN SKAGGS
Federal No. 1225
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and
foregoing document has been served on opposing counsel on this the
27th day of _June_____, 2001:

Mr. William D. Mount, Jr.
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

John Skaggs



# d&k
## dale & klein, l.l.p.
## attorneys at law

Roy S. Dale, P.C.
Katie Pearson Klein, P.C.*
* Board Certified Texas Board of Legal Specialization
Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr.

A. Peter Thaddeus, Jr
Kathryn M. Flagg
Marina Garcia

June 4, 2001

John Skaggs                                    <u>VIA FAX (956) 630-6570</u>
SKAGGS & ASSOCIATES, L.L.P.                    <u>AND REGULAR MAIL</u>
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

      RE:  Civil Action B-98-23; Port Elevator-Brownsville, L.C. vs.
      Ivonne Soto Vega, et al.; In the U.S. District Court for
      the Southern District of Texas, Brownsville Division
      Our File No. 99-3843

Dear Mr. Skaggs:

      This letter serves as a follow-up to my correspondence
addressed to you dated May 31, 2001. When you do depose Ms. Vega
in Tijuana, I would also like to depose Walter Puffelis Galvan, III
immediately following or immediately prior to Ms. Vega's
deposition. It is my understanding that you will be trying to
arrange the deposition of Bersain Gutierrez to take place during
the trip to Tijuana.

      Should you have any questions, please do not hesitate to
contact me.

      Very truly yours,

      WILLIAM D. MOUNT, JR.

WDM:es
h:\p\99-3843\ltrs\Skaggs 24

6301 North Tenth Street McAllen, Texas 78504
Telephone 956.687.8700  Fax 956.687.2416
Brownsville Office
815 Ridgewood Brownsville Texas 78520



# d&k

## dale & klein, l.l.p.
### attorneys at law

·oy S. Dale, P.C.
·atie Pearson Klein, P.C.*
Board Certified Texas Board of Legal Specialization
amily Law and Civil Trial Law
!artin E. Morris
/illiam D. Mount, Jr.

Peter Thaddeus, Jr.
ithryn M. Flagg
arina Garcia

June 27, 2001

**VIA FAX (956) 630-6570**
John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

RE: Civil Action B-98-23; Port Elevator-Brownsville, L.C., et al. vs. Ivonne Soto Vega, et al.; In the U.S. District Court for the Southern District of Texas, Brownsville Division; Our File No. 99-3843

Dear Mr. Skaggs:

This letter is in reference to a deposition notice received June 26, 2001 by facsimile from your office for Bersain Gutierrez. The deposition was noticed by your office to take place in San Diego, California on July 10, 2001.

We are not available on July 10, 2001 for Mr. Gutierrez' deposition. As I had stated to you in prior correspondence, I had listed the dates that we were available. July 10th was not one of those dates. Also, please be advised that we are no longer available on July 13 or 14. I will be out of town July 14 through July 21st on a planned vacation.

As I have stated in other letters, we will work with you as far as getting the discovery done that you need done. Please coordinate with me an alternate date. Also, as I have communicated to you in the past, we ought to do all the Southern California witnesses at the same time to avoid multiple trips to California and to avoid unnecessary expense.

Please contact Mr. Gutierrez and obtain other available dates for his deposition. If I do not hear from you by Friday, June 29, 2001, I will assume that you are unwilling to coordinate an alternate date and I will file a Motion to Quash the deposition on Monday, July 2, 2001.

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700  Fax 956 687 2416
Brownsville Office
815 Ridgewood Brownsville Texas 78520



John Skaggs
Port Elevator-Brownsville, L.C.
   vs. Ivonne Soto Vega, et al.
June 27, 2001
Page 2

     Should have any questions, please do not hesitate to
contact me.

                Very truly yours,

                WILLIAM D. MOUNT, JR.

WDM:es
h:\p\99-3843\ltrs\Skaggs 29

CVISPDF – www.fastio.com



# d&k

## dale & klein, l.l.p.
## attorneys at law

S. Dale, P.C.
atie Pearson Klein, P.C.*
* Board Certified Texas Board of Legal Specialization
Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr.

A. Peter Thaddeus, Jr.
Kathryn M. Flagg
Marina Garcia

June 28, 2001

**VIA FAX (956) 630-6570**
John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

RE:  Civil Action B-98-23; Port Elevator-Brownsville, L.C., et
al. vs. Ivonne Soto Vega, et al.; In the U.S. District
Court for the Southern District of Texas, Brownsville
Division; Our File No. 99-3843

Dear Mr. Skaggs:

I really do not want to waste the court's time and my time by
filing a Motion to Quash the Deposition of Bersain Gutierrez. The
deposition was not coordinated with this office and we are
unavailable. Please have the witness provide other dates to you.
The provision of one date is ridiculous.

Do I need to file a Motion to Quash?

Very truly yours,

WILLIAM D. MOUNT, JR.

WDM:es
h:\p\99-3843\ltrs\Skaggs 30

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700  Fax 956 687 2416
Brownsville Office
815 Ridgewood Brownsville Texas 78520
Telephone 956 546 5100

# THE HANDLERY

## HOTEL & RESORT

950 Hotel Circle N.
San Diego, CA 92108

**GUEST FOLIO**

619-298-0511
800-843-4343
FAX: 619-298-9793

ROY DALE
AUTO CLUB GUEST

327
109.00
DKN
1

ROOM NUMBER —
DAILY RATE —
ROOM TYPE — PAGE — 1
NUMBER OF GUESTS —

| 7/09/01 | 7/10/01 | SD AAA | FTYP— MOP-1 CHKOUT- 9.39 YUKARI | 304008 |
|---------|---------|--------|--------------------------------|--------|
| ARRIVAL | DEPARTURE | MKT. GROUP | | ACCOUNT # |

| DATE | ROOM No. | MERCHANT | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|----------|-------------|-----------|--------|

TRANS-ID :
APPROVAL CODE : 540192
PMS REF# : 26659
AMOUNT : 153.42
CARD NO : XXXXXXXXXXXX019
TYPE/EXPIRE : AX   XX/XX        SIGN   X...........................

| 7/09 | 327 | 4001 | ROOM CHARGE | | 109.00 |
| 7/09 | 327 | 4002 | ROOM TAX | | 11.45 |
| 7/10 | 327 | 5441 | POSTCARDS FOOD | 0038 | 32.97 |
| 7/10 | 327 | 0001 | CREDIT CARD PAYMENT AXXXXX XXXXXXXXXXXX019 | | -153.42 |

CHECK US OUT ON OUR WEBSITE AT HANDLERY.COM OR E-MAIL US AT SALES@HANDLERY.COM

PLAINTIFF'S EXHIBIT
"D-1"
FALCON-DALLAS, TX

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges must be made within five days after my departure.

Guest Signature

**TOTAL DUE** 00

Case 1:98-cv-00023   Document 77   Filed in TXSD on 08/02/2001   Page 28 of 56

950 Hotel Circle N.
San Diego, CA 92108

619-298-0511
800-843-4343
FAX: 619-298-9793

WILLIAM MOUNT
AUTO CLUB GUEST

349
109.00
SKN

ROOM NUMBER —   1
DAILY RATE PAGE — 1
ROOM TYPE —
NUMBER OF GUESTS —

| ARRIVAL | DEPARTURE | MKT. GROUP | | | | ACCOUNT # |
|---|---|---|---|---|---|---|
| 7/09/01 | 7/10/01 | SD AAA | FTYP- MOP-1 CHKOUT- 9.39 YUKARI | | | 30400. |

| DATE | ROOM No. | MERCHANT TRANS-ID | DESCRIPTION | | REFERENCE | AMOUNT |
|---|---|---|---|---|---|---|
| | | GENSAR #47 | | | | |
| | | APPROVAL CODE : 500728 | | | | |
| | | PMS REF# : 26660 | | | | |
| | | AMCUNT : | 120.45 | | | |
| | | CARD NU : XXXXXXXXXXXX019 | | | | |
| | | TYPE/EXPIRE : AX  XX/XX | | SIGN  X............................. | | |
| 7/09 | 349 | 4001 | ROOM CHARGE | | | 109.00 |
| 7/09 | 349 | 4002 | ROOM TAX | | | 11.45 |
| 7/10 | 349 | 0001 | CREDIT CARD PAYMENT | AXXXXX XXXXXXXXXXX019 | | 120.45 |

CHECK US OUT ON OUR WEBSITE AT HANDLERY.COM OR E-MAIL US AT SALES@HANDLERY.COM

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges must be made, within five days after my departure.

Guest Signature

TOTAL DUE .00

# ACE PARKING

LOCATION 28

RECEIPT OF PAYMENT

Amount Received $ 28.00

Signed

CitiPDF - www.fastio.com

# N A T I O N A L
# C A R   R E N T A L

RA 204101752          Inv 20003291270
Rental   09-JUL-2001 06:49 PM
SAN DIEGO ARPT
Return   10-JUL-2001 03:07 PM
SAN DIEGO ARPT

ROY DALE
Vehicle # 1U967272
Model     CAMRY 4D
Class Driven FCAR    Class Charged ICAR
License# TEMP        State/Province  CA
M/Kms Driven  43
M/Kms Out     9595
M/Kms In      9638

| Charges              | No Unit  | Price | Amount  |
|----------------------|----------|-------|---------|
| T & M                | 1 Days   | 54.00 | 54.00*  |
| UNLIM M/KM           | 0 M/Kms  |       | 0.00*   |
| REFUELING            | 2 Gals   | 1.92  | 3.84*   |
| AIRPORT USER FEE     |          |       | 3.50*   |
| CA VEHICLE LICENSE FEE |        |       | 0.84    |
| SALES TAX @7.500 %   |          |       | 4.60    |
| FFTXRSU              |          |       | 0.06    |

Total Charges                      USD 66.84

Paid By     MC   7770              -66.84

Amount Due                      USD 0.00

* Taxable Items
Subject to Audit
Frequent Flyer M961832 Credit to AMERICAN

FFTXRSU is a recoupment of tax on
Frequent Flier miles earned

```
              Palumbo Enterprises
        NOW HIRING FOR CREW AND MANAGEMENT
                 POSITIONS!!!!
              ASK FOR ANNA STORE MGR

                  THANK YOU
    SAN DIEGO-HEATS       TEL#    6192277300
    51  MGM05   CH1      Jul.10'01(Tue)14:52
```

## Order #551      TO GO

```
    1 GRILLED CHICKEN           3.09
       1 W/O    MAYO
         WITH   MUST
    1 HAMBURGER                 0.89
    1 MED FRY 50Z               1.55
    1 21 OZ COKE                1.29
    1 WATER                     0.00

    SUB TOTAL                   6.82
    TAKE OUT TAX                0.51


    CASH TENDERED              10.00
    CHANGE                      2.67
```

```
             SAN ANTONIO AIRPORT

   6 SANDRA

CHK 355   JUL09'01 03:21PM   GST 0

   1 1/4 TURKEY SAND        4.49
   1 CHIPS                  0.90
   1 1/4 TURKEY SAND        4.49
   CASH                    20.00  X

     SUBTOTAL               9.88
     TAX DUE                0.78
     TOTAL PAID            10.66
     CHANGE DUE             9.34
```

Case 1:98-cv-00023   Document 77   Filed in TXSD on 08/02/2001   Page 33 of 56

*Juan Vega v. Port elevator RSP/WDM*

AGENT RR/NB BOOKING REF ZMDQUE

MOUNT/WILLIAM

DALE AND KLEIN
6301 N 10TH ST
MCALLEN TEXAS 78504

DATE:   JUL 09 2001

```
AMERICAN AIRLINES      09JUL SAN ANTONIO TX DALLAS TX      334P     442P
AA 1890      K         MON   INTL           DALLAS FT WORT
             NON SMOKING     TERMINAL 2     TERMINAL C
                                                            NON STOP
                             RESERVATION CONFIRMED          1:08 DURATION
                  AIRCRAFT: MCDONNELL DOUGLAS MD-80 ALL SERIES

AMERICAN AIRLINES      09JUL DALLAS TX      SAN DIEGO CA    527P     619P
AA 2053      K         MON   DALLAS FT WORT LINDBERG FLD
             NON SMOKING     TERMINAL O     TERMINAL 2
                             DINNER                         NON STOP
                             RESERVATION CONFIRMED          2:52 DURATION
                  AIRCRAFT: MCDONNELL DOUGLAS MD-80 ALL SERIES

HOTEL                  09JUL HANDLERY HOTEL N RESORT
                       10JUL 950 HOTEL CIRCLE NORTH
                             SAN DIEGO, CA 92108
                             UNITED STATES OF AMERICA
                             TELEPHONE: 619 298-0511
                             FAX: 619 298-9793
                             TELEX: NONE
                             CONFIRMATION: 88205354
                             REFERENCE: A00A00
                             SINGLE ROOM KING SIZE BED
                             RATE: COR USD 109.00 PER NIGHT
                             GUARANTEE GIVEN

AMERICAN AIRLINES      10JUL SAN DIEGO CA   DALLAS TX       425P     923P
AA 1111      K         TUE   LINDBERG FLD   DALLAS FT WORT
             NON SMOKING     TERMINAL 2     TERMINAL O
                             SNACK                          NON STOP
                             RESERVATION CONFIRMED          2:58 DURATION
                  AIRCRAFT: MCDONNELL DOUGLAS MD-80 ALL SERIES
                             SEAT 26B NO SMOKING CONFIRMED
```

Case 1:98-cv-00023   Document 77   Filed in TXSD on 08/02/2001   Page 34 of 56

AGENT RR/NB BOOKING REF ZMDGUE

MOUNT/WILLIAM


DALE AND KLEIN
6301 N 10TH ST
MCALLEN TEXAS 78504


DATE:    JUL 09 2001


AMERICAN AIRLINES     10JUL DALLAS TX      SAN ANTONIO TX 1025P    1127P
AA 1603     K        TUE    DALLAS FT WORT INTL
      NON SMOKING          TERMINAL-C      TERMINAL 2
                                                     NON STOP
                           RESERVATION CONFIRMED     1:02 DURATION
               AIRCRAFT: MCDONNELL DOUGLAS MD-80 ALL SERIES
                           SEAT 12B NO SMOKING CONFIRMED

HOTEL              10JUL HOLIDAY INN SELECT SAN ANTONIO AIRPORT
                   11JUL 77 NORTH EAST LOOP 410
                          SAN ANTONIO, TX 78216
                          UNITED STATES OF AMERICA
                          TELEPHONE: 001-210 3499900
                          FAX: 001-210 3494660
                          CONFIRMATION: 63050256
                          REFERENCE: KEXNRP
                          SINGLE ROOM KING SIZE BED
                          RATE: ARF USD 117.00 PER NIGHT
                          GUARANTEE GIVEN

RESERVATION NUMBER(S)  AA/BWXYNK

MOUNT/WILLIAM                           TICKET:AA/ETKT 001 7031129990

AA  FREQUENT FLYER AAS068538
THANK YOU FOR CALLING TRAVEL EXPERTS...RUTHANN
BE SURE TO CHECKIN ONE HOUR PRIOR TO DEPARTURE
***CALL PRIOR TO DEPART FOR SCHEDULE CHANGES

JUL-06-01 03:22P Travel Experts          956 630 0059          P.01

**Town & Country**
5109 N. 10th St.
McAllen, TX 78504
(956) 630-0033
FAX (956) 630-0059

# TRAVEL
# EXPERTS

MEMBER



**ASTA**
American Society
of Travel Agents

AGENT RR/RR BOOKING REF ZMDTJG

DALE/ROY

DALE AND KLEIN
6301 N 10TH ST
MCALLEN TEXAS 78504

| AIRLINE | FLIGHT | CLASS | DATE | FROM | TO | LEAVE | ARRIVE | STATUS |
|---------|--------|-------|------|------|----|-------|--------|--------|

DATE:   JUL 06 2001

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 09JUL | SAN ANTONIO TX | DALLAS TX | 334P | 442P |
| AA 1890   K | MON | INTL | DALLAS FT WORT |

EQP: MCDONNELL DOUGLAS MD-80 ALL SERIES
RESERVATION CONFIRMED

AMERICAN AIRLINES      09JUL  DALLAS TX        SAN DIEGO CA    527P    619P
AA 2053   K            MON    DALLAS FT WORT LINDBERG FLD
                              EQP: MCDONNELL DOUGLAS MD-80 ALL SERIES
                              RESERVATION CONFIRMED

HOTEL                  09JUL  HANDLERY HOTEL N RESORT
                       10JUL  950 HOTEL CIRCLE NORTH
                              SAN DIEGO, CA 92108
                              TELEPHONE: 619 298-0511
                              CONFIRMATION: 05321834
                              REFERENCE: A00A00
                              RATE: COR USD 109.00 PER NIGHT
                              ADDITIONAL CHARGES MAY APPLY

AMERICAN AIRLINES      10JUL  SAN DIEGO CA     DALLAS TX       423P    923P
AA 1111   K            TUE    LINDBERG FLD     DALLAS FT WORT
                              EQP: MCDONNELL DOUGLAS MD-80 ALL SERIES
                              SEAT 26D CONFIRMED
                              RESERVATION CONFIRMED

AMERICAN AIRLINES      10JUL  DALLAS TX        SAN ANTONIO TX 1025P   1127P
AA 1603   K            TUE    DALLAS FT WORT INTL
                              EQP: MCDONNELL DOUGLAS MD-80 ALL SERIES
                              RESERVATION CONFIRMED

HOTEL                  10JUL  HOLIDAY INN SELECT SAN ANTONIO AIRPORT
                       11JUL  77 NORTH EAST LOOP 410
                              SAN ANTONIO, TX 78216
                              TELEPHONE: 001-210 3499900
                              CONFIRMATION: 63049159
                              REFERENCE: KEXNRF
                              RATE: ARP USD 117.00 PER NIGHT
                              ADDITIONAL CHARGES MAY APPLY

$571.80

1/ 2

Case 1:98-cv-00023   Document 77   Filed in TXSD on 08/02/2001   Page 36 of 56

Town & Country
5109 N. 10th St.
McAllen, TX 78504
(956) 630-0033
FAX (956) 630-0059

# TRAVEL
# EXPERTS



MEMBER
**ASTA**
American Society
of Travel Agents

AGENT RR/RR BOOKING REF ZMDT

DALE/ROY

DALE AND KLEIN
6301 N 10TH ST
MCALLEN TEXAS 78504

| AIRLINE | FLIGHT | CLASS | DATE | FROM | TO | LEAVE | ARRIVE | STATUS |
|---------|--------|-------|------|------|-----|-------|--------|--------|

DATE:   JUL 06 2001

CONTINENTAL AIRLINES   11 JUL  SAN ANTONIO TX  HOUSTON TX     840A     951A
CO 1504      T         WED  INTL           G.BUSH INTERCO
                            EQP: BOEING 757-200/300
                            SEAT 10C CONFIRMED
                            RESERVATION CONFIRMED

CONTINENTAL AIRLINES   11 JUL  HOUSTON TX      DALLAS TX      1050A    1156A
CO 1746      T         WED  G.BUSH INTERCO DALLAS FT WORT
                            EQP: BOEING 737-300
                            SEAT 03D CONFIRMED
                            RESERVATION CONFIRMED

CONTINENTAL AIRLINES   13 JUL  DALLAS TX       HOUSTON TX     1235P     141P
CO 712       T         FRI  DALLAS FT WORT G.BUSH INTERCO
                            EQP: BOEING 737-300
                            SEAT 23D CONFIRMED
                            RESERVATION CONFIRMED

CONTINENTAL AIRLINES   13 JUL  HOUSTON TX      MCALLEN TX      235P     342P
CO 1749      T         FRI  G.BUSH INTERCO MILLER INTL
                            EQP: MCDONNELL DOUGLAS MD-80 ALL SERIES
                            SEAT 07A CONFIRMED
                            RESERVATION CONFIRMED

RESERVATION NUMBER(S)  AA/EBBIUN  CO/U2T01D

CO  FREQUENT FLYER COBK632996
AA  FREQUENT FLYER AAM9A1832
THANK YOU FOR CALLING TRAVEL EXPERTS...RUTHANN
BE SURE TO CHECKIN ONE HOUR PRIOR TO DEPARTURE
***CALL PRIOR TO DEPART FOR SCHEDULE CHANGES

CitaPDF - www.texlio.com

Ron Dale

7/9/01 — 7/11/01

Vega vs Port Elevator

Travel to San Diego

Air Fare — R/T = _____

Hotel            153$\frac{42}{}$   (A/E)

Car Rental      $66$^{84}$  (National Emerald Club)

Parking         $8$^{00}$  Cash

Meals           7$^{33}$ (Cash)

"               10$^{66}$ (Cash)

R/T Car Mileage       520 miles
   San Antonio        @ .50 per mile = $260

7/9/01
7/11/01

Vega v. Port Elev — Trip to San
                    Diego, Cal.

① Parking          $28.⁰⁰X̶V̶

② GAS             $11.⁹⁹X̶ X̶

③ Breakfast        $10.⁶⁵
    7/11/01

                   $ 30.⁶⁴

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - | § | |
| BROWNSVILLE, L.C. AND | § | |
| SOUTHWEST GRAIN CO., INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, BERSAIN | § | JURY DEMANDED |
| GUTIERREZ, SYSCO DE BAJA, | § | |
| S.A. DE C.V. AND WALTER | § | |
| PUFFELIS, INDIVIDUALLY AND | § | |
| D/B/A AGI AKRON GROUP, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| CRAIG ELKINS, INDIVIDUALLY | § | |
| AND D/B/A PORT ELEVATOR- | § | |
| BROWNSVILLE, L.C., AND | § | |
| SOUTHWEST GRAIN CO. , INC. | § | |

## AFFIDAVIT OF WILLIAM D. MOUNT, JR.

STATE OF TEXAS
COUNTY OF HIDALGO

**BEFORE ME,** the undersigned Notary Public, personally appeared **WILLIAM D. MOUNT, JR.,** who being by me duly sworn did depose and state the following:

"My name is **WILLIAM D. MOUNT, JR.** I am over the age of eighteen years, have never been convicted of a felony or a misdemeanor involving moral turpitude and I am competent to make this Affidavit and make this Affidavit upon personal knowledge. Everything herein is true and correct.

"I am one of two attorneys who represent **IVONNE SOTO VEGA** in the above-referenced action. Roy S. Dale is the lead lawyer."

"On June 27, 2001, a deposition notice was received from the

H:\p\99-3843\Mount-Aff3

page 1



law firm of Skaggs & Associates.  The deposition notice is attached as Exhibit 'B' to **MS. VEGA'S** Rule 30(g)(2) Motion for Costs or in the Alternative, Motion for Sanctions (hereinafter Motion for Costs or in the Alternative, Motion for Sanctions).  The notice stated that the deposition of **BERSAIN GUTIERREZ** was to be taken by **PORT ELEVATOR-BROWNSVILLE, L.C. (PORT ELEVATOR)** in San Diego, California at 10:00 a.m. Pacific Standard Time on July 10, 2001."

"I filed a Motion for Protective Order concerning this particular deposition on July 5, 2001.  A copy of the Motion is attached to **MS. VEGA'S** Motion for Costs or in the Alternative, Motion for Sanctions.  The Court denied the Motion at a telephonic hearing on July 6, 2001."

"Mr. Skaggs, attorney for **PORT ELEVATOR-BROWNSVILLE, L.C.**, told me that the general manager for **PORT ELEVATOR, CRAIG ELKINS**, had been in contact with **MR. GUTIERREZ**.  He further apprised me that **ELKINS** told him that **GUTIERREZ** was available for deposition on July 10, 2001 and did not have any other dates available for deposition.  Based upon Mr. Skaggs' representations that **MR. GUTIERREZ** was going to appear for deposition on July 10, 2001 and the issued deposition notice, Roy Dale and I made travel arrangements to attend the deposition.  **MS. VEGA**, Mr. Dale and I attended the deposition.  The witness did not appear."

"On July 10, 2001 at the deposition location, Mr. Dale and I discovered that **MR. GUTIERREZ** had not been served with a subpoena prior to the deposition."

"Due to the non-appearance, expenses and attorney's fees have been incurred on behalf of **MS. VEGA**. A breakdown of the expenses and attorney's fees incurred on behalf of **MS. VEGA** is attached to **MS. VEGA'S** Motion for Costs or in the Alternative, Motion for Sanctions as Exhibit 'A'. Attached to this affidavit as Exhibit 'D-1' are the actual invoices, bills or memoranda concerning the expenses incurred on behalf of **MS. VEGA**."

"The expenses and attorney's fees incurred on behalf of **MS. VEGA** outlined at Exhibit 'A' to **MS. VEGA'S** Motion for Costs or in the Alternative, Motion for Sanctions and the bills, invoices and memoranda attached to this affidavit as Exhibit 'D-1' were reasonable and necessary because of the expectation that the deposition of the witness, **BERSAIN GUTIERREZ**, was to be taken. The $200.00 hourly rate is reasonable for Cameron and Hidalgo Counties in Texas. The expenses incurred were reasonable. The services performed were necessary given the expectation that the deposition of the witness was to be taken."

"FURTHER AFFIANT SAYETH NOT."

WILLIAM D. MOUNT, JR.

**SUBSCRIBED AND SWORN TO BEFORE ME** on this the 1st day of August, 2001, to certify which witness my hand and official seal.

NOTARY PUBLIC, STATE OF TEXAS

My commission expires: 10-22-2003

PATRICIA MEDINA
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-22-2003

1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE SOUTHERN DISTRICT OF TEXAS

7

BROWNSVILLE DIVISION

8

9   PORT ELEVATOR                        )
    BROWNSVILLE L.C. AND                 )
10  SOUTHWEST GRAIN CO., INC.            )
                                         )
11                                       ) Civil No. B-98-23
                                         ) AFFIDAVIT OF
12    vs.                                ) CERTIFIED
                                         ) SHORTHAND
13  IVONNE SOTO VEGA, BERSAIN            ) REPORTER
    GUTIERREZ, SYSCO DE BAJA,            ) RE NONAPPEARANCE
14  S.A. DE C.V. AND WALTER PUFFELIS,    ) OF WITNESS
    INDIVIDUALLY AND D/B/A AGI AKRON     ) WITH
15  GROUP, INC.,                         ) PROCEEDINGS
                                         ) ON RECORD
16    vs.                                )
                                         )
17  CRAIG ELKINS,                        )
    INDIVIDUALLY AND D/B/A PORT          )
18  ELEVATOR - BROWNSVILLE, L.C. AND     )
    SOUTHWEST GRAIN CO., INC.            )
19  ─────────────────────────────────── )

20  STATE OF CALIFORNIA ) SS

21       I, Laura L. Kiel, CSR 9692, do hereby declare:

22       That on Tuesday, July 10, 2001, at 10:00 a.m., I

23  appeared at the offices of Hutchings Court Reporters, LLC,

24  1200 Third Avenue, Suite 1326, San Diego, California, for

25  the purpose of administering the oath to and reporting the

HUTCHINGS COURT REPORTERS, LLC - GLOBAL SERVICES - 800.697.3210



PLAINTIFF'S EXHIBIT "E"  FALCON-DALLAS, TX

1   deposition of Bersain Guterrez, a defendant, herein;

2        That present at said time and place were John Skaggs

3   from the Law Office of John Skaggs, attorneys for plaintiff

4   and counter-defendant Port Elevator and third-party

5   defendant Craig Elkins.

6        William D. Mount and Roy S. Dale from the law office

7   of Dale & Klein, LLP, attorneys for defendant,

8   counter-plaintiff and third-party plaintiff Ivonne Soto

9   Vega.

10        Also present were Craig Elkins; Ivonne Soto Vega;

11   Ricardo Soto; Maria G. Nyffenegger, Spanish Interpreter;

12   Barry Varanese, Videotape Operator.

13        That at said time and place the following

14   proceedings were had:

15                    ***

16        MR. SKAGGS:  For the record, it's 10:56 a.m.

17   Pacific time.

18        Mr. Bersain Gutierrez is the witness, and he has

19   not shown up.

20        And I'll attach as an exhibit to this deposition,

21   the Notice of Intent to take Mr. Gutierrez's oral

22   deposition.

23        A subpoena issued under the authority of the United

24   States District Court of the Brownsville Division of

25   Texas.

2

HUTCHINGS COURT REPORTERS, LLC - GLOBAL SERVICES - 800.697.3210

1   A check to June's Attorney Services for service of

2   the said subpoena on Mr. Gutierrez in connection with this

3   deposition.

4   And it is my understanding -- the return of

5   subpoena is blank in connection with the subpoena which

6   has been served, but it's been represented to me that the

7   subpoena, in fact, has been served on Mr. Gutierrez, and

8   at a later date I'll supply the return of service to the

9   Court for the Court's record.

10   And that's all the record I need to make.

11   Your turn, Mr. Mount.

12   MR. MOUNT:  Your Honor, Bill Mount here for the

13   defendant, Ivonne Soto Vega.  She's also a

14   Counter-Plaintiff.

15   I'm also here with Roy Dale.  We made our

16   appearance this morning here at roughly 10:00 a.m. Pacific

17   standard time pursuant to a deposition notice issued by

18   John Skaggs and signed with permission by one of his

19   associates, Michelle Gonzalez, which we are marking as

20   Exhibit Number 2.

21   We were served with this deposition notice, Your

22   Honor, June 27, 2001 by facsimile, and we have appeared.

23   The witness has not appeared during the time that

24   we've been here.  It's approximately 10:58 Pacific

25   standard time, and the witness has not appeared.

3

HUTCHINGS COURT REPORTERS, LLC - GLOBAL SERVICES - 800.697.3210

1    MR. SKAGGS:  And if I failed to say so, my bundle

2  of documents should have been Exhibit Number 1.

3    MR. MOUNT:  And for the record, also, my client

4  Mrs. Vega, has appeared, and she's been with me since

5  10:00 o'clock a.m. along with her young son, Ricardo.

6    That's all I have.

7    MR. SKAGGS:  We're done.

8    MR. MOUNT:  Off the record.

9    (The proceedings concluded at 10:59 a.m.)

10    (Signature on following page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

***

I declare that the above proceedings were taken down by me in shorthand at the time and place herein named and reduced to typewriting under my direction;.

That the same is a true and correct transcript of said proceedings.

I declare that I have no interest in the event of the action.

I further declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WITNESS my hand this _____18th_____ day of _____July_____, ___2001___ .

_____

LAURA L. KIEL, CSR 9692

5

HUTCHINGS COURT REPORTERS, LLC - GLOBAL SERVICES - 800.697.3210

CVisPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PORT ELEVATOR-                §
BROWNSVILLE, L.C.             §
                             §
VS.                          §        CIVIL NO. B-98-23
                             §
IVONNE SOTO VEGA, BERSAIN    §
GUTIERREZ, AND SYSCO DE BAJA §
S.A. DE C.V.                 §

## NOTICE OF INTENT TO TAKE ORAL DEPOSITION

PLEASE TAKE NOTICE that following the service of this notice, this party intends to take the oral deposition of the following person, on the following date and time:

Bersain Gutierrez, on July 10, 2001 at 10:00 a.m. pst.

The said deposition will take place at the offices of Hutchings Court Reporter, 1200 3rd, Suite 326, Civic Center Plaza, San Diego, California 92101. The said deposition may be videotaped.

The witness shall appear at such time and place, for the purpose of giving deposition testimony in this cause, which deposition, when taken, may be used in evidence during the trial of said cause, and will continue from day to day until completed.

You are instructed that "the matters on which each person will testify" shall be related to the matters enumerated in the attached subpoena duces tecum, the contents which are incorporated by reference herein. You are also directed to designate a person or persons to testify on your behalf in connection with the matters


EXHIBIT
1
7-10-01
GUTIERREZ

related to the allegations made in the pleadings on file in this cause.

Respectfully Submitted,

SKAGGS AND ASSOCIATES
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

JOHN SKAGGS
Federal No. 1225
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 27th day of June , 2001:

Mr. William D. Mount, Jr.
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

John Skaggs

SKAGGS & ASSOCIATES
ATTORNEYS AT LAW
710 LAUREL
P.O.BOX 2285
McALLEN, TEXAS 78502-2285

8101

30-9/1140
80

DATE _____ July 10, 2001 _____ 20 ___

PAY
TO THE
ORDER OF ___ June's Attorney Svcs

Eighty-six and Twenty/100 _____ DOLLARS 🔒

Frost National Bank
McAllen, Texas 78502

$ 86 20/xx

John Skaggs

FOR __ PORT-VEGA SERVICE OF
SUBPOENA

⑆008101⑆ ⑆114000093⑆ 800306134⑆

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - | § | |
| BROWNSVILLE, L.C. AND | § | |
| SOUTHWEST GRAIN CO., INC. | § | |
| | § | CIVIL NO. B-98-23 |
| VS. | § | |
| | § | |
| | § | JURY DEMANDED |
| IVONNE SOTO VEGA, | § | |
| BERSAIN GUTIERREZ, | § | |
| SYSCO DR BAJA, S.A. | § | |
| DE C.V. AND WALTER | § | |
| PUFFELIS, INDIVIDUALLY | § | |
| AND D/B/A AGI AKRON | § | |
| GROUP, INC. | § | |
| | § | |
| VS. | § | |
| | § | |
| CRAIG ELKINS, INDIVIDUALLY | § | |
| AND D/B/A PORT ELEVATOR | § | |
| BROWNSVILLE, L.C, AND | § | |
| SOUTHWEST GRAIN CO., INC. | § | |

## THE STATE OF TEXAS SUBPOENA

TO:  Bersain Gutierrez  1853 CAROLYN, DRIVE CHULA VISTA CAL. 91913

YOU ARE COMMANDED TO APPEAR ON TUESDAY, JULY 10, 2001 AT 10

m., at the Hutchings Court Reporters Office located at 1200 3rd, Suite 1326, Civic Center

Plaza, San Diego, California, 92101 and give your testimony in the cause of action of PORT

ELEVATOR-BROWNSVILLE, L.C. AND SOUTHWEST GRAIN, CO., INC. V. IVONNE

SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER

PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. V. CRAIG

ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR BROWNSVILLE, L.C., AND

SOUTHWEST GRAIN CO., INC. CIVIL NO. B-98-23, pending In the United States

District Court for the Southern District of Texas, Brownsville Division, Brownsville,

Cameron County, Texas.  You must remain at the place of the deposition from day to day

until discharged by the Court or by the party summoning the witness.     **FAILURE TO**

**OBEY THIS SUBPOENA MAY BE TREATED AS A CONTEMPT OF COURT.**

**FEDERAL RULE OF CIVIL PROCEDURE 45(E) PROVIDES AS FOLLOWS:** Failure

by any person without adequate excuse to obey a subpoena served upon that person may be

deemed a contempt of the Court from which the subpoena is issued.

   This subpoena is issued at the request of PORT ELEVATOR-BROWNSVILLE, L.C.,

whose attorneys of record are John Skaggs.

   Date of issuance: _July 10, 2001_

**Subpoena issued by:**

_____                    **John Skaggs**
**Federal No. 1225**


## RETURN OF SUBPOENA

   I _____ certify that I served the above subpoena by delivering a copy and

the required fee of $10.00 to _____ in person, at _____,

_____, Texas at _____ o'clock ___..m. on the _____ day of _____,

2001.  My fee for this service is $_____.


_____

Process server:.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PORT ELEVATOR-
BROWNSVILLE, L.C.

VS.

IVONNE SOTO VEGA, BERSAIN
GUTIERREZ, AND SYSCO DE BAJA
S.A. DE C.V.

§
§
§
§
§
§
§
§
§

CIVIL NO. B-98-23

## NOTICE OF INTENT TO TAKE ORAL DEPOSITION

PLEASE TAKE NOTICE that following the service of this notice, this party intends to take the oral deposition of the following person, on the following date and time:

Bersain Gutierrez, on July 10, 2001 at 10:00 a.m. pst.

The said deposition will take place at the offices of Hutchings Court Reporter, 1200 3rd, Suite 326, Civic Center Plaza, San Diego, California 92101. The said deposition may be videotaped.

The witness shall appear at such time and place, for the purpose of giving deposition testimony in this cause, which deposition, when taken, may be used in evidence during the trial of said cause, and will continue from day to day until completed.

You are instructed that "the matters on which each person will testify" shall be related to the matters enumerated in the attached subpoena duces tecum, the contents which are incorporated by reference herein. You are also directed to designate a person or persons to testify on your behalf in connection with the matters



EXHIBIT
2
7-10-01
GUITERREZ

related to the allegations made in the pleadings on file in this cause.

Respectfully Submitted,

SKAGGS AND ASSOCIATES
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

JOHN SKAGGS
Federal No. 1225
State Bar No. 18452500
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 27th day of June , 2001:

Mr. William D. Mount, Jr.
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

John Skaggs



Southern District of California

# General Court Information

**Subject:**
**Court Jurisdiction**

Date Posted:
**09/02/98**

### Southern District of California:

The Southern District of California is part of the Ninth Circuit. The Ninth Circuit, the largest of the 13 federal circuits, includes all federal courts in California, Oregon, Washington, Arizona, Montana, Idaho, Nevada, Alaska, Hawaii, Guam and the Northern Mariana Islands.

Specifically, the Southern District of California is comprised of San Diego and Imperial Counties.

### District Courts, Generally:

U.S. District Courts are the federal courts of general jurisdiction. The Constitution determines what type of civil and criminal cases will be decided in district courts. Typically, federal courts hear civil cases in which the United States is a party or those involving the Constitution as a law, laws enacted by Congress, treaties, and laws relating to navigable waters. Examples of federal civil include issues between citizens of different states, disputes regarding patent/copyright violations and maritime violations. Federal criminal cases are filed by the U.S. Attorney who represents the plaintiff (United States). Examples of federal crimes are immigration violations, illegal importation of drugs, and bank robbery.

Certain types of cases can be filed in both district courts and state courts, which gives the courts concurrent jurisdiction. For example, civil suits between citizens of different states may be heard in district courts or states courts, but can only be held in district courts if the amount in dispute exceeds $50,000.

*References:*

Administrative Office of the United States Courts. <u>Understanding the Federal Courts</u>.
Federal Judicial Center. <u>Federal Courts and What They Do</u>.



```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
x                                                                                      x
x                           TRANSACTION REPORT                              .  P. 01   x
x                                                                                      x
x                                                             JUN-26-2001 TUE 04:27 PM x
x  RECEIVE                                                                             x
x                                                                                      x
   DATE  START     SENDER              RX TIME  PAGES  TYPE           NOTE             x
x                                                                                      x
x  JUN-26 04:25 PM 9566306570           1'06"     2    RECEIVE        OK               x
x                                                                                      x
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```

99.3E43