

*78*

# d&k
## dale & klein, l.l.p.
## attorneys at law

Roy S  Dale, P.C.
Katie Pearson Klein, P C *
* Board Certified Texas Board of Legal Specialization
Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr

A  Peter Thaddeus, Jr
Kathryn M  Flagg
Marina Garcia

Unit d States District Court
S  P        e   f  exas

**AUG 1 7 2001**

John   May
                   Cort

August 16, 2001

**<u>VIA CERTIFIED MAIL/RRR</u>**
U.S. District Clerk's Office
U.S. Federal Courthouse
600 E. Harrison, Room 1158
Brownsville, Texas 78520

   Re: Civil No. B-98-23; Port Elevator-Brownsville, L.C, et al
      vs. Yvonne Soto Vega, et al;  Our File No. 99-3843

Dear Sirs:

   Enclosed please find the original and three (3) copies of Rule
29 Stipulation with regard to the above-referenced matter.

   Please file the original and two copies and file-stamp the
remaining copy for return to this office in the enclosed envelope.

   By copy of this letter, opposing counsel is being provided
with same.

   If you have any questions regarding this matter, please do not
hesitate to contact me.  Thank you.

         Very truly yours,
         DALE & KLEIN, L.L.P.

         Rosie Perez
         Legal Assistant

:rp
Enclosures
h:\p\99-3843\ltrs\clerk 025
cc:  John Skaggs-CM/RRR

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700  Fax 956 687 2416
Brownsville Office
815 Ridgewood Brownsville, Texas 78520
Telephone 956 546 5100

ClibPDF - www.fastio.com



# d&k
## dale & klein, l.l.p.
## attorneys at law

Roy S. Dale, P.C
Katie Pearson Klein, P.C *
* Board Certified Texas Board of ' son Specialization
Family Law and Civil Trial Law

Martin R. Morris

William D. Mount, Jr.

A Peter Thaddeus, Jr.
Kathryn M. Pool

August 15, 2001

**VIA FAX (956) 630-6570**
John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

RE:     Civil Action B-98-23; Port Elevator-Brownsville, L.C. vs.
        Ivonne Soto Vega, et al.; In the U.S. District Court for
        the Southern District of Texas, Brownsville Division
        Our File No. 99-3843 - **RULE 29 STIPULATION**

Dear Mr. Skaggs:

This is to confirm the telephone conversation between our secretaries in connection with the above-referenced case. You have agreed to grant Defendant, Ivonne Soto Vega, an extension of two (2) weeks to file objections, answers and responses to Plaintiff's Interrogatories and Requests for Production. The objections, answers and responses that were due August 15, 2001 are now due on Wednesday, August 29, 2001.

If this agreement meets with your approval, please sign your name where indicated below and return to me via facsimile so that I may file with the court as a Rule 29 stipulation.

We appreciate your courtesy with regard to this matter. If you have any questions regarding this matter, please do not hesitate to contact our office.

Very truly yours,

William D. Mount, Jr.

AGREED:

JOHN SKAGGS

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700  Fax 956 687 2415
Brownsville Office
815 Ridgewood Brownsville, Texas 78520
Telephone 956 546 5100

ClibPDF - www.fastio.com