80

United States District Court
Southern District of Texas
FILED

AUG 2 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. § § § § | |
| VS. § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. § § § § § § | JURY DEMANDED |
| VS. § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR - BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. § § § § | |

**IVONNE SOTO VEGA'S VERIFIED UNOPPOSED MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE AND TRIAL SETTING AND REQUEST TO SET STATUS CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES, IVONNE SOTO VEGA,** Defendant, Counter-Plaintiff, and Third-Party Plaintiff in the above-styled and numbered cause, and files this her Verified Unopposed Motion to Continue Discovery Deadline and Trial Setting and Request to Set Status Conference and in support thereof would show as follows:

I.

On December 13, 2001, this Court entered a Scheduling Order. See **Exhibit "A".** In the Order, this case was set for jury selection for November 5, 2001. The discovery deadline was set for July 16, 2001. On the unopposed motion of **MS. VEGA,** the discovery deadline was continued until August 20, 2001. See **Exhibit "B".**

The dispositive motion deadline was continued until September 5th. Id.

## II.

**MS. VEGA** moves for a second continuance of the discovery deadline because she has been unavailable the last several weeks due to her detainment in Mexico, D.F. See **Exhibit "C"**. She is being detained in Mexico City and involved in legal proceeding there. She is not expected to be available for at least five months. Her assistance in the present case is necessary in gathering records from her bank and other entities to prove corn ownership. Her consultation is necessary for deposing Walter Puffelis and Loren Walters, two individuals that have knowledge of the corn transactions.

## III.

**MS. VEGA** seeks a postponement of the November 5, 2001 jury selection date. **MS. VEGA** is expected to be unavailable for the jury selection date and trial due to her detainment in Mexico. The unavailability for trial of a party ordinarily will persuade a judge to grant a continuance. See <u>Harmon v. Grande Tire Co.</u>, 821 F.2d 252, 256 (5th Cir. 1987); <u>Latham v. Crofters, Inc.</u>, 492 F.2d 913, 914 (4th Cir. 1974)(the district court abused its discretion in denying the motion for continuance and in failing to grant a new trial after additional evidence concerning the party's non-attendance was adduced). Her participation is critical to defend against claims brought against her and to prosecute her claims.

The dispositive motion deadline was continued until September 5th. Id.

## II.

**MS. VEGA** moves for a second continuance of the discovery deadline because she has been unavailable the last several weeks due to her detainment in Mexico, D.F. See **Exhibit "C"**. She is being detained in Mexico City and involved in legal proceeding there. She is not expected to be available for at least five months. Her assistance in the present case is necessary in gathering records from her bank and other entities to prove corn ownership. Her consultation is necessary for deposing Walter Puffelis and Loren Walters, two individuals that have knowledge of the corn transactions.

## III.

**MS. VEGA** seeks a postponement of the November 5, 2001 jury selection date. **MS. VEGA** is expected to be unavailable for the jury selection date and trial due to her detainment in Mexico. The unavailability for trial of a party ordinarily will persuade a judge to grant a continuance. See Harmon v. Grande Tire Co., 821 F.2d 252, 256 (5th Cir. 1987); Latham v. Crofters, Inc., 492 F.2d 913, 914 (4th Cir. 1974)(the district court abused its discretion in denying the motion for continuance and in failing to grant a new trial after additional evidence concerning the party's non-attendance was adduced). Her participation is critical to defend against claims brought against her and to prosecute her claims.

For the above reasons, **IVONNE SOTO VEGA** respectfully requests that this Honorable Court grant her Motion to Extend Discovery Deadline and Motion to Continue Trial Setting and Set a Status Conference for five months from the filing of this Motion and grant such other and further relief which **MS. VEGA** may justly be entitled.

Respectfully submitted,

*Roy Dale by Bill Mount with permission*

Roy S. Dale
State Bar No. 05326700
Federal I.D. No. 1183
ATTORNEY-IN-CHARGE
DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax No. (956) 687-2416

ATTORNEYS FOR DEFENDANT,
COUNTER-PLAINTIFF AND THIRD-PARTY
PLAINTIFF IVONNE SOTO VEGA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to-wit:

John Skaggs
SKAGGS & GARZA, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 20th day of August, 2001.

_RoyDale by Bill M____ with permission_
ROY S. DALE

**CERTIFICATE OF CONSULTATION**

Movant has conferred with Respondent and Respondent is unopposed to this motion.

_RoyDale by Bill M____ with permission_
ROY S. DALE

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
```

| | |
|---|---|
| PORT ELEVATOR - § <br> BROWNSVILLE, L.C. AND § <br> SOUTHWEST GRAIN CO., INC. § <br> § <br> VS. § <br> § CIVIL NO. B-98-23 <br> § <br> IVONNE SOTO VEGA, BERSAIN § <br> GUTIERREZ, SYSCO DE BAJA, § JURY DEMANDED <br> S.A. DE C.V. AND WALTER § <br> PUFFELIS, INDIVIDUALLY AND § <br> D/B/A AGI AKRON GROUP, INC. § <br> § <br> VS. § <br> § <br> CRAIG ELKINS, INDIVIDUALLY § <br> AND D/B/A PORT ELEVATOR - § <br> BROWNSVILLE, L.C., AND § <br> SOUTHWEST GRAIN CO., INC. § | |

**ORDER GRANTING IVONNE SOTO VEGA'S VERIFIED
UNOPPOSED MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE AND
TRIAL SETTING AND REQUEST TO SET STATUS CONFERENCE**

On the ____ day of _____, 2001, came on to be heard **IVONNE SOTO VEGA'S** Verified Unopposed Motion for Continuance of Discovery Deadline and Trial Setting and Request to Set Status Conference. The Court having heard the arguments of counsel and considered same, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that **IVONNE SOTO VEGA'S** Motion be, and is hereby **GRANTED,** such that the discovery deadline and trial settings are continued and a status conference is set for the _____ day of _____, 2001, at ____ o'clock __.m.

**SIGNED FOR ENTRY** on this _____ day of _____, 2001.


_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
ENTERED

53

DEC 19 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

Fort Elevator
versus

Vega, et al

§
§
§
§
§
§

CIVIL ACTION B- 98-23

Scheduling Order

1. Trial: Estimated time to try: __5__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by:    __2-16-01__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __4-16-01__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    __7-16-01__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by:    __8-7-01__

7. Joint pretrial order is due:    __10-12-01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __11-1-01__

9. Jury Selection is set for 9:00 a.m. on:    __11-5-01__

The case will remain on standby until tried.

Signed __December 14__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

"A"

*Scheduling Order--Page Two*

_____
Counsel for INTERPLEADING
PARTY (CROSS DEFENDANT)
Plaintiff

_____
Counsel for _____

_____
Counsel for Ms. Vega, Defendant

_____
Counsel for _____

_____
Counsel for _____

ClibPDF - www.fastio.com

```
************************************************************************
*                        TRANSACTION REPORT                             *
*                        ------------------                             *
*                                              DEC-14-2000 THU 10:32 AM *
* RECEIVE                                                               *
*                                                                       *
* DATE  START    SENDER          RX TIME  PAGES  TYPE      NOTE         *
*-----------------------------------------------------------------------*
* DEC-14 10:30 AM 713 250 5434    1'12"    3    RECEIVE    OK           *
*                                                                       *
************************************************************************
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O BOX 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

12/14/00

To:   Roy Stewart Dale (aty)

Re:   Notice of Entry of Order or Judgment

---

Enclosed Order or Judgment entered in:

case number:   1:98-cv-00023

instrument number: 53

If after three attempts this fax fails, then we will print this notice and mail it to you. For questions, please call (713) 250-5768.

Number of pages including cover sheet: 3

49-3843
11PD
ncp
BM
PM

76

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 2 2001

Michael N. Milby,
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR–BROWNSVILLE, L.C., et al., | § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. B-98-23 |
| IVONNE SOTO VEGA, ET AL., | § § § |
| Defendants/Third-Party Plaintiffs, | § § |
| v. | § § |
| CRAIG ELKINS, et al. | § § |
| Third-Party Defendants. | § |

## ORDER

BE IT REMEMBERED that on August 1, 2001, the Court **GRANTED** Defendant/Third-Party Plaintiff Ivonne Soto Vega's Unopposed Motion to extend discovery deadlines until August 20, 2001, and also **EXTENDED** the dispositive motion deadline in this matter until September 5, 2001. All other deadlines remain in effect.

DONE at Brownsville, Texas, this 1st day of August 2001.

Hilda G. Tagle
United States District Judge

## 28 U.S.C. § 1746 DECLARATION

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am a party in legal proceedings currently pending in the country of Mexico, D.F. and have been detained in Mexico City by the authorities for the purpose of completing these proceedings. These proceedings could take up to five months.

Since my detention and participation in the proceedings several weeks ago, I have not been able to communicate with my attorneys, Roy S. Dale, William D. Mount, Jr. and Guillermo Vega. Further, I have not been able to participate with my attorneys in the discovery process and in the matter of getting this case ready for trial.

EXECUTED on this __19__ day of August, 2001.

_____
IVONNE SOTO VEGA"

X:\p\99-3843\PLEADING\DECLARATION

ClibPDF - www.fastio.com