81

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| PORT ELEVATOR | § | |
| | § | |
| | § | |
| versus | § | CIVIL ACTION: B: 98-23 |
| | § | |
| | § | |
| IVONNE SOTO VEGA, et al | § | |

United States District Court
Southern District of Texas
FILED

AUG 24 2001

Michael N. Milby, Clerk of Court

## Order Setting Teleconference

A telephone conference is hereby scheduled for *August 27, 2001 at 4:00 p.m.* The Case Manager will initiate the call at this time. All counsel must be on standby until called.

Signed on _August 24_, 2001 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE