# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

AUG 27 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Koerner    ■ Fajardo |
| DATE | Aug. — 27 — 2001 |
| TIME | ☐ a.m.  4:00 ■ p.m.   ☐ a.m.  4:15 ■ p.m. |
| CIVIL ACTION | B — 98 — 23 |
| STYLE | Port Elevator, et al. *versus* Vega |

## Docket Entry

(HGT)   ■ Hearing; _____ day  ☐ Bench or ☐ Jury Trial   (Rptr.  Breck Record  )

John Skaggs for   ■ Ptf. #_____   ☐ Deft. #_____

Roy Dale   for  ☐ Ptf. #_____   ■ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:   ☐ all pending motions;   ■ these topics:

(1) Vega's Unopposed Motion for Continuance [Dkt. No. 80]

(2) Vega's Motion for Costs or in the Alternative, Motion for Sanctions [Dkt. No. 77]

☐   Motions taken under advisement: _____

☐   Order to be entered.

☐   Miscellaneous review set: _____

☐   Rulings orally rendered on: _____

■   Comments:

The Court **DENIED** Vega's Motion for Costs or in the Alternative, Motion for Sanctions [Dkt. No. 77] and **GRANTED** Vega's Unopposed Motion for Continuance [Dkt. No. 80]. All settings are suspended until status conference on January 8, 2002 at 2:00 p.m.