83

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § § | CIVIL NO. B-98-23<br><br>JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR - BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

United States District Court
Southern District of Texas
ENTERED

AUG 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING IVONNE SOTO VEGA'S VERIFIED UNOPPOSED MOTION FOR CONTINUANCE OF DISCOVERY DEADLINE AND TRIAL SETTING AND REQUEST TO SET STATUS CONFERENCE

On the 27th day of August, 2001, came on to be heard **IVONNE SOTO VEGA'S** Verified Unopposed Motion for Continuance of Discovery Deadline and Trial Setting and Request to Set Status Conference. The Court having heard the arguments of counsel and considered same, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that **IVONNE SOTO VEGA'S** Motion be, and is hereby **GRANTED**, such that the discovery deadline and trial settings are continued and a status conference is set for the 8th day of January, 2002, at 2 o'clock p.m.

**SIGNED FOR ENTRY** on this 27th day of August, 2001.

_____
JUDGE PRESIDING