84

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court



d&k
dale & klein l.l.p.
attorneys at law

Roy S. Dale, P.C.
Katie Pearson Klein, P.C.*
*Board Certified Texas Board of Legal Specialization
Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr.

A. Peter Thaddeus, Jr.
Kathryn M. Flack

August 29, 2001

**VIA FAX (956) 630-6570**
John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

> RE: Civil Action B-98-23; Port Elevator-Brownsville, L.C. vs. Ivonne Soto Vega, et al.; In the U.S. District Court for the Southern District of Texas, Brownsville Division
> Our File No. 99-3843
> **Rule 29 Stipulation (Extending Discovery)**

Dear Mr. Skaggs:

This letter serves to confirm our secretaries' telephone conference regarding a discovery extension in the above matter.

Today is our deadline to respond to Plaintiff's First Request for Production and First Set of Interrogatories to my client, Ivonne Soto Vega. You have graciously agreed to extend the deadline from today to September 28, 2001 for my client to file and serve objections, answers and responses to your client's First Set of Interrogatories and First Request for Production.

If the above is correct, please sign your name below where indicated and fax back to me at your earliest convenience. If the above is incorrect, please notify me immediately.

Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

William D. Mount, Jr.

AGREED:

JOHN SKAGGS

6301 North Tenth Street McAllen, Texas 78504
Telephone 956 687 8700 Fax 956 687 2416
Brownsville Office
c/o Ridgewood Brownsville, Texas 78520
Telephone 956 546 5100