# d&k
### dale & kleir, l.l.p.
### attorneys at law

Roy S. Dale, P.C.
Katie Pearson Klein, P.C.*
* Board Certified Texas Board of Legal Specialization
  Family Law and Civil Trial Law
Martin E. Morris
William D. Mount, Jr.

A. Peter Thaddeus, Jr.
Kathryn M. Flagg
Lucia Thompson-Perez

**COPY**

United States District Court
Southern District of Texas
FILED

NOV 0 1 2001

Michael N. Milby
Clerk of Court

October 29, 2001

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.        **VIA FACSIMILE (956) 630-6570**
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

RE: B-98-23; Port Elevator Brownsville, L.C. vs. Ivonne Soto
Vega, Bersain Gutierrez and Sysco De Baja.B.A. De C.V.;
In the United States District Court for the Southern
District of Texas; Brownsville Division; Our File Number
99-3843 - Rule 29 Stipulation (Extending Discovery)

Dear Mr. Skaggs:

This is to confirm the telephone conversation between our secretaries in connection with the above-referenced case. You have agreed to grant Defendant, Ivonne Soto Vega, an extension of fifteen (15) days to file objections, answers and responses to Plaintiff's Interrogatories and Requests for Production. The objections, answers and responses that were due today, October 29, 2001 are now due on November 13, 2001.

If this agreement meets with your approval, please sign your name where indicated below and return to me via facsimile so that I may file with the court as a Rule 29 agreement.

We appreciate your courtesy with regard to this matter. If you have any questions regarding this matter, please do not hesitate to contact our office.

Very truly yours,

*[signature: Bill Mount]*

WILLIAM D. MOUNT, JR.

:lp
AGREED:

*[signature: John Skaggs]*

JOHN SKAGGS

99-3843

6301 North Tenth Street McAllen, Texas 78504
Telephone 956.687.8700  Fax 956.687.2416
Brownsville Office
815 Ridgewood Brownsville, Texas 78520
Telephone 956.546.5100