United States District Court
Southern District of Texas
FILED

JAN 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **IVONNE SOTO VEGA**, Defendant/Third-Party Plaintiff in the above-styled and numbered cause, and files this her Unopposed Motion to Continuance of Status Conference and would show the court as follows:

1. The above-styled and numbered cause is set for a status conference before the Honorable United States Court for January 8, 2002 at 2:00 p.m. The Defendant/Third-Party Plaintiff **IVONNE SOTO VEGA** would move the court for one week continuance of the status conference for the reason that lead counsel Roy S. Dale has been taken ill and is unable to travel to Brownsville, Texas. Additional counsel on the case, attorney William D. Mount, Jr. is

out of state on vacation in Taos, New Mexico and is not able to attend.

2. The Defendant/Third-Party Plaintiff had intended for lead counsel Roy S. Dale to attend the status conference on January 8th at the time that Mr. Mount's vacation in New Mexico was scheduled. However, on or about the 28th of December 2001 Mr. Dale was diagnosed by his physician, Dr. Thomas Hausle of McAllen, Texas with interstitial pneumonia. He was ordered to have bed rest and other medications. Mr. Dale has not been in the office since his diagnosis.

3. IVONNE SOTO VEGA would move the court to continue this status conference from one week to allow Mr. Mount, additional counsel, to return from vacation and attend to the matter.

**WHEREFORE, PREMISES CONSIDERED,** Defendant/Third-Party Plaintiff **IVONNE SOTO VEGA** prays that the court grant this Unopposed Motion and reset the status conference for one week from January 8, 2002 and for such other and further relief as **MS. VEGA** is justly entitled.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax No. (956) 687-2416

*/s/ Roy S. Dale w/Permission*
ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT/THIRD-PARTY
PLAINTIFF IVONNE SOTO VEGA

## CERTIFICATE OF CONSULTATION

A. PETER THADDEUS, JR., has conferred with attorney for Respondent, JOHN SKAGGS, and Mr. Skaggs has represented that there is no opposition to the motion.

*/s/ A. Peter Thaddeus, Jr.*
A. PETER THADDEUS, JR.
Federal I.D. No. 0793

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

*Fax*
VIA CERTIFIED MAIL/RRR on this the 7 day of _____, 2002.

*/s/ William D. Mount, Jr. w/Permission*
WILLIAM D. MOUNT, JR.