FROM :                               PHONE NO. :                          JAN. 07 2002 04:22PM P5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. § § § § | |
| VS. § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. § § § § § § | JURY DEMANDED |
| VS. § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. § § § § | |

## ORDER GRANTING DEFENDANT/THIRD-PARTY PLAINTIFF IVONNE SOTO VEGA'S UNOPPOSED MOTION FOR CONTINUANCE

On the ___ day of _____, 2002, came on to be heard Defendant/Third-Party Plaintiff **IVONNE SOTO VEGA'S** Unopposed Motion For Continuance of January 8, 2002 Status Conference in above referenced civil matter. The Court having considered the motion and noticed that the Motion was unopposed, hereby finds that the Motion should be **GRANTED**.

It is hereby **ORDERED** that the above-styled cause is reset for a status conference from January 8, 2002 until January _15_, 2002 at 2:00 p.m. in the United States District Courtroom, Brownsville, Texas.

SIGNED FOR ENTRY on this 8 day of Jan , 2002, Brownsville Division.

_____
JUDGE PRESIDING

APPROVED:

_____
A. PETER THADDEUS, JR.


_____
JOHN SKAGGS