91

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 14 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PORT ELEVATOR – BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. § § § § | |
| VS. § | CIVIL NO. B-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. § § § § § § | JURY DEMANDED |
| VS. § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. § § § § | |

## AGREED MOTION TO PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME, Plaintiffs **PORT ELEVATOR-BROWNSVILLE, L.C.** and **SOUTHWEST GRAIN CO., INC.**, Defendant **IVONNE SOTO VEGA**, and **THIRD-PARTY DEFENDANT CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR BROWNSVILLE, L.C.**, and **SOUTHWEST GRAIN CO., INC.**, the only appearing parties, and file their Agreed Motion to Participate in Status Conference by Telephone and in support thereof would show:

I.

A status conference is scheduled for 2:00 p.m. on Tuesday, January 15, 2002, before this Court in Brownsville. See Order attached hereto as Exhibit "A". The attorneys for the appearing

parties, John Skaggs and Roy Dale, have offices in McAllen. The parties request that the status conference be conducted telephonically to minimize attorneys fees and expenses.

For the above reasons, Plaintiffs **PORT ELEVATOR-BROWNSVILLE, L.C.** and **SOUTHWEST GRAIN CO., INC.**, Defendant **IVONNE SOTO VEGA**, and **THIRD-PARTY DEFENDANT CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR BROWNSVILLE, L.C.**, and **SOUTHWEST GRAIN CO., INC.**, respectfully request that this court grant their Agreed Motion to Participate in Status Conference by Telephone.

Respectfully submitted,

*John Skaggs / by Jack C. Skaggs w/ permission*

JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225

SKAGGS & ASSOCIATES, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

ATTORNEY FOR
PLAINTIFFS/COUNTER-DEFENDANTS
PORT ELEVATOR- BROWNSVILLE, L.C.
AND SOUTHWEST GRAIN CO., INC. AND
THIRD-PARTY DEFENDANT CRAIG ELKINS,
INDIVIDUALLY AND D/B/A PORT ELEVATOR
BROWNSVILLE, L.C., AND SOUTHWEST
GRAIN CO., INC.

H:\P\99-3843\MOTIONS\Agreed Motion to Participate in Status conference by Telephone

                    DALE & KLEIN, L.L.P.
                    6301 N. 10th St.
                    McAllen, Texas 78504
                    Tel. No. (956) 687-8700
                    Fax. No. (956) 687-2416

*Wm. D. Mount, Jr. / by Jack C. Skaggs by permission* (signature)

**ROY S. DALE**
State Bar No. 05326700
Federal I.D. No. 1184
**WILLIAM D. MOUNT, JR.**
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT/COUNTER-
PLAINTIFF/THIRD-PARTY
PLAINTIFF IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

                John Skaggs
           SKAGGS & GARZA, L.L.P.
                710 Laurel
              P.O. Drawer 2285
          McAllen, Texas 78502-2285

**VIA FACSIMILE** on this the 14th day of January, 2002.

*Wm. D. Mount, Jr. / by Jack C. Skaggs by permission* (signature)

**WILLIAM D. MOUNT, JR.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

**AGREED ORDER GRANTING MOTION TO PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE**

On the _____ day of _____, 2002 came on to be heard Plaintiffs **PORT ELEVATOR-BROWNSVILLE, L.C.** and **SOUTHWEST GRAIN CO., INC.**, Defendant **IVONNE SOTO VEGA**, and **THIRD-PARTY DEFENDANT CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR BROWNSVILLE, L.C.**, and **SOUTHWEST GRAIN CO., INC.'S** Motion to Participate in Status Conference by Telephone. The Court having considered the Motion, and being of the opinion that said Motion is well-taken, it is therefore,

ORDERED that Plaintiffs **PORT ELEVATOR-BROWNSVILLE, L.C.** and **SOUTHWEST GRAIN CO., INC.**, Defendant **IVONNE SOTO VEGA**, and **THIRD-PARTY DEFENDANT CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR BROWNSVILLE, L.C.**, and **SOUTHWEST GRAIN CO., INC.'S** Motion be, and

is hereby **GRANTED** such that the 2:00 p.m., January 15, 2002, Status Conference is to be conducted telephonically.

**SIGNED FOR ENTRY** on this _____ day of _____, 2002.

_____
JUDGE PRESIDING

H:\P\99-3843\MOTIONS\Agreed Motion to Participate in Status conference by Telephone

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby,
By Deputy Clerk

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

### ORDER GRANTING DEFENDANT/THIRD-PARTY PLAINTIFF IVONNE SOTO VEGA'S UNOPPOSED MOTION FOR CONTINUANCE

On the 8 day of July_____, 2002, came on to be heard Defendant/Third-Party Plaintiff IVONNE SOTO VEGA'S Unopposed Motion For Continuance of January 8, 2002 Status Conference in above referenced civil matter. The Court having considered the motion and noticed that the Motion was unopposed, hereby finds that the Motion should be **GRANTED**.

It is hereby **ORDERED** that the above-styled cause is reset for a status conference from January 8, 2002 until January 15, 2002 at 2:00 p.m. in the United States District Courtroom, Brownsville, Texas.



SIGNED FOR ENTRY on this __8__ day of __Jan__, 2002, Brownsville Division.

_____
JUDGE PRESIDING

APPROVED:

_____
A. PETER THADDEUS, JR.

_____
JOHN SKAGGS