92

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PORT ELEVATOR–BROWNSVILLE, L.C., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, ET AL., | § | |
| | § | |
| Defendants. | § | |

**Order**

BE IT REMEMBERED that on January 15, 2002, the Court considered the Agreed Motion to Participate in Status Conference by Telephone [Dkt. No. 91]. After reviewing the motion and case file, the Court **DENIES** the motion.

DONE at Brownsville, Texas, this 15th day of January, 2002.

_____
Hilda G. Tagle
United States District Judge