IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR–BROWNSVILLE, L.C., et al., §§§§ Plaintiffs, §§ v. §  §§ IVONNE SOTO VEGA, ET AL., §§§ Defendants/Third-Party Plaintiffs, §§§ v. §§ CRAIG ELKINS, et al. §§§ Third-Party Defendants. § | CIVIL ACTION NO. B-98-23 |

## ORDER

BE IT REMEMBERED that on January 15, 2002, the Court **GRANTED** the Parties' motion for a continuance of forty-five days to facilitate settlement negotiations. The Parties are **ORDERED** to announce to the Court no later than March 1st, 2002, as to the outcome of these negotiations. If no settlement has been reached, the Parties are **ORDERED** to file dispositive motions by March 11, 2002.

DONE at Brownsville, Texas, this 16th day of January, 2002.

Hilda G. Tagle
United States District Judge