94

## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

JAN 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts   ☐ Lehrman |
| DATE | Jan. — 15 — 2002 |
| TIME | a.m. — a.m. <br> 2:00 p.m. — 2:15 p.m. |
| CIVIL ACTION | B — 98 — 23 |
| STYLE | Port Elevator, et al. <br> *versus* <br> Vega |

DOCKET ENTRY

(HGT)  ■ Scheduling Conference                    (Rptr.  Breck Record  )

John Skaggs for     ■ Ptf. #_____  ☐ Deft. #_____

Bill Mount   for    ☐ Ptf. #_____  ■ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:   ☐ all pending motions;   ■ these topics:
Parties sought a continuance for the purpose of settlement negotiations.

☐   Motions taken under advisement: _____

■   Order to be entered.

☐   Miscellaneous review set: _____

☐   Rulings orally rendered on: _____

■   Comments:

The parties sought a continuance of fort-five days to facilitate settlement negotiations. The parties state they need this time as Plaintiff is still being detained in Mexico and her attorney is communicating with her via a relative who visits her periodically.   The Judge stated that she would grant the motion, but advised the parties that she would not accept further delays. The parties were advised that they must announce to the court by March 1st the disposition of the settlement

negotiations. If the negotiations fail, the deadline for dispositive motions will be March 11th. These deadlines apply to both parties. An Order to this effect will follow.