ORIGINAL

United States District Court
Southern District of Texas
FILED

APR 0 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

## IVONNE SOTO VEGA'S MOTION FOR LEAVE TO SIT FOR DEPOSITION

TO THE UNITED STATES DISTRICT COURT:

NOW COMES, **IVONNE SOTO VEGA**, Defendant, Counter-Plaintiff and Third-Party Plaintiff, and files this her Motion for Leave Sit for Deposition and in support thereof would show:

I.

**MS. VEGA** has been detained in Mexico City, Mexico since July 2001 on criminal charges. She contends that she is innocent. The court proceedings in Mexico have not ended. It is unknown when the case will be concluded.

II.

Because at this time it is unknown when **MS. VEGA** will be released from detainment and the trial court is insistent that this

case be moved along, **MS. VEGA** requests that she be allowed to sit for deposition to preserve her testimony for trial and to use the deposition transcript to respond to the dispositive motions filed by the other parties.

### III.

**MS. VEGA'S** counsel has been apprized by her son, Ricardo Gomez, who has been in contact with his mom's lawyers and his mom that a deposition at the federal courthouse in Mexico City is feasible. The deposition could be taken within the next several weeks.

For the above reasons, **YVONNE SOTO VEGA** respectfully requests that this honorable court grant her Leave to Sit for Deposition and grant such other and further relief which **MS. VEGA** may justly be entitled.

        Respectfully submitted,

        DALE & KLEIN, L.L.P.
        6301 N. 10th St.
        McAllen, Texas 78504
        Tel. No. (956) 687-8700
        Fax. No. (956) 687-2416

        *Roy Dale by Bill Mount with permission*
        ROY S. DALE
        State Bar No. 05326700
        Federal I.D. No. 1184
        WILLIAM D. MOUNT, JR.
        State Bar No. 14602950
        Federal I.D. No. 14992

        ATTORNEYS FOR DEFENDANT, COUNTER-
        PLAINTIFF AND THIRD-PARTY PLAINTIFF
        IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
SKAGGS & ASSOCIATES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 1st day of April, 2002.

_____
WILLIAM D. MOUNT, JR.

## CERTIFICATE OF CONFERENCE

Movant has conferred with Respondents, through counsel, and cannot agree about the disposition of the motion.

_____
WILLIAM D. MOUNT, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

## ORDER GRANTING IVONNE SOTO VEGA'S MOTION FOR LEAVE TO SIT FOR DEPOSITION

On the _____ day of _____, 2002, came on for consideration **IVONNE SOTO VEGA'S** Motion for Leave to Sit for Deposition and the court finds that the motion is well-taken.

**IT IS THEREFORE ORDERED**, that **IVONNE SOTO VEGA'S** Motion for Leave to Sit for Deposition be and is hereby **GRANTED**.

**SIGNED** on this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE