IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

### NOTICE OF FILING OF ORIGINAL DECLARATION OF WILLIAM D. MOUNT, JR. DATED AUGUST 9, 2002

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES **YVONNE SOTO VEGA**, Defendant, Counter-Plaintiff and Third-Party Plaintiff in the above-styled and numbered cause, and files the Original Declaration of William D. Mount, Jr. dated August 9, 2002, and attached hereto as **Exhibit "1"**.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

_____
ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal I.D. No. 14992

ATTORNEYS FOR DEFENDANT, COUNTER-
PLAINTIFF AND THIRD-PARTY PLAINTIFF
IVONNE SOTO VEGA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 13th day of August, 2002.

_____
WILLIAM D. MOUNT, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

### DECLARATION OF WILLIAM D. MOUNT, JR. IN SUPPORT OF IVONNE SOTO VEGA'S MOTION FOR NEW TRIAL

I, **WILLIAM D. MOUNT, JR.**, declare that:

1. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this Declaration.

2. I am a partner and attorney with the law firm of Dale & Klein, L.L.P. located at 6301 North 10th Street, McAllen, Texas 78504.

3. I prepared Ms. Vega's Original Answer and Counterclaim in this matter which was filed on January 22, 2001.

4. At the time the aforementioned document was prepared, Ms. Vega was a non-resident of Texas. She lived in either Tijuana,

H:\p\99-3843\Declaration of WDM



1

B.C. Mexico or in Southern California. Her residency has been an issue in this case. I had met with her once in McAllen, Texas about the case prior to filing her Original Answer and Counterclaim.

5.  In July 2002, Roy Dale, Ms. Vega's lead counsel, and I traveled to San Diego, California after Port Elevator-Brownsville, L.C.'s counsel noticed Bersain Gutierrez for deposition. At that time, I went over the pleading that had been filed on her behalf with her and she pointed out some errors. After meeting with her, Ms. Vega's First Amended Answer and First Amended Counterclaim was prepared. Ms. Vega gave to me at the meeting much more information about her claim than previously given. The information given clarified a number of issues and concerns that I had.

6.  Ms. Vega's pleadings were amended to conform to the information given to me by Ms. Vega.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Colorado Springs, Colorado on the 9th day of August, 2002.

*William D. Mount*
WILLIAM D. MOUNT, JR.