IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § | |

### FILING OF SUPPLEMENTAL AFFIDAVIT OF JOHN SKAGGS, PURSUANT TO THE COURT'S ORDER

1. Come now Port Elevator-Brownsville, L.C. and Craig Elkins who filed the attached affidavit of John Skaggs, pursuant to the Order of this Court dated July 30, 2002.

2. This affidavit is intended to supplement a previous affidavit filed by John Skaggs. Such present and prior affidavits of John Skaggs are further intended to support Movants' claim for attorneys' fees in connection with a Motion for Summary Judgment. The Court previously granted all substantive relief requested by Movants in connection with their Motion for Summary Judgment.

3. Attached hereto is the affidavit of John Skaggs, as described above.

4. Movants pray that they be awarded attorneys' fees, and related expenses as appropriate, in accordance with the information contained in the aforementioned affidavit.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Port Elevator-Brownsville L.C.
and Craig Elkins


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the ___3___ day of ___September___, 2002:

Mr. Roy Dale
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

Mr. William Mount
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
John Skaggs

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF HIDALGO | § | |

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared John Skaggs known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

1. My name is John Skaggs. I am over the age of 18 years, have personal knowledge of, and am competent and authorized to make this affidavit.

2. I am licensed to practice law in the State of Texas, and have been a practicing attorney for twenty years. In my opinion a reasonable hourly charge in connection with the prosecution of this matter would be $200.00 per hour for attorneys and $45.00 per hour for legal assistants. Based on a review of the non-privileged materials contained in my litigation file, Plaintiff's attorneys have expended 347.70 hours of attorney time and 17.85 of legal assistant time which was both reasonable and also was necessary for the prosecution of this action. Plaintiff has, therefore incurred a reasonable and necessary attorneys' fee equal to $69,540.00 and has incurred a reasonable and necessary fee related to legal assistant work equal to $803.25 in this connection. Total reasonable and necessary out of pocket expenses total $6,586.91.

The previous affidavit executed by the undersigned designated a total of 291 hours of attorney time. The additional 56.7 hours detailed in this affidavit consist of previously unbilled time, including substantial time related to summary judgment motions,

research and responses connected with the present proceedings.

3. I have attached an exhibit to this affidavit titled "Summary of Legal Fees and Expenses", accompanied by "Detail of Legal Fees and Expenses Incurred by Movants". Such attachment should be deemed incorporated at this point by reference. I affirm and represent to the Court that such is an accurate summary in both legal fees and legal assistant fees incurred as a result of prosecution this action and defending the counter-claims made by Ivonne Soto Vega. I further affirm that such attachment comprises an accurate summary of the lawsuit related expenses incurred by Movants.

4. I have read the statements contained in this affidavit and the factual allegations are true.

_____
John Skaggs

SWORN TO AND SUBSCRIBED before me, the undersigned authority by the said John Skaggs, on this the _3rd_ day of _September_, 2002, to certify which witness my hand and seal of office.

_____
Notary Public in and for
the State of Texas

CHERYL OYAMA
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-26-2005

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. § | |
| § | |
| VS. § | CIVIL NO. B-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, AND SYSCO DE BAJA S.A. DE C.V. § | |

## SUMMARY OF LEGAL FEES AND EXPENSES
(SEE ATTACHED DETAIL)

Attorney Time: 347.70 hours x $200.00/hour         $ 69,540.00

Legal Assistant Time: 17.85 hours x $45.00/hour    $      803.25

Expenses:                                          $   6,586.91

TOTAL:                                             $  76,930.16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § | |

## DETAIL OF LEGAL FEES AND EXPENSES
## INCURRED BY MOVANTS

1. Preparation of pleadings and motions in State and Federal Court; respond to defensive motions (including jurisdictional motions filed by Vega, Motion to Dismiss filed by Vega, Motion regarding discovery filed by Vega, Plea in Abatement filed by Movants in State Court).    35.20 Hrs.

2. Preparation/review of and response to the present Motion for Summary Judgment; including review of evidence, preparation of affidavit, and legal research.    58.70 Hrs.

3. Preparation of and response to Motion related to discovery problems in California.    1.40 Hrs.

4. Preparation for and attendance at prospective deposition of Ivonne Soto Vega in California.    18.00 Hrs.

5. Preparation of memos to file.    0.90 Hrs.

6. Attendance at hearings, meetings, and conferences, including preparation for the same.    46.40 Hrs.

7. Preparation for and attendance at depositions, including travel time (other than California deposition.    23.40 Hrs.

8. Reviewing documents produced by Vega/Bersain Gutierrez.    0.40 Hrs.

| | | |
|---|---|---|
| 9. | Reviewing documents provided by Movants. | 0.00 Hrs. |
| 10. | Preparation of and response to formal written discovery. | 28.60 Hrs. |
| 11. | Investigation (obtaining documentation from third-parties in support of interpleader). | 2.40 Hrs. |
| 12. | Telephone conferences with Clerk personnel, opposing attorneys, and others. | 15.40 Hrs. |
| 13. | Correspondence to opposing counsel and others, including status letters to the clients and other meetings. | 8.40 Hrs. |
| 14. | Research and preparation of briefing memoranda with various motions; legal research. | 46.30 Hrs. |
| 15. | Other legal and factual research (factual investigation of published sources, etc.; reviewing public records and contacts with official records custodians) | 4.50 Hrs. |
| 16. | Review and/or summarize depositions. | 1.60 Hrs. |
| 17. | Preparation of initial correspondence related to disputed claims for cash or commodities held by Movants. | 1.70 Hrs. |
| 18. | Receipt and review of Pleadings. | 4.90 Hrs. |
| 19. | Receipt and review of Motions and Responses to Motions. | 1.20 Hrs. |
| 20. | Receipt and review of Discovery/discovery materials. | 7.90 Hrs. |
| 21. | Receipt and review of correspondence. | 5.30 Hrs. |

| | | |
|---|---|---|
| 22. | Attendance at pre-trial (announcement). | 1.60 Hrs. |
| 23. | Review of file for status/organization/ information. Inspection of commodity in controversy and Port facilities and related matters. | 33.10 Hrs. |
| 24. | Receipt and review of documents from client. | 0.20 Hrs. |
| 25. | Attendance at Board of Directors meeting. | 0.20 Hrs. |

**TOTAL ATTORNEY TIME**  347.70

**TOTAL LEGAL ASSISTANT TIME** (Supervised preparation of pleadings, discovery, responses, correspondence, and related)  17.85 Hrs.

**EXPENSES** (See attached detail)  6,586.91

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § | |

### DETAIL OF EXPENSES

| | |
|---|---:|
| Mileage | $ 385.46 |
| Court fees, including citations | $ 532.81 |
| Copies | $1,154.86 |
| Travel (air, hotel, and related) | $2,707.56 |
| Postage and Delivery | $ 425.40 |
| Long distance phone calls and faxes | $512.68 |
| Investigative Fees; hired investigator (for service of process, locating Bersain Gutierrez, locating Ivonne Vega and related). | $868.14 |
| **TOTAL:** | $6,586.91 |