United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | §<br>§<br>§ | |

### UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO IVONNE SOTO VEGA'S MOTION FOR NEW TRIAL, INCLUDING REFERENCE TO AUTHORITIES (INCLUDING CERTIFICATE OF CONFERENCE)

1. This Motion is filed by Port Elevator-Brownsville, L.C. and Craig Elkins.

2. This Motion is filed pursuant to "Civil Procedures" for Judge Hilda G. Tagle, Section 5; and pursuant to Local Rules of the United States District Court for the Southern District of Texas, Civil Rules Section LR7.

3. Pursuant to Judge Tagle's rules, Rule 5d, Respondent states that no new argument, evidence or legal authority is contained in the additional filing; and that all such argument, evidence or legal authority was included in earlier documents already in the record.

4. In further compliance with Rule 5d, the undersigned would show that in early September of this year, these parties filed a Supplemental Affidavit related to the accumulation of attorneys' fees. Such affidavit was filed in compliance with the Court's order regarding summary judgment issues. In the context of the filing of such Supplemental Affidavit, the undersigned omitted to file a formal response to Ivonne Soto Vega's Motion for New Trial,

which by that time had been received. Such omission was not intentional. In further compliance with Rule 5f, the undersigned would show the Court that he considered the merits of the pending Motions to have been thoroughly briefed and discussed in all of the prior pleadings filed by the parties. In view of the Court's order granting summary judgment, the undersigned did not anticipate that a response would be either necessary or appropriate. In keeping with the assertions made in this paragraph, the proposed response merely voices opposition to Ivonne Soto Vega's Motion for New Trial, but does not add any information not already contained in the Court's file.

5. Finally, pursuant to United States District Court Local Rules, Rule LR7.4, the undersigned would state that these parties' omission to file a response was not intended to be an indication of "no opposition" to the opposing party's Motion for New Trial.

### CERTIFICATE OF CONFERENCE

6. The undersigned has conferred with counsel for Ivonne Soto Vega on September 19, 2002. Opposing counsel is, of course, not in agreement on the ultimate disposition of this matter on the merits; though opposing counsel is not opposed to leave being granted to file the simple response which is attached as an exhibit to this Motion.

7. Wherefore, premises considered, Port Elevator-Brownsville, L.C. and Craig Elkins move that leave be granted to file "Response to Ivonne Soto Vega's Motion for New Trial".

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285

710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Port Elevator-Brownsville L.C.
and Craig Elkins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 19 day of September, 2002:

Mr. Roy Dale
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

Mr. William Mount
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
John Skaggs