IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, AND SYSCO DE BAJA<br>S.A. DE C.V. | § § § | |

## RESPONSE TO IVONNE SOTO VEGA'S MOTION FOR NEW TRIAL
### (INCLUDING CERTIFICATE OF CONFERENCE)

Come now Port Elevator-Brownsville, L.C. and Craig Elkins who object to and oppose Ivonne Soto Vega's Motion for New Trial for each of the reasons previously expressed in the Motion for Summary Judgment previously filed by these parties.

### CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Ivonne Soto Vega on September 19, 2002. Counsel for Ivonne Soto Vega is opposed to the position taken by Craig Elkins and Port Elevator-Brownsville, L.C. regarding the merits of the pending motions.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Port Elevator-Brownsville L.C.
and Craig Elkins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 19 day of September, 2002:

Mr. Roy Dale
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

Mr. William Mount
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
John Skaggs