116

United States District Court
Southern District of Texas
FILED

MAR 3 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PORT ELEVATOR-          §
BROWNSVILLE, L.C.       §
                        §
VS.                     §          CIVIL NO. B-98-23
                        §
IVONNE SOTO VEGA, BERSAIN §
GUTIERREZ, AND SYSCO DE BAJA §
S.A. DE C.V.            §

### FILING OF SECOND SUPPLEMENTAL AFFIDAVIT OF JOHN SKAGGS, PURSUANT TO THE COURT'S ORDER

1.   Come now Port Elevator-Brownsville, L.C. and Craig Elkins who files the attached affidavit of John Skaggs, pursuant to the Order or this Court.

2.   This affidavit is intended to supplement previous affidavits filed by John Skaggs.  Such present and prior affidavits of John Skaggs are further intended to support Movants' claim for attorneys' fees in connection with a Motion for Summary Judgment. The Court previously granted all substantive relief requested by Movants in connection with their Motion for Summary Judgment.

3.   Attached hereto is the affidavit of John Skaggs, as described above.

4.   All new information required by the Court's Order is hi-lited in this pleading.

5.   Movants pray that they be awarded attorneys' fees in accordance with the information contained in the aforementioned affidavit.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel

McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Port Elevator-Brownsville L.C.
and Craig Elkins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 31 day of MARCH , 2003:

Mr. Roy Dale
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

Mr. William Mount
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

John Skaggs

THE STATE OF TEXAS                §
                                  §            AFFIDAVIT
COUNTY OF HIDALGO                 §

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared John Skaggs known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

1. My name is John Skaggs. I am over the age of 18 years, have personal knowledge of, and am competent and authorized to make this affidavit.

2. I am licensed to practice law in the State of Texas, and have been a practicing attorney for twenty years. In my opinion a reasonable hourly charge in connection with the prosecution of this matter would be $200.00 per hour for attorneys and $45.00 per hour for legal assistants. Based on a review of the non-privileged materials contained in my litigation file, Plaintiff's attorneys have expended 347.70 hours of attorney time and 17.85 of legal assistant time which was both reasonable and also was necessary for the prosecution of this action. Plaintiff has, therefore incurred a reasonable and necessary attorneys' fee equal to $69,540.00 and has incurred a reasonable and necessary fee related to legal assistant work equal to $803.25 in this connection. Total reasonable and necessary out of pocket expenses total $6,586.91.

The previous affidavit executed by the undersigned designated a total of 291 hours of attorney time. The additional 56.7 hours detailed in this affidavit consist of previously unbilled time, including substantial time related to summary judgment motions,

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. | § | |
| | § | |
| | § | |
| VS. | § | CIVIL NO. B-98-23 |
| | § | |
| IVONNE SOTO VEGA, BERSAIN | § | |
| GUTIERREZ, AND SYSCO DE BAJA | § | |
| S.A. DE C.V. | § | |

## DETAIL OF EXPENSES

| | |
|---|---|
| Mileage | $   385.46 |
| Court fees, including citations | $   532.81 |
| Copies | $1,154.86 |
| Travel (air, hotel, and related) | $2,707.56 |
| Postage and Delivery | $   425.40 |
| Long distance phone calls and faxes | $512.68 |
| Investigative Fees; hired investigator<br>(for service of process, locating<br>Bersain Gutierrez, locating Ivonne<br>Vega and related). | $868.14 |
| TOTAL: | $6,586.91 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PORT ELEVATOR-
BROWNSVILLE, L.C.

§
§
§

VS.

§    CIVIL NO. B-98-23
§
§

IVONNE SOTO VEGA, BERSAIN
GUTIERREZ, AND SYSCO DE BAJA
S.A. DE C.V.

§
§
§
§

## DETAIL OF LEGAL FEES AND EXPENSES
## INCURRED BY MOVANTS

NOTE: The billing rate is $200.00 per hour regardless
of attorney.  All tasks handled by John Skaggs
unless otherwise indicated.
        (JS)   = John Skaggs
        (LH)   = Lynn Howerton
    (MNG)/(MG) = Michele Gonzales
    (VGG)/(VG) = Viola Garza
        (RGR)  = Rose Reyna

1.   Preparation of pleadings and motions in State
     and Federal Court; respond to defensive motions
     (including jurisdictional motions filed by Vega,
     Motion to Dismiss filed by Vega, Motion regarding
     discovery filed by Vega, Plea in Abatement filed
     by Movants in State Court).  Detail as follows:      35.20
                                                          Hrs.


     12-19-97
     Preparation of response to
     District Court matter.                    .10


     2-11-98
     Complaint in Interpleader. (JS)           2.30


     2-23-98
     Waiver of Service of Summons. (JS)        .30


     4-12-99
     Interpleading Party's Motion to Extend
     Submission Date. (LH)                     .20


     4-14-99
     Plaintiff's Response to Defendant Vega's
     Motion to Dismiss. (VGG)                  2.10


     9-21-98

Filing summons for service
on defendant Bersain Gutierrez
in U.S. District Court. (LH)                        .30

10-27-98
Preparation of service to
tender to process server.(LH)                      .40

12-04-98
Preparation of affidavits
of Gabriel Aguilar,
process server who served
defendants Ivonne
Soto Vega and Bersain
Gutierrez, and instructional
transmittal letter to Karla Fukuda.
 (LH)                                              .30

3-29-99
Following preparation of legal memoranda
regarding response to the "Rule 12(b)"
Motion to Dismiss, review of various
transaction letters, instruments and
correspondence passing between the
parties prior to involvement of counsel.
Also, review of documents related to
declaration of "out of condition" status
of corn and subsequent attempts of sale.
Document review in anticipation of
preparation of responsive motion. (VGG)           1.20

5-24-99
Motion to Compel Vega Deposition. (JS)

6-29-99
Motion to Transfer Venue and Original
Answer. (JS)                                       .50

6-29-99
Defendant's Motion to Abate. (JS)(LH)              .20

7-1-99
Motion to Enjoin Suit in State Court.
 (JS)                                              .20

7-4-99
Agreed Motion to Postpone Hearing on
Motion to Abate. (LH)                              .10

7-27-99
Received notification of date of service
for calculation of procedural date for
filing original answers. (JS)                    .20

8-16-99
Defendant's Motion to Transfer Venue
and Original Answer. (JS)

8-16-99
Joinder in Motion to Abate. (JS)(LH)             .20

9-7-99
Jury demand. (JS)

9-08-99
Preparation of Motion To Compel. (LH)            .50

9-21-99
Unopposed Motion for Leave filed
Amended Pleadings. (JS)                          .40

Port Elevator-Brownsville's Motion to
Compel Produced Documents. (JS)                  .50

9-22-99
Defendant's Amended Motion to Transfer
Venue and Original Answer.    (LH)              1.20

First Amended Joinder in Motion to
Abate. (JS)                                      .30

Plaintiff Port Elevator-Brownsville's
Response to Vega's reply to Plaintiff's
Response to Vega's Motion to Dismiss.
 (LH)                                           4.20

10-6-99
Motion for Continuance. (LH)                     .30

10-21-99
Motion for Leave to Appear. (VGG)                .10

11-1-99
Defendant's Agreed Motion to Postpone
Hearing. (LH)                                    .10

2-17-00
Preparation of Status Report to the
Court. (Pleading). (JS)                          .60

```
4-20-00
Motion for Rule for Costs. (JS)                1.10

4-25-00
Special Exceptions. (JS)                        .20

5-22-00
Preparation of Second Amended Complaint
in Interpleader. (JS)                           .90

5-22-00
Preparation of Order granting
Motion to Abate.                                .20

6-14-00
Motion Leave to File Amended Complaint.
 (JS)                                          1.40

11-03-00
Preparation of agreed continuance for
Defendant's Motion to Compel. (LH)             .10

7-21-00
Plaintiff's Response to Defendant Ivonne
Soto Vega's Response to Plaintiff's
Motion for Leave to File Amended
Complaint.  (JS)                               .50

8-20-00
Ivonne Soto Vega's Unopposed Motion for
Continuance of Disclosure Deadline and
Trial Setting and Request for Status
Conference. (JS)                               .20

12-1-00
Defendant's Jury Demand.   (JS)                .10

12-05-00
Received and reviewed Defendant's
Motion for Protective Order, Subject to
Her Motion to Dismiss, from attorney
Bill Mount. (JS)                               .20


12-6-00
Motion for Continuance. (JS)                  1.70

12-21-00
Second Amended Complaint. (JS)                 .10

1-03-01
```

Preparation of response to amended
motion regarding Vega's attempt to
dismiss case. (JS)                              1.80

1-16-02
Preparation of Amended Original Answer.
 (JS)                                            .30

1-16-02
Preparation of Order of Dismissal. (JS)          .10

1-16-02
Preparation of Judgment. (JS)                    .40

1-16-02
Preparation of Order of Dismissal. (JS)          .10

1-16-02
Review pleadings to compose settlement
agreements and related paperwork. (JS)          1.20

1-25-01
Ivonne Soto Vega's Answer and Counterclaim.
 (JS)                                           2.10

2-21-01
Defendant's Ivonne Soto Vega's Motion to
Bring in Third Party Defendant (JS)
Agreed Motion to Extend Deadline to Join
New Parties (JS)                                 .90

2-23-01
Third Party Complaint. (JS)                     1.80

4-25-01
Plaintiff's Original Petition.

5-22-01
Defendant's Original Answer. (JS)                .20

Motion to Dismiss Party
(Craig Elkins). (JS)                             .70

7-5-01
Defendant's Emergency Verified Motion for
Protective Order. (JS)                           .40

8-17-01
Plaintiff in Interpleader's Response to
Defendant's Motion for Sanctions. (JS)           .90

8-20-01
Ivonne Soto Vega's Unopposed Motion for
Continuance of Disclosure Deadline and Trial
Setting and Request for Status Conference.     .10

1-14-02
Plaintiff's Agreed Motion to Participate
in Status Conference by phone. (JS)           .10

9-19-02
Unopposed Motion for Leave to File
Response to Ivonne Soto Vega's Motion
for New Trial. (JS)                           .30

Response to Ivonne Soto Vega's Motion
for New Trial. (JS)                           .30

2.  Preparation/review of and response to the present
    Motion for Summary Judgment; including review
    of evidence, preparation of affidavit, and legal
    research.                                        <u>58.70</u>
                                                     Hrs.

    Detail as follows:


    1-16-02
    Preparation of an insertion to be placed
    in the judgment. (JS)                        .20



    3-11-02
    Preparation of motion for summary judgment.
     (JS)                                        15.40

    3-12-02
    Preparation of revisions to motion for
    summary judgment. (JS)                       15.90

    3-13-02
    Further preparation of motion for
    summary judgment. (JS)                       11.10

    3-13-02
    Review Motion for Partial Summary
    Judgment prior to filing. (JS)               .40

    3-27-02
    Preparation of Plaintiff's Response to

Preparation of response to amended
motion regarding Vega's attempt to
dismiss case. (JS)                              1.80

1-16-02
Preparation of Amended Original Answer.
(JS)                                             .30

1-16-02
Preparation of Order of Dismissal. (JS)          .10

1-16-02
Preparation of Judgment. (JS)                    .40

1-16-02
Preparation of Order of Dismissal. (JS)          .10

1-16-02
Review pleadings to compose settlement
agreements and related paperwork. (JS)          1.20

1-25-01
Ivonne Soto Vega's Answer and Counterclaim.
(JS)                                            2.10

2-21-01
Defendant's Ivonne Soto Vega's Motion to
Bring in Third Party Defendant (JS)
Agreed Motion to Extend Deadline to Join
New Parties (JS)                                 .90

2-23-01
Third Party Complaint. (JS)                     1.80

4-25-01
Plaintiff's Original Petition.

5-22-01
Defendant's Original Answer. (JS)                .20

Motion to Dismiss Party
(Craig Elkins). (JS)                             .70

7-5-01
Defendant's Emergency Verified Motion for
Protective Order. (JS)                           .40

8-17-01
Plaintiff in Interpleader's Response to
Defendant's Motion for Sanctions. (JS)           .90

Defendant's Motion for Summary Judgment
(JS)                                 5.10

3-28-02
Further document review and preparation of
response to Amended Motion for Summary
Judgment. (JS)                       3.90

4-2-02
Reviewed Motion for Leave to Sit for
Deposition and Ivonne Soto Vega's Response
to Port Elevator's Motion for Summary
Judgment and Default Judgment.         .30

4-5-02
Reviewed Defendant's Motion for Leave to
File First Amended Answer and First
Counterclaim and Amended Response to
Plaintiff's Motion for Summary Judgment
and Default Judgment.           .40

4-9-02
Further Review of Defendant's Response to
Plaintiff's Motion  for Summary Judgment
and Default Judgment.           2.20

4-16-02
Legal Assistant Time.
Review of Vega's Response to Plaintiff's
Motion for Summary Judgment to determine
changes in Vega's Amended Response.   2.50

6-11-02
Received Ivonne Soto Vega's Supplemental
Motion for Partial Summary Judgment; and
Supplemental Amended Response to Port
Elevator's Motion for Summary Judgment.  1.30

3.   Preparation of and response to Motion related
to discovery problems in California.       <u>1.40</u>
                                       Hrs.

4.   Preparation for and attendance at prospective
deposition of Ivonne Soto Vega in California.  <u>18.00</u>
                                         Hrs.

     (Includes review time, preparation for
     deposition of Bersain Gutierrez, etc.)

5.   Preparation of memos to file.          <u>0.90</u>

                                                                      Hrs.

6.   Attendance at hearings, meetings, and conferences,
     including preparation for the same.                         <u>46.40</u>
     Details as follows:                                           Hrs.

     10-19-98
     Prepared and attended status hearing. (JS)    4.50

     7-8-99
     Prepared and attended hearing on
     Defendant's Motion to Dismiss. (LH)            4.60

     8-16-99
     Court appearance on Motion to Vacate and
     Motion to Abate. (JS)                          1.10

     9-17-99
     Plea in Abatement. (JS)                        1.70

     10-20-99
     Preparation for Motion to Dismiss. (LH)        2.90

     10-21-99
     Attended court hearing on Defendant's
     Motion to Dismiss. (JS)                        4.40

     2-17-00
     Telephone conference. (JS)                      .30

     2-24-00
     Preparation for status hearing. (JS)           3.90

     4-27-00
     Pre-Trial hearing and preparation. (JS)        3.80

     5-19-00
     Plea in Abatement and meet with opposing
     counsel. (JS)                                   .80

     Legal research prior to hearing. (JS)           .90

     Preparation for hearing. (JS)                   .90

     Attended hearing. (JS)                          .70

     5-22-00
     Preparation and attended Defendant's
     Motion to Abate. (JS)                          1.50

     12-11-00
     Pre-Trial Conference in Federal Court
     in Brownsville. (JS)                           7.80



```
1-3-01
Preparation for upcoming hearing (JS)          1.30

1-17-01
Went to Brownsville.  Hearing passed. (JS)      .10

8-27-01
Hearing on expenses for Vega's attorney
(telephone). (JS)                               .70

Preparation for hearing. (JS)                   .60

1-15-02
Preparation for Pre-trial hearing. (JS)        3.10

Prepared and attended hearing.    (JS)          .80
```

7.    Preparation for and attendance at depositions,
      including travel time (other than California
      deposition).          <u>23.40</u>
      Details as follows:          Hrs.

```
12-21-99
Prepared and attended Craig Elkins
deposition. (JS)
Deposition taken 12-21-99.                     7.30

5-9-00
Office conference with B. Mount in
reference to deposition in Mexico (JS)          .20

5-10-00
Review of M. Gonzalez's notary book             .10

Travel to Monterrey.    (MNG)                  2.70

Prepared and attended E. Villarreal's
deposition. (MNG)                              3.00

Telephone conference with Craig Elkins,
Michelle Gonzales, and john Skaggs. (JS)        .70

5-11-00
Return to McAllen. (MNG)                       2.50

12-11-00
Prepared for B. Gutierrez's deposition.
(MNG)                                          1.50

6-22-01
Prepared for and attended M.Gutierrez's
deposition. (JS)                               2.20

8-16-01
```

File review re: exhibits for deposition.    3.20
  (JS)

8.   Reviewing documents produced by Vega/Bersain
     Gutierrez.                                           0.40
                                                          Hrs.

9.   Reviewing documents provided by Movants.            0.00
                                                          Hrs.

10.  Preparation of and response to formal written
     discovery.                                          28.60
     Details as follows:                                  Hrs.

     7-12-99
     Preparation of Order Granting Motion to
     Compel Deposition and Discovery. (JS)        .20


     8-10-99
     Preparation of deposition notices and
     subpoena duces tecum directed to Ivonne
     Soto Vega. (JS)                              .20

     8-31-99
     Preparation of deposition notices and
     subpoena duces tecum directed to Ivonne
     Soto Vega. (LH)                              .60

     11-19-99
     Defendant's Responses to Plaintiff's
     Interrogatories and Request for
     Production. (JS)                             2.10

     Defendant Port Elevator-Brownsville's
     Responses to Interrogatories and
     Production (LH)                              .80

     11-24-99
     Defendant Southwest Grain's Responses to
     Plaintiff's Request for Disclosure. (LH)     2.50

     Defendant's Southwest Grain's Answers to
     Plaintiff's Request for Production. (LH)     2.50

     Defendant Craig Elkins' Responses to
     Plaintiff's Interrogatories and Production.
      (LH)                                        2.70

     2-01-00
     Review discovery and discovery responses.

(JS)                                                      .60

2-04-00
Review file materials in preparation of
Rule 11 Agreement. (JS)                                   .90

3-22-00
Preparation of Notice to Take Oral Deposition
of Ivonne Soto Vega. (JS)                                 .20

4-05-00
Preparation of affidavit for process server
from California. (JS)                                     .30


10-04-00
Preparation of Notice to Take Oral Deposition
and Subpoena Duces Tecum. (JS)                            .10

12-01-00
Preparation of Motion to Compel Discovery
Including certificate of conference.   (JS)      .90

12-04-00
Extensive review of file to determine the
status of discovery. (MG)                                3.90

12-4-00
Defendant Craig Elkins' Supplemental
Responses to Plaintiff's Interrogatories.
 (JS/MG)                                                  .60

6-03-01
Preparation of two sets of Notice of Serving
Cross-Questions to Defendant's deposition
on written questions. (MG)                               .30

6-11-01
Plaintiff's Port Elevator-Brownsville's
Answers to Defendant's Interrogatories.
 (MG)                                                     .40

Plaintiff's Port Elevator-Brownsville's
Response to Plaintiff's Request for
Production. (MG)                                          .40

6-12-01
Third Party Defendant Craig Elkins'
Answers to Third Party Plaintiff's
Production.   (MG)                                        .40

Third Party Defendant Craig Elkins'
Request for Answers to Third Party
Plaintiff's Interrogatories  (MG)                    .40

6-12-01
Conference with Bill Mount to discuss
discovery answers (MG)                               .10

7-06-01
Preparation of Motion for Extension of Time
to Complete Disclosures (JS)                         .20

7-09-01
Preparation of Motion to Compel Disclosure
of Experts (JS)                                      .30

7-9-01
Plaintiff's Port Elevator-Brownsville's
Supplemental Answers to Defendant's
Interrogatories (MG)                                 .30

Plaintiff's Port Elevator-Brownsville's
Supplemental Responses to Defendant's
Request for Production (MG)                          .10

Plaintiff Southwest Grain's Answers to
Defendant's Interrogatories (MG)                     .10

Plaintiff Southwest Grain's Responses to
Defendant's Request for Production (MG)              .30

8-14-01
Preparation of Response to Defendant's
Motion for Sanction and Costs Including
Cross-Motion for Sanctions and Costs
 (JS)                                               1.40

8-17-01
Further revision and preparation of response
to of response to Vega's motion for sanction
 (JS)                                               4.80

11.  Investigation (obtaining documentation from
     third-parties in support of interpleader).      2.40
                                                     Hrs.

12.  Telephone conferences with Clerk personnel,
     opposing attorneys, and others.                15.40
                                                     Hrs.

13.  Correspondence to opposing counsel and others,
     including status letters to the clients and other
     meetings.                                                    8.40
                                                                  Hrs.

14.  Research and preparation of briefing memoranda
     with various motions; legal research.                       46.30
                                                                  Hrs.

     Detail as follows:

     09-09-98
     Research related to pending matters
     regarding services on defendants.(1h)         1.50


     09-12-98
     Research related to pending matters;
     service on foreign nationals.(1h)             1.20

     09-14-98
     Research related to pending matters:
     service on defendants.(1h)                    1.50

     03-25-99
     Research related to Article 1331 Removal
     and Diversity; attempts to determine
     whether Vega could successfully refile
     cases in State Court.(js)                       .90

     03-25-99
     Research related to responding to
     Defendant Vega Motion to Dismiss.
     Extended research following receipt
     of Rule 12(b) Motion to Dismiss to
     determine factual basis and legal
     foundation for various arguments
     and preparation of legal and factual
     memoranda prior to drafting of
     responsive pleadings.(vgg)                    6.80

     04-06-99
     Further research related to jurisdiction
     issues whether service was valid on
     Defendant Ivonne Soto Vega.(vgg)              3.90

     06-18-99
     Research related to pending matters:
     removal and abatement of suit; two
     suits filed and the first suit was

filed in Federal Court in Brownsville.(js)     1.10

06-21-99
Research related to determination
of feasibility of removing newly
filed case to federal court, in
joining the state court action and/or
abating the state court action.(lh)     2.70

06-21-99
Research regarding removal, abatement
and injunctive relief.(js)     1.20

06-21-99
Research related to case law invoking
mandamus abatement and removal to
federal court.(lh)     1.50

06-24-99
Research related to current case law
on diversity jurisdiction.(lh)     .90

06-25-99
Research regarding fraudulent parties
and venue related to corporate
officers.(js)     .40

08-31-99
Research related to the issue of
amending interpleader to clarify
amount in controversy and
requirement for attorneys' fees.(lh)     .90

08-31-99
Research related to issues regarding
domicile and how that relates to diversity
jurisdiction in Federal Court.(lh)     1.40

09-01-99
Follow-up legal research related to
diversity and alien citizenship
issues.(lh)     .20

09-01-99
Brief research related to issues of
permanent vs. temporary residence
status.(vgg)     .20

10-21-99
Research related to letters rogatory.(lh)      .90


01-04-00
Research to determine if taking Ivonne
Soto Vega's deposition will waive plea
in abatement.(js)                              .90

02-01-00
Preparation of memorandum to the file
regarding law on limited corporations
and the productions of November 19, 1999.
(js)                                           .10

04-03-00
Research related to pending matters regarding
"Long arms statute", service of process,
and federal process rules.(js)              3.40

04-05-00
Research regarding determining proper
and appropriate method of service in
Federal Court in connection with maters
directed to be accomplished by Judge
Tagle at previous pre-trial.(js)            1.80

05-02-00
Research regarding uncontroverted
testimony by an interested witness.(js)        .90

05-04-00
Research on pending matter: whether
conducting discovery in state court will
constitute waiver on motion to abate.(mng)     .90

05-17-00
Research related to pending matters
regarding jurisdiction and venue.(js)          .40

05-17-00
Legal research related to pending
matters: regarding Defendant's motion
to dismiss pursuant to 12(b) (1-6).(mng)    1.90

05-18-00
Legal research on related pending
matter: federal cases regarding

```
issue of interpleader injunction
by federal court on state court.(mng)        2.90

05-18-00
Correction on factual matters
contained in timeline.(js)                    .10

06-14-00
Legal research regarding federal
question as applicable to amended
pleadings.(js)                                .30

07-10-00
Legal research on leave to amend
complaint to add breach of contract
and declaratory judgment in Federal
Court.(mng)                                   .80

07-11-00
Legal research related to pending
matters: necessary to respond to
Defendant's Objection to our Motion
to Amend.(mng)                                .90

07-19-00
Legal research on interpleader under
Rule 22 of FRCP. (mng)                        .50

08-16-00
Research of court file and docket
sheet to determine if signed Order
to Abate has been withdrawn by the
Court.(mng)                                   .30

06-26-01
Research on federal rules on whether
deposition notice needs to be filed. (mng)   .20

07-10-01
Research on federal subpoena to determine
if an attorney can issue a subpoena.(mng)    .30

08-15-01
Research on issue that our subpoena was
defective because it was issued from wrong
county.(mng)                                 2.50
```

15.  **Other legal and factual research (factual**

investigation of published sources, etc.;
reviewing public records and contacts with
official records custodians)                                    4.50
                                                               Hrs.

16.  Review and/or summarize depositions.                      1.60
                                                               Hrs.

17.  Preparation of initial correspondence related to
     disputed claims for cash or commodities held by
     Movants.                                                  1.70
                                                               Hrs.

18.  Receipt and review of Pleadings.                          4.90
                                                               Hrs.

     (Combined with Item 19, Below)

19.  Receipt and review of Motions and
     Responses to Motions.                                     1.20
                                                               Hrs.

     Detail as follows:

     9-08-98
     Received and reviewed conformed Order
     from Court cancelling the prior settings.
       (JS)                                              .10

     9-09-98
     Receipt and review of Order from Judge
     Tagle withdrawing referral to magistrate.
       (RGR)                                             .10

     9-10-98
     Received and reviewed conformed Order
     Setting Hearing regarding motions and
     scheduled discovery from the Court. (js)            .10

     11-30-98
     Receipt and review of served process. (js)         .10

     3-24-99
     Received and reviewed Defendant Ivonne
     Soto Vega's Motion to Dismiss Pursuant
     to Rule 12(b) (1), (2), (3), (4) (5) and
     (6). (js)                                           .30

     3-25-99
     Plaintiff Ivonne Soto Vega's Motion to
     Dismiss.                                            .20

5-28-99
Plaintiff's Original Petition
(Two state court actions)                         .50

6-24-99
Receipt and review of conformed copy
of Order Setting Hearing from the Court.
 (JS)                                             .10

7-7-99
Defendant's Reply to Plaintiff's Response
to Defendant's Motion to Dismiss                  .10

7-13-99
Receipt and review of conformed copy
of Order Setting Hearing from the Court.
 (JS)                                             .10

9-07-99
Received and reviewed conformed copy
of Order Setting Hearing on Defendant's
Joinder in Motion to Abate. (js)                  .10

9-22-99
Receipt and review of Plaintiff's Response
to Defendant's Motion to Abate. (lh)              .40

9-17-99
Plaintiff's Objections to Homer Salinas           .10

10-22-99
Plaintiff's Motion for DCC                         .10

10-22-99
Received and reviewed conformed copy
of Order granting Defendant Vega's
motion to dismiss from the Court. (js)            .10

1-06-00
Received and reviewed Plaintiff Ivonne
Soto Vega's Motion to Compel Answers
and Responses to Plaintiff's First Set
of Interrogatories and Request for
Production. (JS)                                  .20

1-21-00
Received and reviewed conformed
Order Setting Hearing from Court. (js)            .10

4-07-00
Received and reviewed conformed
copy of Interlocutory Judgment from
attorney Bill Mount. (js)                          .20

5-04-00
Received and reviewed conformed
copy of Order Setting Hearing on
Motion for Rule for Costs from Court. (js)     .10

6-19-00
Received and reviewed conformed
copy of Order to Deposit Additional
Money and Order Granting Motion
to Abate from the Court. (js)                      .10

7-17-00
Defendant's Ivonne Soto Vega's Motion
to Dismiss (JS)                                    .30

12-13-00
Plaintiff's Motion to Lift Abatement         .20

12-15-00
Received and reviewed conformed Order on
Defendant Ivonne Soto Vega's Motion to
Dismiss Pursuant to Rule 12 (b) (1), (2),
(3), (4), (5), and (6) from the Court.
  (JS)                                             .10

1-10-01
Received and reviwed conformed copy of
Order Granting Leave to File Second
Amended Complaint from the Court.
  (JS)                                             .10

1-25-01
Received and reviewed Defendant
Ivonne Soto Vega's Original Answer
and Counterclaim from attorney Roy
Dale (federal court). (js)                         .20

2-21-01
Received and reviewed Defendant
Ivonne Soto Vega's Third-Party
Complaint; Motion to Bring in
Third-Defendant; and Motion to
Extend Deadline to Join New
Parties from attorney Roy Dale. (js)           .30

2-26-01
Received and reviewed notices from
Federal Court advising its striking the
filing of a Motion to Bring in Third-Party
Complaint #57, Third-Party Complaint
and Agreed Motion to Extend Deadline to
Joint New Parties #58. (js)                    .20

3-01-01
Received and reviewed conformed
Order ruling on Defendant Vega's
Motion for Protective Order Subject
to Her Motion to Dismiss As Moot. (js)         .10

3-29-01
Receipt and review Order signed by
the Judge granting Defendant Ivonne
Soto Vega's Motion to Bring in Third
Party Defendant and declaring as MOOT
the Agreed Motion to Extend Deadline
to Join New Parties. (mng)                     .10

4-12-01
Received and reviewed Summons and
Complaint Against Third-Party Defendant
and Third-Party Complaint from Craig Elkins.
 (js)                                          .20

4-17-01
Received and reviewed correspondence
from William Downing of Universal
Surety addressed to Port Elevator advising
that they have received a demand from the
Defendant's attorney stating they are seeking
the full bond penalty amount of $169,417.
(js)                                           .20

4-25-01
Received and reviewed Summons and Complaint
Against Third-Party Defendants to be filed
with the Court, from attorney Roy Dale.
  (js)                                         .10

6-19-01
Received and reviewed Third-Party Plaintiff's
Response to Third-Party Defendant Craig
Elkins' Motion to Dismiss from attorney

Roy Dale. (js)                                                    .20

7-11-01
Received and reviewed Defendant Vega's
Emergency Verified Motion for Protective
Order and Order Granting Motion from
attorney Roy Dale. (js).                                          .20

6-10-02
Received and reviewed summons from the
U.S. District Clerk's office to be processed
on Defendants Walter Puffelis and Bersain
Gutierrez. (js)                                                   .10

1-08-02
Received and reviewed conformed Order
Granting Defendant/Third-Party Plaintiff
Ivonne Soto Vega's Unopposed Motion
for Continuance from the Court. (js)                              .10

1-14-02
Received and reviewed conformed copy of
Order Granting Defendant/Third-Party
Plaintiff Ivonne Soto Vega's Unopposed
Motion for Continuance from the Court. (js)        .10

1-22-02
Received and reviewed conformed copy of
Order for Parties' Motion for Continuance
from Court. (js)                                                  .10

20.  Receipt and review of Discovery/
     discovery materials.                                               7.90
                                                                        Hrs.

     Detail as follows:

     6-11-98
     Calendared review; brief review to determine
     status of discovery                                         .30

     6-30-99
     Calendared review; brief review to determine
     status of discovery                                         .20

     9-21-99
     Documents requested in subpoena duces tecum    .30

     10-22-99

Notice of intention to take oral deposition
of Craig Elkins                                          .10


10-22-99
Plaintiff's Request for Disclosure to
Craig Elkins
Notice of Deposition of Craig Elkins                     .20

10-28-99
Plaintiff's Requests and Production to
Port Elevator-Brownsville                                .50

Plaintiff's Interrogatories to Defendant
Southwest Grain                                          .20

Plaintiff's Request for Production to
Craig Elkins                                             .50

5-03-00
Notice of Intention to Take Oral Deposition
of Enrique Villarreal (JS)                               .20

6-13-00
Further review of new discovery materials
received   (MG)                                          .90

1-16-01
Review of revisions to Rule 11 Agreement
by Defendant, wanting to lift abatement
as to Walter Puffelis and not our client
 (MG)                                                    .20

5-22-01
Plaintiff's Request for Disclosure to
Universal Surety                                         .20

Defendant Ivonne Soto Vega's Request for
Production to Plaintiff Port Elevator-
Brownsville                                              .20

Defendant's Ivonne Soto Vega's Interrogatories
to Plaintiff Port Elevator- Brownsville       .20

5-23-01
Third Party Plaintiff's Interrogatories
to Third Party Defendant Craig Elkins                    .20

Third Party Plaintiff's Request for
Production to Third Party Defendant
Craig Elkins                                             .10

```
6-03-01
Deposition on written questions (JS)          .20

6-8-01
Defendant Ivonne Soto Vega's Responses
to Southwest Grain (JS)                       .10

Defendant Ivonne Soto Vega's Request for
Production to Plaintiff Southwest Grain       .10

6-12-01
Discovery responses received today (JS)       .40

7-6-01
Defendant Ivonne Sot Vega's Disclosures
under Rule 26                                 .20

7-18-01
Defendant Ivonne Soto Vega's First
Supplemental Disclosures                      .30

7-23-01
Defendant's Unopposed Motion to Extend
Discovery Deadline (JS)                       .10

8-06-01
Defendant's Rule 30(g)(2) Motion for Costs
or in the Alternative, Motion for Sanctions
 (JS)                                         .20

8-06-01
Conformed order granting extension of
discovery deadline (JS)                       .10

11-01-01
Rule 29 Stipulation (JS)                      .10

12-7-01
Defendant Ivonne Soto Vega's Objections
and Answers to Plaintiff's Interrogatories    .10

Defendant Ivonne Soto Vega's Objections
and Responses to Plaintiff's Request for
Production                                    .10

4-16-02
Exhibit obtained from Bill Mount (JS)        1.40
```

21.  Receipt and review of correspondence.                    5.30
                                                              Hrs.

22.  Attendance at pre-trial (announcement).                  1.60
                                                             Hrs.

23.  Review of file for status/organization/
     information.  Inspection of commodity
     in controversy and Port facilities and
     related matters.                                        33.10
                                                             Hrs.

24.  Receipt and review of documents from client.            0.20
                                                             Hrs.

25.  Attendance at Board of Directors meeting.               0.20
                                                             Hrs.

     TOTAL ATTORNEY TIME                                    347.70


     TOTAL LEGAL ASSISTANT TIME (Supervised
         preparation of pleadings, discovery,
         responses, correspondence, and related)            17.85
                                                             Hrs.

     EXPENSES (See attached detail)                        6,586.91