IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C.<br><br>VS.<br><br>IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, SYSCO DE BAJA,<br>S.A. DE C.V. AND WALTER<br>PUFFELIS, INDIVIDUALLY AND<br>D/B/A AGI AKRON GROUP, INC.<br><br>VS.<br><br>CRAIG ELKINS, INDIVIDUALLY<br>AND D/B/A PORT ELEVATOR-<br>BROWNSVILLE, L.C., AND<br>SOUTHWEST GRAIN CO., INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL NO. B-98-23<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' REPONSE TO DEFENDANTS'
REQUEST FOR AN ACCOUNTING; AND REQUEST FOR ENTRY
OF JUDGMENT ALONG WITH RULE REFERENCES**

1.   This Response is filed by Port Elevator-Brownsville, L.C. and Craig Elkins.

2.   Previously, all matters at issue in this litigation were disposed by Order dated July 30, 2002, granting Plaintiffs' Motion for Summary Judgment. Such Order of this Court addressed all issues contained in the parties' complaints and counter-claims, including issues of liability, damages, damages in counter-claim, and like matters. Furthermore, the Court has adjudicated the issue of Plaintiffs' entitlement to attorneys' fees to be paid by Defendants. (The Court has received affidavits in support of Plaintiffs' request for attorneys' fees in a specific dollar amount. The valuation of such fees is the sole matter which remains before the Court).

## RESPONSE TO DEFENDANTS' REQUEST

3. Defendant is seeking a new adjudication of additional relief in excess of the relief already granted by the Court. If there is any relief to be had, Defendant waived such relief by omitting a prayer for such relief when the Court considered this case on Motion for Summary Judgment.

4. Defendant had ample opportunity to request adjudication of the relief now sought. The accounting information which Defendant now requests was thoroughly discussed during the sworn deposition testimony of Craig Elkins in this action, and was supplemented in the exhibits to Mr. Elkin's deposition and the documents produced by Plaintiffs to Defendants in this action. Such deposition testimony, exhibits and production could have been the basis for a request for relief at the time summary judgment pleadings were filed by the parties. Defendant chose not to brief, request, or prove-up a basis for such relief.

5. It would be burdensome for Plaintiffs to be compelled to submit to an additional sworn accounting. As detailed above, all information which has already been requested by Defendant Ivonne Soto Vega is already contained in the sworn deposition testimony of Craig Elkins, including deposition exhibits and production in this action. It would serve no purpose to compel Plaintiffs to once again produce identical documents and supply the same sworn testimony on a second occasion.

## REQUEST FOR ENTRY OF JUDGMENT

6. The Court has issued certain rulings contained in the Order of July 30, 2002.

7. Plaintiffs request the entry of a final judgment in accordance with the Court's order, reserving the pending issue of attorneys' fees, pursuant to Rule 54 et.seq, FRCP.

8. WHEREFORE, premises considered, Plaintiffs pray that the relief requested in Defendant's Motion (related to an accounting) be denied. Plaintiffs further request the entry of a judgment in accordance with the Court's previous order dated July 30, 2002.

> Respectfully Submitted,
>
> John Skaggs
> P.O. Drawer 2285
> 710 Laurel
> McAllen, Texas 78502-2285
> Phone (956) 687-8216
> Fax (956) 630-6570
>
> _____
> JOHN SKAGGS
> State Bar No. 18452500
> Federal I.D. No. 1225
> Attorney in Charge for
> Port Elevator-Brownsville L.C.
> and Craig Elkins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 23 day of May, 2003:

Mr. Roy Dale and
Mr. William Mount
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
**John Skaggs**