IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PORT ELEVATOR-<br>BROWNSVILLE, L.C. AND<br>SOUTHWEST GRAIN CO., INC.<br><br>VS.<br><br>IVONNE SOTO VEGA, BERSAIN<br>GUTIERREZ, SYSCO DE BAJA,<br>S.A. DE C.V. AND WALTER<br>PUFFELIS, INDIVIDUALLY AND<br>D/B/A AGI AKRON GROUP, INC.<br><br>VS.<br><br>CRAIG ELKINS, INDIVIDUALLY<br>AND D/B/A PORT ELEVATOR-<br>BROWNSVILLE, L.C., AND<br>SOUTHWEST GRAIN CO., INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL NO. B-98-23<br>§<br>§  JURY DEMANDED<br>§<br>§<br>§<br>§<br>§<br>§ |

RESPONSE TO "IVONNE SOTO VEGA'S MOTION
FOR RECONSIDERATION OF TRIAL COURT'S
JULY 30, 2002 ORDER"

1. This response is filed by Plaintiffs Port Elevator - Brownsville, L. C. and Southwest Grain Co., Inc.; and Third-Party Defendant Craig Elkins.

2. These parties prevailed in all respects in connection with the merits of this matter by Court Order signed July 30, 2002. These parties also prevailed on the issue of attorneys' fees, though the valuation of the same is currently under consideration by this Court.

3. Ivonne Soto Vega has filed the Motion referenced in the title of this response. The undersigned has reviewed the opponent's current Motion, and can find no new legal points or substantive argument which was not already contained in prior motions and responses, and which has not already been discussed exhaustively by

the parties in filings before this Court. Specifically, Ivonne Soto Vega presents no new facts for consideration by this Court. All facts and issues of law have previously been considered by this Court.

4. Accordingly, Port Elevator-Brownsville, L.C., Southwest Grain Co., Inc., and Craig Elkins are opposed to Ivonne Soto Vega's Motion for Reconsideration. Said parties pray that such Motion be denied. Such parties further pray for the entry of a Rule 58 Judgment closing this matter, which also incorporates a final fee award and a disposition of this matter on the merits as previously articulated in the Court's Orders of July 30, 2002 and March 12, 2003.

Respectfully Submitted,

John Skaggs
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8216
Fax (956) 630-6570

_____
JOHN SKAGGS
State Bar No. 18452500
Federal I.D. No. 1225
Attorney in Charge for
Port Elevator-Brownsville L.C.,
Southwest Grain Co., Inc., and
Craig Elkins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the

24 day of FEBRUARY, 2004:

Mr. William Mount
DALE & KLEIN
6301 N. 10th St.
McAllen, Texas 78504

_____
John Skaggs