IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PORT ELEVATOR BROWNSVILLE, L.C. and SOUTHWEST GRAIN CO., INC. | § § § § § | |
| PLAINTIFFS, | § | |
| v. | § | CIVIL ACTION NO. B-98-23 |
| IVONNE SOTO VEGA, ET AL, | § § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on March 29, 2004, the Court having granted summary judgment on all causes of action and having resolved all matters in this case, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 29th day of March 2004.

_____
Hilda G. Tagle
United States District Judge