IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 27 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO. , INC. | § § § § | |

## NOTICE OF APPEAL

Notice is hereby given that **IVONNE SOTO VEGA**, Defendant/Counter-Plaintiff/Third-Party Plaintiff in the above-named cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 30th day of March, 2004. **MS. VEGA** also hereby appeals all orders entered in this action that pertain to entry of the Final Judgment including, but not limited to an Order entered on March 30, 2004 concerning a Motion for Accounting, a Motion for Reconsideration and a Request of An Award of Fees and Costs, an Order entered on March 14, 2003 concerning pending motions, an Order entered on July 30, 2002 concerning competing Motions for Summary Judgment and an Order entered on December 11, 2000 on a

Motion to Dismiss.

Respectfully submitted,

ROY S. DALE
State Bar No. 05326700
Federal Bar No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal Bar No. 14992
DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

ATTORNEYS FOR IVONNE SOTO VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been forwarded to counsel of record, to wit:

John Skaggs
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285

**VIA CERTIFIED MAIL/RRR** on this the 27th day of April, 2004.

ROY S. DALE