# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**United States District Court
Southern District of Texas
FILED**

**JUN 0 2 2004**

**Michael N. Milby
Clerk of Court**

April 29, 2004

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: PORT ELEVATOR, ET AL

VS   VEGA, ET AL

CA B-98-023

Dear Sir:

# 04-40638

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of____ Volume(s) of the record; ____ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee   **x**   HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was
PAID ON:_____

[X] U.S. District Judge entering final order is   HILDA G. TAGLE

[ ] Court reporter assigned to this case is_____

[√] This case was decided without a hearing, and, therefore, there will be no transcript. *Check Record*

*Heather Hall*

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____

Rebecca Pinales, Deputy Clerk

cc:John Barnaby Skaggs
   Laura Lynn Howerton
   Roy Stewart Dale
   File