# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 23, 2004

Mr. Breck Record, Court Reporter
14 Thornhill Trail
Brownsville, TX 78521

      USCA No:   04-40638   Port Elevator v. Vega
-----------------------------------------------------------------
      (D.C. No. 1:98-CV-23)

Dear Mr. Record:

On September 8, 2004, we advised you that we were implementing the 10% discount on the case listed above effective August 17, 2004, and that if you did not file the transcript by September 16, 2004, we would apply the 20% rate. These dates have passed and as of today's date you have yet to file the transcript.

Accordingly, we are concerned with your recently noticed delinquency. As such, we ask that we be provided a detailed written explanation or that the transcript be immediately filed. If you do not comply with this request promptly, we will have no other recourse but to refer this matter to our court and ask that it intercede as appropriate.

Please do not disregard this inquiry or speculate that no further action will be taken.

Sincerely,

*D Young*

David E Young
Chief Deputy Clerk

DEY/src
  cc:  Mr. Roy S. Dale
       Mr. John B. Skaggs
       Mr. David Bradley
       Mr. Michael N. Milby, Clerk ✓