```
                    IN THE UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF TEXAS
                            BROWNSVILLE DIVISION
```

|  |  |
|---|---|
| PORT ELEVATOR, ET AL | ) |
|  | ) CIVIL ACTION NO. |
| VS. | ) B-98-23 |
|  | ) |
| IVONNE SOTO VEGA, ET AL | ) |

United States District Court
Southern District of Texas
FILED

JAN 1 0 2005

Michael N. Milby, Clerk of Court

STATUS CONFERENCE
BEFORE THE HONORABLE HILDA G. TAGLE
OCTOBER 19, 1998

APPEARANCES:

For the Plaintiff:        MR. JOHN SKAGGS
                          Attorney at Law
                          Brownsville, Texas

Transcribed by:           BRECK C. RECORD
                          Official Court Reporter
                          14 Thornhill Trail
                          Brownsville, Texas   78521
                          (956)455-6591