```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
 2                   BROWNSVILLE DIVISION

 3   ─────────────────────────────────────
                                         )
     PORT ELEVATOR, ET AL                 )
 4                                        )
                                          )  CIVIL ACTION NO.
 5   VS.                                  )  B-98-23
                                          )
 6   YVONNE SOTO VEGA, ET AL              )
                                          )
 7   ─────────────────────────────────────

 8
                         MOTION HEARING
 9            BEFORE THE HONORABLE HILDA G. TAGLE
                       OCTOBER 21, 1999
10

     APPEARANCES:
11
     For the Plaintiff:       MRS. LYNN HOWERTON
12                            Attorney at Law
                              Brownsville, Texas
13
     For the Defendant:       MR. ROY DALE
14                            MR. WILLIAM MOUNT, JR.
                              Attorneys at Law
15                            McAllen, Texas

16   Transcribed by:          BRECK C. RECORD
                              Official Court Reporter
17                            14 Thornhill Trail
                              Brownsville, Texas  78521
18                            (956)455-6591

19

20

21

22

23

24

25
```

**FILED** JAN 10 2005 — Michael N. Milby, Clerk of Court, United States District Court, Southern District of Texas