```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3   ─────────────────────────────────────────
                                              )
     PORT ELEVATOR, ET AL                     )
 4                                            )
                                              ) CIVIL ACTION NO.
 5   VS.                                      ) B-98-23
                                              )
 6   IVONNE SOTO VEGA, ET AL                  )
                                              )
 7   ─────────────────────────────────────────

 8
                         STATUS CONFERENCE
 9             BEFORE THE HONORABLE HILDA G. TAGLE
                        JANUARY 15, 2002
10
     APPEARANCES:
11
     For the Plaintiff:        MR. JOHN SKAGGS
12                             Attorney at Law
                               Brownsville, Texas
13
     For the Defendant:        MR. ROY DALE
14                             MR. WILLIAM MOUNT, JR.
                               Attorneys at Law
15                             McAllen, Texas

16   Transcribed by:           BRECK C. RECORD
                               Official Court Reporter
17                             14 Thornhill Trail
                               Brownsville, Texas  78521
18                             (956)455-6591

19

20

21

22

23

24

25
```

United States District Court
Southern District of Texas
FILED

JAN 10 2005

Michael N. Milby, Clerk of Court

Captured and Transcribed by Computer - Eclipse