```
 1                IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                        BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JAN 10 2005

Michael N. Milby, Clerk of Court

```
 3    _____)
      PORT ELEVATOR, ET AL            )
 4                                    )
                                      )  CIVIL ACTION NO.
 5    VS.                             )  B-98-23
                                      )
 6    IVONNE SOTO VEGA, ET AL         )
                                      )
 7    _____)

 8
                       CERTIFICATE OF NO RECORD FOUND
 9                  BEFORE THE HONORABLE HILDA G. TAGLE
                               JULY 6, 2001
10                                and
                             AUGUST 27, 2001
11
      APPEARANCES:
12
      For the Plaintiff:        MR. JOHN SKAGGS
13                              Attorney at Law
                                Brownsville, Texas
14
      For the Defendant:        MR. ROY DALE
15                              MR. WILLIAM MOUNT, JR.
                                Attorneys at Law
16                              McAllen, Texas

17    Transcribed by:           BRECK C. RECORD
                                Official Court Reporter
18                              14 Thornhill Trail
                                Brownsville, Texas  78521
19                              (956)455-6591

20

21

22

23

24

25

              Captured and Transcribed by Computer - Eclipse
```