```
          IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
                   BROWNSVILLE DIVISION

PORT ELEVATOR, ET AL              )
                                  )
                                  )  CIVIL ACTION NO.
VS.                               )  B-98-23
                                  )
IVONNE SOTO VEGA, ET AL           )
                                  )
```

United States District Court
Southern District of Texas
FILED

JAN 10 2005

Michael N. Milby, Clerk of Court

MOTION HEARING
BEFORE THE HONORABLE HILDA G. TAGLE
DECEMBER 11, 2000

APPEARANCES:

For the Plaintiff:   MR. JOHN SKAGGS
                     Attorney at Law
                     Brownsville, Texas

For the Defendant:   MR. ROY DALE
                     MR. WILLIAM MOUNT, JR.
                     Attorneys at Law
                     McAllen, Texas

Transcribed by:      BRECK C. RECORD
                     Official Court Reporter
                     14 Thornhill Trail
                     Brownsville, Texas  78521
                     (956) 455-6591

Captured and Transcribed by Computer - Eclipse