```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3   ─────────────────────────────────────────)
     PORT ELEVATOR, ET AL                     )
 4                                            )
                                              ) CIVIL ACTION NO.
 5   VS.                                      ) B-98-23
                                              )
 6   IVONNE SOTO VEGA, ET AL                  )
                                              )
 7   ─────────────────────────────────────────)

 8
                          MOTION HEARING
 9            BEFORE THE HONORABLE HILDA G. TAGLE
                        APRIL 26, 2000
10
     APPEARANCES:
11
     For the Plaintiff:      MR. JOHN SKAGGS
12                           Attorney at Law
                             Brownsville, Texas
13
     Transcribed by:         BRECK C. RECORD
14                           Official Court Reporter
                             14 Thornhill Trail
15                           Brownsville, Texas  78521
                             (956)455-6591
16

17

...

25
```

Captured and Transcribed by Computer - Eclipse

United States District Court
Southern District of Texas
FILED
JAN 10 2005
Michael N. Milby, Clerk of Court