```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3   _____
                                     )
     PORT ELEVATOR, ET AL            )
 4                                   )
                                     ) CIVIL ACTION NO.
 5   VS.                             ) B-98-23
                                     )
 6   YVONNE SOTO VEGA, ET AL         )
     _____)
 7

 8
                           MOTION HEARING
 9               BEFORE THE HONORABLE HILDA G. TAGLE
                         OCTOBER 21, 1999
10
     APPEARANCES:
11
     For the Plaintiff:        MRS. LYNN HOWERTON
12                             Attorney at Law
                               Brownsville, Texas
13
     For the Defendant:        MR. ROY DALE
14                             MR. WILLIAM MOUNT, JR.
                               Attorneys at Law
15                             McAllen, Texas

16   Transcribed by:           BRECK C. RECORD
                               Official Court Reporter
17                             14 Thornhill Trail
                               Brownsville, Texas  78521
18                             (956)455-6591

19

20

21

22

23

24

25


              Captured and Transcribed by Computer - Eclipse
```