United States District Court
Southern District of Texas
FILED

JAN 2 8 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

January 28, 2004

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: Port Elevator, et al
VS Ivonne Soto Vega, et al
CA B-98-023 04-40638

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of _____ Volume(s) of the record; _____ Volume(s) of the transcript;

[X ] Supplemental record consisting of 1 vol. of the record; 8 Transcripts, including updated docket entries.

[ ] Other: ______

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee __X__ HAS/ ____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: ______

[ ] U.S. District Judge entering final order is Hilda G. Tagle

[ ] Court reporter assigned to this case is ______

[ ] If criminal case, number and names of defendants: ______

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,
MICHAEL N. MILBY, CLERK

BY: [signature]
Rebecca Pinales, Deputy Clerk

cc: File