APPEAL, CLOSED

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:98-cv-00023
### Internal Use Only

Port Elevator, et al v. Vega, et al
Assigned to: Judge Hilda G Tagle
Demand: $0
Cause: 28:1335 Interpleader Action

Date Filed: 02/11/1998
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## Plaintiff

**PORT ELEVATOR BROWNSVILLE,L.C.**

represented by **John Barnaby Skaggs**
Skaggs & Gonzalez LLP
710 Laurel
McAllen, TX 78502-2285
956-687-8203
Fax: 956-630-6570 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Lynn Howerton**
Skaggs & Garza
P O Drawer 2285
McAllen, TX 78502-2285
956-687-8203
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Southwest Grain Co., Inc.**

represented by **John Barnaby Skaggs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____ Deputy Clerk

V.

## Defendant

**Bersain Gutierrez**

represented by **Roy Stewart Dale**

Dale Klein LLP
6301 N 10th St
McAllen, TX 78504
956-687-8700
Fax: 956-687-2416 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ivonne Soto Vega**
*TERMINATED: 02/22/2000*

represented by **Roy Stewart Dale**
(See above for address)
*TERMINATED: 02/22/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ivonne Soto Vega**

represented by **Roy Stewart Dale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sysco De Baja, S.A. de C.V.**

**Defendant**

**Walter Puffelis**

**Defendant**

**AGI/AKRON Group Inc**

**Counter Claimant**

**Ivonne Soto Vega**

represented by **Roy Stewart Dale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**PORT ELEVATOR
BROWNSVILLE,L.C.**

represented by **John Barnaby Skaggs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Laura Lynn Howerton
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Southwest Grain Co., Inc.**          represented by **John Barnaby Skaggs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Ivonne Soto Vega**          represented by **Roy Stewart Dale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Craig Elkins**          represented by **John Barnaby Skaggs**
*Individually and D/B/A Port*          (See above for address)
*Elevator-Brownsville, L.C. and*          *LEAD ATTORNEY*
*Southwest Grain Co., Inc.*          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/11/1998 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 111020 (fmremp) (Entered: 02/20/1998) |
| 03/13/1998 | 2 | ORDER , entered; The court has considered the tender of a check in the amount of Twenty-Five Thousand and No/100ths dollars ($25,000.00) Parties notified. ( signed by Judge Filemon B. Vela ) (fmremp) (Entered: 03/13/1998) |
| 03/13/1998 | 3 | ORDER , entered; the court has considered the tender of two checks, both in the amount fo Twenty-Five thousand and No/100ths dollars $25,000.00. Parties notified. ( signed by Judge Filemon B. Vela ) (fmremp) (Entered: 03/13/1998) |
| 04/14/1998 |  | NOTICE OF REASSIGNMENT of case to Judge Hilda G. Tagle for the purpose of equalizing the docket, filed. (ogutierrez) (Entered: 04/14/1998) |
| 05/29/1998 |  | CASE REFERRED to Magistrate Judge Fidencio Garza Jr |

| | | (ogutierrez) (Entered: 05/29/1998) |
|---|---|---|
| 09/01/1998 | 4 | ORDER to withdraw [0-0] Magistrate referral/referred , Court settings are cancelled but deadlines remain in effect, entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 09/03/1998) |
| 09/01/1998 | | CASE NO LONGER REFERRED TO Magistrate Judge Fidencio Garza Jr (ogutierrez) (Entered: 09/03/1998) |
| 09/01/1998 | 5 | ORDER set hearing 1:30 10/19/98 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 09/04/1998) |
| 09/21/1998 | | **Added party Bersain Gutierrez (ogutierrez) (Entered: 09/23/1998) |
| 09/21/1998 | | SUMMONS issued for Bersain Gutierrez (ogutierrez) (Entered: 09/23/1998) |
| 10/19/1998 | 6 | Minute entry: Hearing via telephone with atty John B Skaggs. terminated deadlines , set status conference for 11/23/98 before Judge Hilda G. Tagle Ct Reporter: Breck Record (ogutierrez) (Entered: 10/27/1998) |
| 10/27/1998 | | SUMMONS issued for Ivonne Soto Vega, Bersain Gutierrez (ogutierrez) (Entered: 10/27/1998) |
| 01/25/1999 | 7 | RETURN OF SERVICE executed as to Ivonne Soto Vega 11/23/98 filed Answer due on 12/13/98 for Ivonne Soto Vega (ogutierrez) (Entered: 01/25/1999) |
| 01/25/1999 | 8 | RETURN OF SERVICE executed as to Bersain Gutierrez 11/23/98 filed Answer due on 12/13/98 for Bersain Gutierrez (ogutierrez) (Entered: 01/25/1999) |
| 03/23/1999 | 9 | MOTION to dismiss by Ivonne Soto Vega , Motion Docket Date 4/12/99 [9-1] motion , filed. (ogutierrez) (Entered: 03/23/1999) |
| 04/01/1999 | | **Added for Ivonne Soto Vega attorney Roy Stewart Dale (ogutierrez) (Entered: 04/01/1999) |
| 04/12/1999 | 10 | MOTION to extend the submission date, including briefing by Port Elevator, Motion Docket Date 5/2/99 [10-1] motion , filed. (ogutierrez) (Entered: 04/13/1999) |
| 04/14/1999 | 11 | RESPONSE by Port Elevator to [9-1] motion to dismiss , |

| | | including authorities.filed. (ogutierrez) (Entered: 04/16/1999) |
|---|---|---|
| 05/24/1999 | 12 | MOTION to compel deposition and discovery by Port Elevator, Motion Docket Date 6/13/99 [12-1] motion , filed. (ogutierrez) (Entered: 05/24/1999) |
| 05/25/1999 | 13 | ORDER granting [10-1] motion to extend the submission date, including briefing Response to motion reset to 4/14/99 for [12-1] motion to compel deposition and discovery , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 05/25/1999) |
| 06/17/1999 | 14 | ORDER entered SETTING Motion Hearing for 9:00 9/23/99 for [12-1] motion to compel deposition and discovery and [9-1] motion to dismiss . Parties notified. ( signed by Judge Hilda G. Tagle ) (fmremp) (Entered: 06/23/1999) |
| 06/21/1999 | 15 | ORDER entered SETTING Motion Hearing for 1:30 on 7/8/99 for [12-1] motion to compel deposition and discovery and [9-1] motion to dismiss ; Parties notified. ( signed by Judge Hilda G. Tagle ) (fmremp) (Entered: 06/25/1999) |
| 06/23/1999 | | **Renoticed document [14-2] order (fmremp) (Entered: 06/23/1999) |
| 07/01/1999 | 16 | MOTION to ejoin suit in State Court including briefing filed by Port Elevator; Motion Docket Date 7/21/99 [16-1] motion . (fmremp) (Entered: 07/06/1999) |
| 07/08/1999 | 17 | REPLY filed by Ivonne Soto Vega to response to [9-1] motion to dismiss. (fmremp) (Entered: 07/12/1999) |
| 07/08/1999 | 18 | AFFIDAVIT of Ivonne Soto Vega in support of [9-1] motion to dismiss filed (fmremp) (Entered: 07/12/1999) |
| 07/08/1999 | 19 | Minute entry filed following Motion Hearing before Judge Hilda G Tagle; terminated deadlines ; Appearances: John Skaggs f/pltf; Roy Dale and Bill Mount f/defts; Argument on deft's motion to dismiss and pltf's motion to compel; Motions taken under advisement; GRANTING pltf's [12-1] motion to compel deposition and discovery; DEFERRING deft's [9-1] motion to dismiss; deft's [16-1] motion to ejoin suit in State Court is TAKEN UNDER ADVISEMENT; SETTING Motion Hearing for 9/23/99 for [16-1] motion to ejoin suit in State Court and [9-1] motion to dismiss ; Ct Reporter: none (fmremp) (Entered: 07/13/1999) |
| | | |

| 07/19/1999 | 20 | ORDER Motion hearing set for 10:30 9/23/99 for [16-1] motion to ejoin suit in State Court, [9-1] motion to dismiss , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/20/1999) |
| 07/22/1999 | 21 | RESPONSE by Ivonne Soto Vega to [16-1] motion to ejoin suit in State Court , filed. (ogutierrez) (Entered: 07/26/1999) |
| 09/21/1999 | 22 | MOTION to compel production of documents with authorities by Port Elevator John Barnaby Skaggs for plaintiff Port Elevator, Motion Docket Date [22-1] motion , filed. (lalaniz) (Entered: 09/22/1999) |
| 09/21/1999 | 23 | UNOPPOSED MOTION for leave to file amended pleading including authorities by Port Elevator John Barnaby Skaggs for plaintiff Port Elevator, Motion Docket Date [23-1] motion , filed. (lalaniz) (Entered: 09/22/1999) |
| 09/22/1999 | 24 | ORDER Motion hearing set for 9:30 10/21/99 for [23-1] motion for leave to file amended pleading including authorities, set for 9:30 10/21/99 for [22-1] motion to compel production of documents with authorities, set for 9:30 10/21/99 for [16-1] motion to ejoin suit in State Court, set for 9:30 10/21/99 for [9-1] motion to dismiss , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 09/24/1999) |
| 09/22/1999 | 25 | Unopposed MOTION to postpone hearings, including certificate of conference by Port Elevator, Motion Docket Date 10/12/99 [25-1] motion , filed. (ogutierrez) (Entered: 09/30/1999) |
| 09/22/1999 | 26 | RESPONSE to reply to response by Port Elevator to [9-1] motion to dismiss , filed. (ogutierrez) (Entered: 09/30/1999) |
| 09/30/1999 |  | Deadline updated; granting [25-1] motion to postpone hearings, hearing has been reset to 10/21/99 including certificate of conference (ogutierrez) Modified on 09/30/1999 (Entered: 09/30/1999) |
| 10/04/1999 | 27 | MOTION to withdraw [22-1] motion to compel production of documents with authorities by Port Elevator, Motion Docket Date 10/24/99 [27-1] motion , filed. (ogutierrez) (Entered: 10/05/1999) |
| 10/06/1999 | 28 | ORDER granting [27-1] motion to withdraw [22-1] motion to compel production of documents with authorities , entered; |

| | | |
|---|---|---|
| | | Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 10/07/1999) |
| 10/20/1999 | 29 | SUPPLEMENTAL REPLY to [17-1] reply to by Ivonne Soto Vega's Motion to Dismiss pursuant to rule 12(b)(1),(2),(3),(4),(5),(6), filed. (ogutierrez) (Entered: 10/21/1999) |
| 10/21/1999 | 30 | MOTION for leave to appear as counsel by Lynn Howerton by Port Elevator, Motion Docket Date 11/10/99 [30-1] motion , filed. (ogutierrez) (Entered: 10/22/1999) |
| 10/21/1999 | 31 | Minute entry: Hearing b/Judge Tagle held. Attys Lynn Howerton f/pltf; and Bill Mount f/dft. The following rulings made-- granting [30-1] motion for leave to appear as counsel by Lynn Howerton granting [23-1] motion for leave file amended pleading including authorities granting [9-1] motion to dismiss - Oral motion to withdraw money in registry is GRANTED. Ct Reporter: Breck Record (ogutierrez) (Entered: 10/22/1999) |
| 10/21/1999 | 32 | ORDER granting [9-1] motion to dismiss , furthermore Court Orders that funds deposited in the Court's Registry may be withdrawn by pltf Port Elevator. (Motion furthcoming to withdraw funds from pltf) entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 10/22/1999) |
| 10/21/1999 | 33 | Receipt for Withdrawal of Exhibits by attorney for by Port Elevator , filed. #1-Deposition of Ivonne Soto Vega. (ogutierrez) (Entered: 10/22/1999) |
| 11/09/1999 | | **Added for Port Elevator attorney Laura Lynn Howerton (ogutierrez) (Entered: 11/09/1999) |
| 11/23/1999 | 34 | AMENDED COMPLAINT by Port Elevator , amending [1-1] complaint adding Sysco De Baja, filed. (lalaniz) (Entered: 11/24/1999) |
| 11/23/1999 | | SUMMONS issued for Ivonne Soto Vega (lalaniz) (Entered: 11/24/1999) |
| 12/08/1999 | 35 | ORDER set status conference for 3:00 2/24/00 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 12/10/1999) |
| 12/10/1999 | | Deadline updated; mooting [16-1] motion to ejoin suit in State Court (ogutierrez) (Entered: 12/10/1999) |
| 02/16/2000 | | SUMMONS issued for Ivonne Soto Vega (ogutierrez) |

| | | (Entered: 02/16/2000) |
|---|---|---|
| 02/22/2000 | | **Added for Bersain Gutierrez attorney Roy Stewart Dale (ogutierrez) (Entered: 02/22/2000) |
| 02/22/2000 | | **Terminated party Ivonne Soto Vega (ogutierrez) (Entered: 02/22/2000) |
| 02/22/2000 | 36 | STATUS REPORT by Port Elevator , filed. (ogutierrez) (Entered: 02/22/2000) |
| 02/24/2000 | 37 | Minute entry: Status conference b/Judge Tagle held. Attys John Skaggs f/pltf; Bill Mount and Roy Dale f/dft; Motion to tender funds to court is Granted. Pltf will continue attempting service for 30 days. Pltf will then attempt substituted service within 15 days. terminated deadlines Ct Reporter: Breck Record . Law clerk Henri Nicolas. (ogutierrez) (Entered: 02/28/2000) |
| 02/25/2000 | 38 | ORDER set status conference for 2:45 4/26/00 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/28/2000) |
| 04/26/2000 | 39 | Minute entry: Status Conference held b/Judge Tagle. Attys John Skaggs f/pltf; No appearance for dfts. Pltf counsel represented that service of process has been achieved on dft Soto Vega on 4/21/00. terminated deadlines Ct Reporter: Breck Record. Law clerk Henru Nicolas present. (ogutierrez) (Entered: 05/03/2000) |
| 05/04/2000 | 40 | RETURN OF SERVICE executed as to Ivonne Soto Vega 4/21/00 filed Answer due on 5/11/00 for Ivonne Soto Vega (ogutierrez) (Entered: 05/04/2000) |
| 05/10/2000 | 41 | RETURN OF SERVICE executed as to Ivonne Soto Vega 4/21/00 filed Answer due on 5/11/00 for Ivonne Soto Vega (ogutierrez) (Entered: 05/10/2000) |
| 05/11/2000 | 42 | MOTION to dismiss by Ivonne Soto Vega, Motion Docket Date 5/31/00 [42-1] motion , filed. (ogutierrez) (Entered: 05/12/2000) |
| 05/31/2000 | 43 | RESPONSE by Port Elevator to [42-1] motion to dismiss , filed. (ogutierrez) (Entered: 06/01/2000) |
| 06/13/2000 | 44 | ORDER to deposit funds in the amount of $1000.00 into Registry of Court , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 06/13/2000) |

| 06/15/2000 | 45 | MOTION for leave to file amended complaint including authorities adding Walter Puffelis individually and d/b/a AGI AKRON GROUP INC by Port Elevator, Motion Docket Date 7/5/00 [45-1] motion , filed. (ogutierrez) (Entered: 06/15/2000) |
| 06/15/2000 | | **Renoticed document [44-2] order (mwelu) (Entered: 06/15/2000) |
| 07/03/2000 | 46 | RESPONSE by Ivonne Soto Vega in opposition to [45-1] motion for leave to file amended complaint including authorities adding Walter Puffelis individually and d/b/a AGI AKRON GROUP INC , filed (lalaniz) (Entered: 07/06/2000) |
| 07/13/2000 | 47 | SUPPLEMENT to [42-1] motion to dismiss by Ivonne Soto Vega , filed. (ogutierrez) (Entered: 07/19/2000) |
| 07/21/2000 | 48 | RESPONSE by Port Elevator to [45-1] motion for leave to file amended complaint including authorities adding Walter Puffelis individually and d/b/a AGI AKRON GROUP INC , filed. (ogutierrez) (Entered: 07/25/2000) |
| 11/22/2000 | 49 | ORDER Motion hearing set for 2:45 12/11/00 for [45-1] motion for leave to file amended complaint including authorities adding Walter Puffelis individually and d/b/a AGI AKRON GROUP INC, set for 2:45 12/11/00 for [42-1] motion to dismiss , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 11/22/2000) |
| 12/06/2000 | 50 | MOTION for protective order subject to her motions to dismiss by Ivonne Soto Vega, Motion Docket Date 12/26/00 [50-1] motion , filed. (ogutierrez) (Entered: 12/06/2000) |
| 12/11/2000 | 51 | Minute entry: Motion hearing held b/Judge Tagle. Apps: John Skaggs f/pltf; Bill Mount in lieu of Roy Dale f/dft. granting [45-1] motion for leave to amended complaint including authorities adding Walter Puffelis individually and d/b/a AGI AKRON GROUP INC. Granting in respect to Statutory Interpleader only; Denying in all other respects [42-1] motion to dismiss Ct Reporter: Breck Record; Law Clerk A Fajardo. The Court advised the Parties to work out a mutually acceptable time and place to depose Vega. (ogutierrez) (Entered: 12/12/2000) |
| 12/11/2000 | 52 | ORDER granting in part, denying in part [42-1] motion to dismiss , entered; Ordered that motion to dismiss Pursuant to Rule 12(b)(1),(2),(3),(4),(5)(6) as agaubst ger be abd hereby |

| | | |
|---|---|---|
| | | denied with the exception that pltf's statutory interpleader claim is dismissed in accordance with the motion. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 12/12/2000) |
| 12/14/2000 | 53 | ORDER set scheduling order deadlines: joining of parties, amended pleadings 2/16/01 ;Pltf Expert witness list submitted by 4/16/01, Dft within 30 days of pltf expert deposition ; Discovery cutoff 7/16/01 ; Deadline for filing dispositive motions 8/7/01 ; Pretrial order to be submitted on or before 10/12/01 ; Docket call deadline 1:30 11/1/01 ; ETT: 5 days; , set jury selection for 9:00 11/5/01 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 12/14/2000) |
| 01/05/2001 | 54 | ORDER Granting leave to file second amended complaint , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 01/10/2001) |
| 01/05/2001 | 55 | SECOND AMENDED COMPLAINT by Port Elevator , (Answer due 1/15/01 for Sysco De Baja, for Ivonne Soto Vega, for Bersain Gutierrez amending [34-1] amended complaint adding Walter Puffelis, AGI/AKRON Group Inc, filed. (ogutierrez) (Entered: 01/10/2001) |
| 01/05/2001 | | **Added party Southwest Grain Co., Inc. (oaldape) (Entered: 01/24/2001) |
| 01/22/2001 | 56 | ANSWER to Complaint; jury demand and COUNTERCLAIM by Yvonne Soto Vega (Attorney Roy S. Dale ) against Port Elevator, Southwest Grain Co., ,filed (oaldape) (Entered: 01/24/2001) |
| 02/16/2001 | 57 | MOTION for leave to bring third party defendant by Yvonne Soto Vega, Motion Docket Date 3/8/01 [57-1] motion , filed. (ogutierrez) (Entered: 02/21/2001) |
| 02/16/2001 | 58 | AGREED MOTION for extend deadline to join new parties by Yvonne Soto Vega , filed. (ogutierrez) (Entered: 02/21/2001) |
| 02/16/2001 | 59 | THIRD-PARTY COMPLAINT by Yvonne Soto Vega against Craig Elkins , filed (ogutierrez) (Entered: 02/21/2001) |
| 02/22/2001 | 60 | ORDER striking [59-1] third-party complaint , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/22/2001) |
| | | |

| 02/22/2001 | 61 | ORDER striking [58-1] agreed motion for extend deadline to join new parties , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/22/2001) |
|---|---|---|
| 02/22/2001 | 62 | ORDER striking [57-1] motion for leave to bring third party defendant , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/22/2001) |
| 02/23/2001 | 64 | MOTION to bring in Third-Party Defendant Roy Stewart Dale for third-party plaintiff Yvonne Soto Vega, Motion Docket Date 3/15/01 [64-1] motion , filed. (oaldape) (Entered: 02/28/2001) |
| 02/23/2001 | 65 | AGREED MOTION to extend deadline to join new parties by Port Elevator, Southwest Grain Co., Yvonne Soto Vega , filed. (oaldape) (Entered: 02/28/2001) |
| 02/23/2001 | 66 | THIRD-PARTY COMPLAINT by Yvonne Soto Vega against Craig Elkins , filed (oaldape) (Entered: 02/28/2001) |
| 02/26/2001 | 63 | ORDER mooting [50-1] motion for protective order subject to her motions to dismiss , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/26/2001) |
| 03/26/2001 | 67 | ORDER mooting [65-1] agreed motion to extend deadline to join new parties granting [64-1] motion to bring in Third-Party Defendant , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 03/26/2001) |
| 04/24/2001 | 68 | RETURN OF SERVICE executed as to Craig Elkins 4/11/01 filed Answer due on 5/1/01 for Craig Elkins (ogutierrez) (Entered: 04/26/2001) |
| 05/22/2001 | 69 | MOTION to dismiss by Craig Elkins,including briefing Motion Docket Date 6/11/01 [69-1] motion , filed. (ogutierrez) (Entered: 05/23/2001) |
| 06/13/2001 | 70 | RESPONSE by Yvonne Soto Vega to [69-1] motion to dismiss , filed. (ogutierrez) (Entered: 06/14/2001) |
| 07/05/2001 | 71 | EMERGENCY MOTION for protective order by Ivonne Soto Vega, Motion Docket Date 7/25/01 [71-1] motion , filed. (ogutierrez) (Entered: 07/05/2001) |
| 07/06/2001 | 72 | Tele-conference (In Chambers) held before Judge Hilda G. Tagle. Appearences: Bill Mount for movant, John Skaggs for respondent. The court DENIED Vega's emergency motion for protective order. (lalaniz) (Entered: 07/11/2001) |

| | | |
|---|---|---|
| 07/06/2001 | | ORAL ORDER of Judge Hilda G. Tagle denying [71-1] motion for protective order (ogutierrez) (Entered: 08/22/2001) |
| 07/17/2001 | 73 | RULE 26(a)(2) DISCLOSURE of Expert Testimony by Ivonne Soto Vega , filed. (ogutierrez) (Entered: 07/18/2001) |
| 07/17/2001 | 74 | SUPPLEMENTAL [73-1] disclosures Under Rule 26 by Ivonne Soto Vega , filed. (ogutierrez) (Entered: 07/18/2001) |
| 07/19/2001 | 75 | UNOPPOSED MOTION for extension of discovery deadlines by Ivonne Soto Vega, Motion Docket Date 8/8/01 [75-1] motion , filed. (ogutierrez) (Entered: 07/19/2001) |
| 08/01/2001 | 76 | ORDER granting [75-1] motion for extension of discovery deadlines reset discovery due for 8/20/01 , reset dispositive motion filing deadline for 9/5/01 , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 08/02/2001) |
| 08/02/2001 | 77 | MOTION for costs , alternative for sanctions by Ivonne Soto Vega, Motion Docket Date 8/22/01 [77-1] motion, 8/22/01 [77-2] motion , filed. (ogutierrez) (Entered: 08/02/2001) |
| 08/17/2001 | 78 | NOTICE of Rule 29 stipulation by Ivonne Soto Vega , filed (ogutierrez) (Entered: 08/17/2001) |
| 08/17/2001 | 79 | RESPONSE by Port Elevator to [77-1] motion for costs, [77-2] motion for sanctions , filed. (ogutierrez) (Entered: 08/20/2001) |
| 08/20/2001 | 80 | Unopposed MOTION for continuance of discovery deadline , and trial setting and for status conference by Ivonne Soto Vega, Motion Docket Date 9/9/01 [80-1] motion, 9/9/01 [80-2] motion , filed. (ogutierrez) (Entered: 08/21/2001) |
| 08/24/2001 | 81 | ORDER set telephone conference for 4:00 8/27/01 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 08/24/2001) |
| 08/27/2001 | 82 | Minute entry: Teleconference held b/Judge Tagle. Apps: John Skaggs f/pltf; Roy Dale f/dft. Denying [77-1] motion for costs denying [77-2] motion for sanctions granting [80-1] motion for continuance of discovery deadline granting [80-2] motion for status conference Ct Reporter: Breck Record Law Clerk; A Fajardo . All settings are suspended until status conference on 1/8/2002 at 2pm. (ogutierrez) (Entered: 08/28/2001) |
| 08/27/2001 | 83 | ORDER Granting Ivonne Soto Vega verified unopposed motion for continuance of discovery deadline and trial setting |

| | | and request to set status conference set status conference for 2:00 1/8/02 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) Modified on 10/30/2001 (Entered: 08/28/2001) |
|---|---|---|
| 08/28/2001 | | Deadline updated; reset status conference for 2:00 1/8/02 before Judge Hilda G. Tagle (ogutierrez) (Entered: 08/28/2001) |
| 08/31/2001 | 84 | RULE 29 STIPULATION by Ivonne Soto Vega , filed. (ogutierrez) (Entered: 08/31/2001) |
| 10/11/2001 | 85 | NOTICE of Rule 23 by Yvonne Soto Vega , filed (ogutierrez) (Entered: 10/12/2001) |
| 10/30/2001 | | **Renoticed document [83-2] order (ogutierrez) (Entered: 10/30/2001) |
| 11/01/2001 | 86 | NOTICE of Rule 29 Stipulation by Ivonne Soto Vega , filed (ogutierrez) (Entered: 11/02/2001) |
| 11/28/2001 | 87 | NOTICE of Rule 29 stipulation by Ivonne Soto Vega , filed (ogutierrez) (Entered: 11/28/2001) |
| 01/07/2002 | 88 | Unopposed MOTION for continuance of Status Conference until one week by Ivonne Soto Vega, Motion Docket Date 1/27/02 [88-1] motion , filed. (ogutierrez) (Entered: 01/08/2002) |
| 01/08/2002 | 89 | ORDER granting [88-1] motion for continuance of Status Conference reset status conference for 2:00 1/15/02 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 01/08/2002) |
| 01/11/2002 | 90 | ORDER denying [69-1] motion to dismiss , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 01/14/2002) |
| 01/14/2002 | 91 | AGREED MOTION to participate in status conference by telephone by Port Elevator, Ivonne Soto Vega, Southwest Grain Co., , filed. (ogutierrez) (Entered: 01/14/2002) |
| 01/15/2002 | 92 | ORDER denying [91-1] agreed motion to participate in status conference by telephone , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (lalaniz) (Entered: 01/15/2002) |
| 01/15/2002 | 94 | Minute entry: Scheduling Conference held b/Judge Tagle. Apps: John Skaggs f/pltf; Bill Mount f/dft. The Parties sought |

| | | a continuance of 45 days to facilitate settlement negotiations. The parties state they need this time as Pltf is stil being detained in Mexico and her attorney is communicating with her via a relative who visits her periodically. The Judge stated that she would grant the motion, but advised the parties that she would not accept further delays. The parties were advised thatthey must announce to the court by March 1st the deposition of the settlement negotiations. If the negotiations fail, the deadline for dispositive motions will be March 11th. These deadlines apply to both parties. An Order to this effect will follow. Ct Reporter: Breck Record . (ogutierrez) (Entered: 01/18/2002) |
|---|---|---|
| 01/16/2002 | 93 | ORDER reset dispositive motion filing deadline for 3/11/02 , entered; Court Granted the parties motion for continuance of 45 days. The parties are ordered to announce to the Court no later than 3/1/02 as to the outcome of thiese negotiations. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) Modified on 03/07/2002 (Entered: 01/16/2002) |
| 03/11/2002 | 95 | MOTION for summary judgment , for default judgment against Ivonne Soto Vega by Port Elevator, Southwest Grain Co., Craig Elkins, Motion Docket Date 3/31/02 [95-1] motion, 3/31/02 [95-2] motion , filed. (ogutierrez) (Entered: 03/14/2002) |
| 03/12/2002 | 96 | MOTION for partial summary judgment by Ivonne Soto Vega, Motion Docket Date 4/1/02 [96-1] motion , filed. (ogutierrez) Modified on 03/15/2002 (Entered: 03/14/2002) |
| 03/14/2002 | 97 | MOTION for leave to file Motion for Partial Summary Judgment by Ivonne Soto Vega. Roy Stewart Dale for third-party plaintiff Yvonne Soto Vega, Motion Docket Date 4/3/02 [10-1] motion , filed. (lgarcia) Modified on 03/19/2002 (Entered: 03/18/2002) |
| 03/29/2002 | 98 | RESPONSE by Port Elevator to [96-1] motion for partial summary judgment , filed. (ogutierrez) (Entered: 04/01/2002) |
| 04/01/2002 | 99 | MOTION for leave to sit for deposition by Yvonne Soto Vega, Motion Docket Date 4/21/02 [99-1] motion , filed. (ogutierrez) (Entered: 04/02/2002) |
| 04/01/2002 | 100 | RESPONSE by Yvonne Soto Vega to [95-1] motion for summary judgment, [95-2] motion for default judgment against Ivonne Soto Vega , filed. (Exhibits 1 thru 19 attached) |

| | | |
|---|---|---|
| | | (ogutierrez) (Entered: 04/02/2002) |
| 04/03/2002 | 101 | Amended RESPONSE by Yvonne Soto Vega to [95-1] motion for summary judgment, [95-2] motion for default judgment against Ivonne Soto Vega , filed. (Exhibits 1-20 attached) (ogutierrez) Modified on 04/04/2002 (Entered: 04/04/2002) |
| 04/04/2002 | 102 | MOTION for leave to file First Amended Answer and First Amended Counterclaim by Ivonne Soto Vega. Roy Stewart Dale for third-party plaintiff Yvonne Soto Vega, Motion Docket Date 4/24/02 [102-1] motion , filed. (lgarcia) (Entered: 04/05/2002) |
| 06/03/2002 | 103 | SUPPLEMENTAL Amended Response [101-1] to Port Elevator-Brownsville,L C Southwest Grain Co.,and Craig Elkins's motions for summary judgment and default judment by Yvonne Soto Vega , filed. (ogutierrez) (Entered: 06/04/2002) |
| 06/03/2002 | 104 | SUPPLEMENTAL to [96-1] motion for partial summary judgment by Yvonne Soto Vega , filed. (ogutierrez) (Entered: 06/04/2002) |
| 06/05/2002 | | SUMMONS issued for Bersain Gutierrez, Walter Puffelis (ogutierrez) (Entered: 06/06/2002) |
| 06/24/2002 | 105 | NOTICE of filing of original 28:2746 Declarartion of Ivonne Soto Vega , filed (ogutierrez) (Entered: 06/25/2002) |
| 07/30/2002 | 106 | ORDER granting [102-1] motion for leave to file First Amended Answer and First Amended Counterclaim mooting [99-1] motion for leave to sit for deposition denying [97-1] motion for leave to file Motion for Partial Summary Judgment denying [96-1] motion for partial summary judgment granting [95-1] motion for summary judgment granting [95-2] motion for default judgment against Ivonne Soto Vega , entered; Except as provided for in this Order, each of the Parties is discharged from any further obligation or liability as between or among themselves. The Court specifically rules that Port Elevator,Craig Elkins, and Southwest Grain are without fault in the circumstances relating to the contracting, storage, and disposal of the corn and money which are the subject of this action.Further, this Court enters a permanent injunction restraining Sysco de Baja SA se CV Bersain Gutierrez, and Ivonne Soto Vega from instituting or prosecuting any proceeding in any state or federal district court affecting the |

| | | |
|---|---|---|
| | | property, instrument, or obligation involved in this interpleader action pursuant to 28:2361. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/31/2002) |
| 07/30/2002 | | Case closed (ogutierrez) (Entered: 07/31/2002) |
| 08/09/2002 | 107 | AMENDED ANSWER and First Amended Counterclaim by Yvonne Soto Vega , filed. (ogutierrez) (Entered: 08/09/2002) |
| 08/09/2002 | 108 | MOTION for new trial by Yvonne Soto Vega, Motion Docket Date 8/29/02 [108-1] motion , filed. (ogutierrez) (Entered: 08/09/2002) |
| 08/13/2002 | 109 | SUPPLEMENT to [108-1] motion for new trial by Yvonne Soto Vega , filed. (ogutierrez) (Entered: 08/14/2002) |
| 08/13/2002 | 110 | NOTICE of Filing Original Declaration of William D Mount dated 8/9/02 by Yvonne Soto Vega , filed (ogutierrez) (Entered: 08/14/2002) |
| 09/06/2002 | | Memo to File from Finance Dept.Houston, Texas $89,149.52 was disbursed from the Court Registry. (ogutierrez) (Entered: 09/06/2002) |
| 09/06/2002 | 111 | Filing of SUPPLEMENTAL Affidavit of John Skaggs, pursuant to the Court's Order by Port Elevator , filed. (ogutierrez) (Entered: 09/06/2002) |
| 09/19/2002 | 112 | MOTION for leave to file response to motion for new trial by Port Elevator, Motion Docket Date 10/9/02 [112-1] motion , filed. (ogutierrez) (Entered: 09/19/2002) |
| 09/19/2002 | 113 | RESPONSE by Port Elevator to [108-1] motion for new trial , filed. (ogutierrez) (Entered: 09/19/2002) |
| 10/01/2002 | 114 | Unopposed MOTION for leave to file Affidavit Converting supplemental affidavit of John Skaggs by Ivonne Soto Vega, Motion Docket Date 10/21/02 [114-1] motion , filed. (ogutierrez) (Entered: 10/02/2002) |
| 03/12/2003 | 115 | ORDER granting [114-1] motion for leave to file Affidavit Converting supplemental affidavit of John Skaggs granting [112-1] motion for leave to file response to motion for new trial denying [109-1] supplement denying [108-1] motion for new trial , entered; moreover the Court orders Mr. Skaggs to file his fee application and supporting affidavit on or before March 31, 2003.Defendant Ivonne Soto Vega may renew her objections on or before April 14, 2003. The Court will |

| | | thereafter enter an order regarding a final fee award and, also, enter a Rule 58 judgment closing this matter. Parties notified. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 03/14/2003) |
|---|---|---|
| 03/31/2003 | 116 | Second Supplemental AFFIDAVIT of John Skaggs by Port Elevator, Craig Elkins Re:Summary of Legal Fees and Expenses , filed (ogutierrez) (Entered: 03/31/2003) |
| 04/14/2003 | 117 | OBJECTION to [116-1] second supplemental affidavit of John Skaggs for fees by Ivonne Soto Vega , filed. (lgarcia) (Entered: 04/16/2003) |
| 04/28/2003 | 118 | Third SUPPLEMENTAL [116-1] affidavit of John Skaggs by Port Elevator , filed. (ogutierrez) (Entered: 05/01/2003) |
| 04/28/2003 | 118 | RESPONSE by Port Elevator to [117-1] objection , filed. (ogutierrez) (Entered: 05/01/2003) |
| 04/29/2003 | 119 | MOTION for and accounting by Ivonne Soto Vega, Motion Docket Date 5/19/03 [119-1] motion , filed. (ogutierrez) (Entered: 05/01/2003) |
| 05/23/2003 | 120 | RESPONSE by Port Elevator to [119-1] motion for and accounting , filed. (mperez) (Entered: 05/23/2003) |
| 05/23/2003 | 120 | REQUEST for entry of judgment by Port Elevator, Motion Docket Date 6/12/03 [120-1] motion , filed. (mperez) (Entered: 05/23/2003) |
| 02/02/2004 | 121 | MOTION for reconsideration of [106-1] order by Ivonne Soto Vega, Motion Docket Date 2/22/04 [121-1] motion , filed. (mperez) (Entered: 02/04/2004) |
| 02/26/2004 | 122 | RESPONSE by Port Elevator, Southwest Grain Co., Craig Elkins to [121-1] motion for reconsideration of [106-1] order , filed. (mperez) (Entered: 02/26/2004) |
| 03/29/2004 | 123 | ORDER denying [119-1] motion for an accounting denying [121-1] motion for reconsideration of [106-1] order, entered; Thus the Court awards Port Elevator a total fee of $58,200. Parties notified. (signed by Judge Hilda G. Tagle ) (mperez) (Entered: 03/30/2004) |
| 03/29/2004 | 124 | FINAL JUDGMENT for Port Elevator, Southwest Grain Co., Craig Elkins against Ivonne Soto Vega , entered. Parties ntfd. ( signed by Judge Hilda G. Tagle ) (mperez) (Entered: 03/30/2004) |

| 03/31/2004 | | Case closed (mperez) (Entered: 03/31/2004) |
|---|---|---|
| 03/31/2004 | | **Terminated document [120-1] motion for entry of judgment (mperez) (Entered: 03/31/2004) |
| 04/27/2004 | 125 | NOTICE OF APPEAL of [124-1] order, [123-1] order, [115-1] order, [106-1] order, [52-1] order by Yvonne Soto Vega, Yvonne Soto Vega, Yvonne Soto Vega , filed. Fee Status: paid $225.00, Receipt #: 118629 (rpinales) (Entered: 04/29/2004) |
| 04/27/2004 | | Notice of appeal and Copy of docket transmitted to USCA: [125-1] appeal (rpinales) (Entered: 04/29/2004) |
| 05/06/2004 | 126 | TRANSCRIPT [125-1] appeal Motion Hearings Hearing for dates of 10/19/98;07/08/99;10/21/99;02/24/00;04/25/00, 12/11/00; 07/06/01; 08/27/01; 01/15/02 before Judge Hilda G. Tagle , filed. Ct Reporter: Heather Hall (rpinales) (Entered: 05/10/2004) |
| 05/10/2004 | | Certified and transmitted record on appeal consisting of 8 volumes to U.S. Court of Appeals: [125-1] appeal . Circuit No. 5 Parties ntfd. (rpinales) (Entered: 05/10/2004) |
| 06/02/2004 | 127 | USCA LETTER Re: Certified Copy of Notice of Appeal , filed. (dahumada) (Entered: 06/02/2004) |
| 06/17/2004 | 128 | Transcript request for : Motion Proceedings on 10/19/98; 07/8/99;10/21/99;02/24/00;04/26/00;12/11/00; 07/06/01 ; 08/27/01/01/15/02 by Ct Reporter: Breck Record, filed. (dahumada) (Entered: 06/17/2004) |
| 12/09/2004 | ● 129 | USCA LETTER from the Fifth Circuit advising court reporter Breck Record of the transcript ( USCA No. 04-40638), filed. (rpinales, ) (Entered: 01/06/2005) |
| 01/10/2005 | ● 130 | TRANSCRIPT of Status Conference held on October 19, 1998 before Judge Hilda G. Tagle. Court Reporter: Breck C. Record , filed. (rpinales, ) (Entered: 01/11/2005) |
| 01/10/2005 | ● 131 | TRANSCRIPT of Motion Hearing held on July 8, 1999 before Judge Hilda G. Tagle. Court Reporter: Breck C. Record , filed. (rpinales, ) (Entered: 01/11/2005) |
| 01/10/2005 | ● 132 | TRANSCRIPT of Motion Hearing held on October 21, 1999 before Judge Hilda G. Tagle. Court Reporter: Breck C. Record , filed. (rpinales, ) (Entered: 01/11/2005) |
| 01/10/2005 | ● 133 | TRANSCRIPT of Status Conference held on January 15, 2002 |

| | | |
|---|---|---|
| | | before Judge Hilda G. Tagle. Court Reporter: Breck C. Record , filed. (rpinales, ) (Entered: 01/11/2005) |
| 01/10/2005 | 134 | CERTIFICATE OF NO RECORD FOUND July 6, 2001 and August 27, 2001 before Judge Hilda G. Tagle. Court Reporter: Breck Record , filed. (rpinales, ) (Entered: 01/11/2005) |
| 01/10/2005 | 135 | TRANSCRIPT of Motion Hearing held on December 11, 2000 before Judge Hilda G. Tagle. Court Reporter: Breck Record , filed. (rpinales, ) (Entered: 01/11/2005) |
| 01/10/2005 | 136 | TRANSCRIPT of Motion Hearing held on April 26, 2000 before Judge Hilda G. Tagle. Court Reporter: Breck Record , filed. (rpinales, ) (Entered: 01/11/2005) |
| 01/10/2005 | 137 | TRANSCRIPT of Motion Hearing held on October 21, 1999 before Judge Hilda G. Tagle. Court Reporter: Breck Record , filed. (rpinales, ) (Entered: 01/11/2005) |