# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 22, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

SEP 2 6 2006

Michael N. Milby
Clerk of Court

No. 04-40638 Port Elevator v. Vega
    USDC No. 1:98-CV-23

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 18 ) Volumes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Angelique D. Batiste*
    Angelique D. Batiste, Deputy Clerk
    504-310-7700

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Roy Stewart Dale
    Mr John Barnaby Skaggs

P.S. to Judge Tagle: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1