# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 8, 2006

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

SEP 2 6 2006

Michael N. Milby
Clerk of Court

No. 04-40638

D.C. Docket No. 1:98-CV-23

PORT ELEVATOR BROWNSVILLE LC; SOUTHWEST GRAIN CO INC

       Plaintiffs - Counter Defendants - Appellees

v.

BERSAIN GUTIERREZ; ET AL

       Defendants

IVONNE SOTO VEGA

       Defendant - Counter Claimant -
       Third Party Plaintiff - Appellant

v.

CRAIG ELKINS, Individually and dba Port Elevator-Brownsville LC and Southwest Grain Co Inc

       Third Party Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and vacated in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE: SEP 2 2 2006

A True Copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana  SEP 2 2 2006