In the United States District Court
for the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. | § § § | |
| V. | § § | CIVIL NO. B.-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ AND SYSCO DE BAJA S.A. DE C.V. | § § § § | |

ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF OCTOBER 23, 2006, MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO FILE JOHN SKAGGS' AFFIDAVIT ITEMIZING ATTORNEY'S FEES

On this day, the Court received PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF OCTOBER 23, 2006, MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO FILE JOHN SKAGGS' AFFIDAVIT ITEMIZING ATTORNEY'S FEES.

IT IS THEREFORE ORDERED that said motion is set for hearing on _____ day of _____, 2006 , at _____ __.m. in the court of United States District Judge Hilda Tagle, 600 E. Harrison Street, Brownsville, TX 78520.

The clerk is hereby ordered to send notice to the parties of this setting.

SIGNED this _____ day of _____, 2006.

_____
United States District Judge