In the United States District Court
for the Southern District of Texas
Brownsville Division

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. § § § | |
| V. § | CIVIL NO. B.-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ AND SYSCO DE BAJA S.A. DE C.V. § § § § | |

ORDER VACATING THE ORDER OF OCTOBER 23, 2006 AND GRANTING
PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE

On this day, came to be considered PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF OCTOBER 23, 2006, MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO FILE JOHN SKAGGS' AFFIDAVIT ITEMIZING ATTORNEY'S FEES. After considering the pleadings on file, the Motion is in all things GRANTED.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that the Court's Order of October 23, 2006 in this cause is vacated.

Plaintiff is granted an extension of time to file John Skaggs' Affidavit Itemizing Attorney's Fees and granted leave to file JOHN SKAGGS' AFFIDAVIT ITEMIZING ATTORNEY'S FEES. The Affidavit shall be filed by the Clerk.

SIGNED this _____ day of _____, 2006.

_____
United States District Judge