In the United States District Court
for the Southern District of Texas
Brownsville Division

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. § § § | |
| V. § | CIVIL NO. B.-98-23 |
| § § | |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ AND SYSCO DE BAJA S.A. DE C.V. § § § § | |

ORDER GRANTING ATTORNEY'S FEES TO PLAINTIFF

On this day, came to be considered JOHN SKAGGS' CATEGORIZATION OF ATTORNEY'S FEES. After considering the pleadings on file, the Motion is in all things GRANTED.

Attorney Roy Dale is ordered to pay $_____ in attorney's fees to Plaintiff. Such payment shall be made within 30 days of this order. Defendant Vega is ordered to pay $_____ in attorney's fees to Plaintiff. Such payment shall be made within 30 days of this order.

SIGNED this \_\_\_\_\_ day of _____, 2006.

_____
United States District Judge