IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PORT ELEVATOR BROWNSVILLE, L.C. and SOUTHWEST GRAIN CO., INC., § § § | |
| v. § | CIVIL ACTION NO. B-98-23 |
| IVONNE SOTO VEGA, et al. § § | |

### OPINION & ORDER

BE IT REMEMBERED that on October 23, 2006, the Court considered the proper amount of the award of attorney's fees in this case.

In its Opinion & Order of October 12, 2006, the Court vacated its previous award of attorney's fees and ordered Plaintiffs' counsel, John Barnaby Skaggs, to submit documentation establishing the proper amount of attorney's fees by no later than Friday, October 20, 2006. Dkt. No. 142, at 4–5, 7. Mr. Skaggs failed to submit any documentation to the Court. Therefore, the Court finds that the proper amount of attorney's fees in this case is $0.

Based on the foregoing, the Court **ORDERS** Defendant Ivonne Soto Vega's attorney, Roy Stewart Dale, to pay attorney's fees of $0 to Port Elevator for its defense of Vega's negligence, conversion, and fraud claims. *See id.* at 2–3, 4; 28 U.S.C. § 1927. The Court also **ORDERS** that Mr. Dale and Defendant Vega are jointly and severally liable for $0 in attorney's fees for Port Elevator's defense of Ms. Vega's DTPA claim. See Dkt. No. 142, at 2, 4; 28 U.S.C. § 1927; TEX. BUS. & COM. CODE § 17.50(c).

DONE at Brownsville, Texas, this 23th day of October, 2006.

Hilda G. Tagle
United States District Judge

EXHIBIT "1"