IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR- BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

**ORDER DENYING PLAINTIFF PORT ELEVATOR-BROWNSVILLE, L.C.'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF OCTOBER 23, 2006, MOTION FOR EXTENSION OF TIME, AND MOTION FOR LEAVE TO FILE JOHN SKAGGS'S CATEGORIZATION OF ATTORNEY'S FEES**

On the _____ day of _____, 2006, came on for consideration Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C.'S** Motion for Reconsideration of the Court's Order of October 23, 2006, Motion for Extension of Time, and Motion for Leave to File John Skaggs's Categorization of Attorney's Fees, and the Court finds that the Motions should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED** and **DECREED** that Plaintiff **PORT ELEVATOR-BROWNSVILLE, L.C.'S** Motion for Reconsideration of the Court's Order of October 23, 2006, Motion for Extension of Time, and Motion for Leave to File John Skaggs's Categorization of Attorney's Fees be and are hereby **DENIED**.

**SIGNED** on this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE