In the United States District Court
for the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. | § § § | |
| V. | § § | CIVIL NO. B.-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ AND SYSCO DE BAJA S.A. DE C.V. | § § § § | |

<u>PLAINTIFF'S MOTION FOR PERMISSION TO INTERPLEAD BY BOND</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Port Elevator-Brownsville, L.C., Plaintiff, and files its MOTION FOR PERMISSION TO INTERPLEAD BY BOND and respectfully shows the court as follows:

I. Procedural History

1. On October 12, 2006, this Court signed an Order asking plaintiff to re-inteplead the funds into the registry of the Court.

II. Argument and Authority

A bond in lieu of deposit is allowed for an interpleader so long as there is a sufficient surety. 28 USC § 1335 (a)(2). Port Elevator-Brownsville, L.C. requests permission to interplead the money via a bond so as to not be burdened with putting the entire amount into the registry of the Court. Plaintiff requests that this court set forth the form of the bond and the qualifications of sureties so that the amount can be deposited.

III. Conference with Opposing Counsel

Movant attempted to confer with opposing counsel, and he was unavailable.

IV. Prayer

Based on the above arguments, Port Elevator-Brownsville, L.C. prays that this

1

Court grant all the relief requested in this motion. Port Elevator-Brownsville, L.C. requests such other specific and general relief, both at law and in equity, to which it may show itself justly entitled.

                                        Respectfully Submitted,

                                        /s/ John Skaggs
                                        John Skaggs
                                        State Bar No. 18452500
                                        Federal I.D. NO. 1225
                                        SKAGGS & GONZALES, L.L.P.
                                        P.O. Drawer 2285
                                        710 Laurel
                                        McAllen, Texas 78502-2285
                                        Phone (956) 687-8203
                                        Fax   (956) 630-6570
                                        Attorney for Plaintiff

## CERTIFICATE OF CONFERENCE

I, the undersigned, attempted to confer with opposing counsel on January 10, 2007, and he was unavailable.

                                        /s/ JohnSkaggs
                                        John Skaggs

## CERTIFICATE OF SERVICE

On this 10th day of January, 2007, a true and correct copy of the foregoing document was sent to opposing counsel in a manner provided by the Federal Rules of Civil Procedure.

Roy Dale
Bill Mount
6301 N. 10th St.
McAllen, TX 78504

                                        /s/ John Skaggs
                                        John Skaggs