In the United States District Court
for the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. | § § § § | |
| V. | § | CIVIL NO. B.-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ AND SYSCO DE BAJA S.A. DE C.V. | § § § § § | |

ORDER GRANTING PORT ELEVATOR-BROWNSVILLE, L.C. PERMISSION TO INTERPLEAD BY BOND

On this day, came to be considered PLAINTIFF'S MOTION TO INTERPLEAD BY BOND. After considering the pleadings on file, the Motion is in all things GRANTED.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that the following requirements be given for the bond:

_____

_____

_____

SIGNED this _____ day of _____, 2007.

_____

United States District Judge