IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR - BROWNSVILLE, L.C. AND SOUTHWEST GRAIN CO., INC. | § § § § | |
| VS. | § § | CIVIL NO. B-98-23 |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ, SYSCO DE BAJA, S.A. DE C.V. AND WALTER PUFFELIS, INDIVIDUALLY AND D/B/A AGI AKRON GROUP, INC. | § § § § § § | JURY DEMANDED |
| VS. | § § | |
| CRAIG ELKINS, INDIVIDUALLY AND D/B/A PORT ELEVATOR-BROWNSVILLE, L.C., AND SOUTHWEST GRAIN CO., INC. | § § § § | |

### ORDER DENYING PORT ELEVATOR-BROWNSVILLE, L.C.'S MOTION FOR PERMISSION TO INTERPLEAD BY BOND

On the _____ day of _____, 2007, came on for consideration Plaintiff **PORT ELEVATOR, L.C.-BROWNSVILLE, L.C.'S** Motion for Permission to Interplead by Bond.  The Court having considered the Motion and the Response in Opposition, and being of the opinion that said Motion should be denied, it is therefore,

**ORDERED** that Plaintiff **PORT ELEVATOR, L.C.-BROWNSVILLE, L.C.'S** Motion for Permission to Interplead by Bond be, and is hereby **DENIED.**

**SIGNED** on this \_\_\_\_\_ day of _____, 2007, Brownsville Division.

_____
UNITED STATES DISTRICT JUDGE