IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PORT ELEVATOR BROWNSVILLE, L.C. and SOUTHWEST GRAIN CO., INC. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-23 |
| IVONNE SOTO VEGA, ET AL, | § § | |
| Defendants. | § § | |

### ORDER

BE IT REMEMBERED, that on March 2, 2008, the Court **ORDERED** the parties to submit a status report regarding this case to the Court. This report shall be filed by no later than March 17, 2008.

DONE at Brownsville, Texas, on March 2, 2008.

_____
Hilda G. Tagle
United States District Judge