In the United States District Court
for the Southern District of Texas
Brownsville Division

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. § § § | |
| V. § | CIVIL NO. B.-98-23 |
| § | |
| IVONNE SOTO VEGA, BERSAIN GUTIERREZ AND SYSCO DE BAJA S.A. DE C.V. § § § § | |

PLAINTIFF'S STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Port Elevator-Brownsville, L.C., Plaintiff, and files its status report pursuant to this honorable Court's order and respectfully states as follows:

I.

On August 8, 2006, The Fifth Circuit upheld this Court's granting of summary judgment which dismissed all cross claims of Ivonne Soto Vega. On October 12, 2006, this court determined that Ivonne Soto Vega was the true owner of the corn.

The only issue that remains for trial is whether Gutierrez was the agent of Ivonne Soto Vega and whether Ivonne Soto Vega is liable to Port Elevator-Brownsville, L.C.'s for breach of contract.

Port Elevator-Brownsville, L.C. is ready to proceed to trial on these issues at this Court's earliest convenience.

II. Bond

1. On October 12, 2006, this Court signed an Order asking plaintiff to re-interplead the funds into the registry of the Court.

2. Plaintiff has been unable to interplead the requested funds into the registry of

the Court. Southwest Grain Co, Inc., which owns half of Port-Elevator Brownsville, L.C. is currently in bankruptcy. Due to financial constraints related to the bankruptcy, Plaintiff has not been able to post a bond.

Respectfully Submitted,

/s/ John Skaggs
John Skaggs
State Bar No. 18452500
Federal I.D. NO. 1225
SKAGGS & GONZALES, L.L.P.
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8203
Fax   (956) 630-6570
Attorney for Plaintiff

CERTIFICATE OF SERVICE

On this 13th day of March, 2008, a true and correct copy of the foregoing document was sent to opposing counsel in a manner provided by the Federal Rules of Civil Procedure.

Roy Dale
Bill Mount
6301 N. 10th St.
McAllen, TX 78504

/s/ John Skaggs
John Skaggs