United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/02/2008 at 5:16 PM and filed on 03/02/2008.

**Southwest Grain Co.**
28473 FM 2058
Edinburg, TX 78541
956-842-3355
Tax id: 76-1691564
*aka*
**Soutwest Grain Co., Inc.**



The case was filed by the debtor's attorney:

**John F Higgins, IV**
Porter & Hedges LLP
1000 Main St
36th Flr
Houston, TX 77002-6336
713-226-6000

The case was assigned case number 08-70090 to Judge Richard S. Schmidt.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, 1133 North Shoreline Blvd #208, Corpus Christi, TX 78401.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Michael N. Milby
Clerk, U.S. Bankruptcy Court

