United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2001

Michael N. Milby, Clerk
By Deputy Clerk M. Gassett

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

IN THE MATTER OF REFERRALS    §
                              §    GENERAL ORDER NO. 2001-12
TO THE BANKRUPTCY JUDGES      §

### ORDER

All matters arising under the Bankruptcy Code or related to a case under it--except matters on appeal--shall be referred to the bankruptcy judges of this district, including matters that were pending on June 27, 1984, and all matters filed thereafter or in the future.

The bankruptcy judges of the Southern District of Texas may exercise the authority conferred on them by law and under orders of reference in matters before them.

Personal-injury and wrongful-death claims arising in or related to a matter under the Bankruptcy Code are not referred to the bankruptcy judges. See 28 U.S.C. §157(b)(5).

This supersedes the Order on this subject entered August 9, 1984.

DONE at Laredo, Texas, this 30th day of November, 2001.

George P. Kazen
Chief United States District Judge


EXHIBIT 2