IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 1 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. and SOUTHWEST GRAIN CO., INC. § § § Plaintiffs, § § v. § IVONNE SOTO VEGA, ET AL, § § Defendants. § | CIVIL ACTION NO. B-98-23 |

## ORDER

BE IT REMEMBERED, that on April 10, 2008, the Court **ORDERED** the parties to brief the Court on Southwest Grain Co., Inc.'s bankruptcy proceeding initiated on March 2, 2008 and whether it warrants an automatic stay of this case. The parties shall address whether Southwest Grain Co., Inc. is a relevant party to the claims that remain and, if it is a relevant party, whether Southwest Grain Co., Inc.'s liability may be disaggregated such that the case can proceed without Southwest Grain Co., Inc. Defendant Port Elevator-Brownsville, L.C. stated in its status report that, although Plaintiff was ordered to reinterplead the funds into the registry of the Court on October 12, 2006, "Plaintiff has been unable [to do so because] Southwest Grain Co., Inc., which owns half of Port-Elevator Brownsville, L.C. is currently in bankruptcy. Due to financial constraints related to the bankruptcy, Plaintiff has not been able to post a bond." Dkt. No. 152, at 1-2. Moreover, the parties shall explain the corporate structure of Southwest Grain Co., Inc. and Port Elevator-Brownsville, L.C. to the extent that it is relevant to the determination of whether an automatic stay for Chapter 11 bankruptcy of claims involving Southwest Grain Co., Inc. warrants an automatic stay of claims involving Port Elevator-Brownsville, L.C. The parties shall file their briefs no later than April 25, 2008.

DONE at Brownsville, Texas, on April 10, 2008.

_____
Hilda G. Tagle
United States District Judge