IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 5 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. and SOUTHWEST GRAIN CO., INC., § § § § Plaintiffs, § § v. § § IVONNE SOTO VEGA, ET AL., § § Defendants. § | CIVIL ACTION NO. B-98-23 |

## ORDER

BE IT REMEMBERED, that on September 15, 2008, the Court **ORDERED** the parties to appear on September 22, 2008 at 10:00 a.m. for a hearing regarding the status of this case and Plaintiff Port Elevator-Brownsville, L.C.'s failure to comply with this Court's Order, Dkt. No. 150, which permitted Plaintiff Port Elevator-Brownsville, L.C. to interplead by bond. This Court's earlier Order, Dkt. No. 142, had ordered Plaintiff to return the funds to the Court registry which made the basis of the case.

Plaintiffs Port Elevator-Brownsville, L.C. and Southwest Grain Co., Inc. initiated suit against Defendants Ivonne Soto Vega, Bersain Gutierrez, Sysco De Baja, S.A. de C.V., and Walter Puffelis, individually and doing business as AGI/Akron Group, Inc. Dkt. Nos. 1, 34, 55. Defendant Yvonne Soto Vega countersued Craig Elkins, individually and doing business as Port Elevator-Brownsville, L.S. and Southwest Grain Co., Inc. Dkt. Nos. 59, 66, 107. On March 11, 2002, Plaintiff Port Elevator-Brownsville, L.C. moved for Summary Judgment against Defendants. Dkt. No. 95. On March 12, 2002, Defendant Vega moved for Partial Summary Judgment. Dkt. Nos. 96, 97. On July 30, 2002, this Court granted Plaintiffs' Motion for Summary Judgment, Dkt. No. 95, and denied Defendant Vega's Motion for Partial Summary Judgment, Dkt. Nos. 96, 97. Dkt. No. 106. That Order terminated the case. *Id.* Defendant Vega moved for a New Trial and Reconsideration of the July 30, 2002 Order. Dkt. Nos. 108, 121. This Court denied those motions, Dkt. Nos. 115, 123, and entered Final Judgment on March 29, 2004. Defendant Vega then filed an

appeal of this Court's Order regarding the Motions for Summary Judgment. Dkt. No. 125. The Fifth Circuit vacated in part and affirmed in part this Court's ruling and remanded the case. Dkt. Nos. 140, 141. The Fifth Circuit affirmed this Court's dismissal of Defendant Vega's claims. Dkt. No. 141. The Circuit Court vacated this Court's grant of Summary Judgment as to Plaintiff Port Elevator-Brownsville, L.C.'s claim against Vega for breach of contract. *Id.*

On March 14, 2008, Plaintiff Port Elevator-Brownsville, L.C. indicated that it had not complied with this Court's earlier Order to interplead by bond due to financial constraints of Plaintiff Southwest Grain Co., Inc., "which owns half of Port-Elevator Brownsville, L.C." Dkt. No. 152. However, Plaintiff asserted that it was ready to go to trial and that "the only issue that remains for trial is whether Gutierrez was the agent of Ivonne Soto Vega and whether Ivonne Soto Vega is liable to Port Elevator-Brownsville, L.C.[] for breach of contract." Dkt. No. 155. Defendant Vega stated that as Plaintiff Southwest Grain Co., Inc. is in bankruptcy this case should be stayed. Dkt. No. 156.

Therefore, this Court **ORDERS** the parties to appear on September 22, 2008 at 10:00 a.m. for a hearing on this matter.

DONE at Brownsville, Texas, on September 15, 2008.

Hilda G. Tagle
United States District Judge