IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PORT ELEVATOR-BROWNSVILLE, L.C. and SOUTHWEST GRAIN CO., INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-23 |
| IVONNE SOTO VEGA, ET AL., | § § | |
| Defendants. | § § | |

United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2009

Michael N. Milby, Clerk of Court
By Deputy Clerk

## OPINION & ORDER

BE IT REMEMBERED, on January 7, 2009, the Court **DENIED** Defendant Ivonne Soto Vega's Motion for Continuance of Jury Trial, Dkt. No. 168, and **DENIED** Defendant Ivonne Soto Vega's Motion to Turn Over Corn Proceeds Instanter, Dkt. No. 167. The Court scheduled Jury Selection for January 21, 2009 at 9:00 a.m., evidence to follow.

The Court **ORDERED** the parties to make a good faith effort to resolve all disputes regarding exhibits prior to Jury Selection. The parties shall notify the Court of any pre-trial disputes the Court must resolve no later than January 20, 2009 at 1:30 p.m. The Court shall hear objections to the exhibits on January 21, 2009 at 9:00 a.m. prior to Jury Selection.

DONE at Brownsville, Texas, on January 9, 2009.

_____
Hilda G. Tagle
United States District Judge

1